2

CLERK, U.S. DISTRICT COUR
SOUTHERN DISTRICT OF TEX.
FILED

DEC 1 0 1993

Michael N. Milby, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOSE RAUL CASTILLO, FRANCISCO LOPEZ, and ELOY SANCHEZ, at the Cameron County Jail | § § § § |
| vs. | § § § |
| CAMERON COUNTY, TEXAS | § |

CIVIL ACTION

NO. B-93-260

## MOTION FOR CONDITIONAL CLASS CERTIFICATION

NOW COME plaintiffs in the above styled action and shows this Court as follows:

1. Defendant Cameron County maintains a jail facility that is unconstitutionally overcrowded.

2. Plaintiffs are prisoners in this overcrowded facility.

3. The present jail population is more than 800 persons and hundreds more will become prisoners of the jail in the future, making joinder of all members of the class impracticable.

4. The actions of defendant in maintaining the level of overcrowding are common to and adversely affect the whole class of all persons incarcerated in the Cameron County Jail.

5. Plaintiffs urge the narrow issue of jail population and ask only for declaratory and injunctive relief.

6. Plaintiffs are represented by counsel who have participated frequently in litigation concerning jail conditions and civil rights issues and who will fairly and adequately protect the interests of the class.

## MOTION FOR CONDITIONAL CLASS CERTIFICATION - 1

7. The prosecution of separate actions by individual members of the class would create a risk of inconsistent adjudications with respect to individual prisoners which would establish incompatible duties and standards of conduct for defendant.

8. Any adjudication with respect to any prisoner of the Cameron County Jail would as a practical matter be dispositive of the interests of the other members of the class.

9. The defendant's actions have been on grounds generally applicable to the class, thereby making appropriate final injunctive and declaratory relief with respect to the entire class.

10. The questions of law and fact common to the members of the class predominate over any questions affecting only individual members and a class action is superior to any other method for the fair and efficient adjudication of the controversy.

WHEREFORE, plaintiff prays that this action be certified conditionally as a class action.

Respectfully submitted,

> COSTILLA & STAPLETON, P.C.
> 1325 Palm Boulevard
> P.O. Drawer 4417
> Brownsville, Texas   78520
> 210/541-4981
> 210/544-3152 (FAX)
>
> Ed Stapleton
> State Bar No. 19058400
> Federal I.D. No. 1501
>
> Juan Jose Martinez
> Attorney at Law
> P.O. Box 8099
> Brownsville, Texas 78520
> 210/350-5591

**MOTION FOR CONDITIONAL CLASS CERTIFICATION** - 2

Robert Mendoza
State Bar No. 13937670
Federal I.D. No. 11418
Attorney at Law
3505 Boca Chica Blvd., Suite 153
Brownsville, Texas 78520
210/541-8421
210/541-7504

Carter C. White
State Bar No. 21290300
Federal I.D. No.
Attorney at Law
252  Juanita Way
San Francisco, CA 94127
415/665-4173

**ATTORNEYS  FOR  PLAINTIFFS**

CutePDF - www.tellio.com