CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEX.

FILED

DEC 13 1993

Michael N. Milby, Clerk

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12-13-93 |
| NAME OF SERVER (PRINT) Juan G. Cano | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _Administration Building 4th Floor_

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $30.00 | TOTAL $30.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _12-13-93_
            Date

_Juan G. Cano_
Signature of Server

_847 E. Harrison St. Bro. TX. 78520_
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____

Jose Raul Castillo,
Francisco Lopez, and
Eloy Sanchez, at the
Cameron County Jail

V.

Cameron County, Texas

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-93-260

**TO:** (Name and Address of Defendant)

Judge Antonio O. Garza, Jr.
CAMERON COUNTY COURTHOUSE
974 E. Harrison
Brownsville, Texas 78520

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Ed Stapleton
COSTILLA & STAPLETON, P.C.
1325 Palm Boulevard
Brownsville, Texas 78520

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK  Michael N. Milby

BY DEPUTY CLERK

DATE  12-10-93