CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
JAN 7 1994
Michael N. Milby, Clerk
By: [signature]

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
JAN 5 1994
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOSE RAUL CASTILLO, FRANCISCO LOPEZ, and ELOY SANCHEZ, at the Cameron County Jail | § § § § CIVIL ACTION § NO. B-93-260 |
| vs. | § § |
| CAMERON COUNTY, TEXAS | § § |

## ORDER

Having considered the unopposed motion of Plaintiffs' the Court hereby considers the matters of defining the class in this class action and the matter of notice to be given to the members of the class. The Court thereupon makes the following rulings and it is Ordered

1. The court designates the class which plaintiffs represents as follows:

   a) All prisoners of the Cameron County Jail as of 1/3/94.

2. Notice shall be given of this class to each class member by posting throughout the pendency of this claim a copy of the Complaint, Motion for Class Certification and Order for Class Certification in each room in the jail in which a prisoner may be incarcerated and by publication of the Complaint, Motion for Class Certification and Order for Class Certification in the following Cameron County Newspapers: Brownsville Herald, Valley Morning Star, Port Isabel Press and the San Benito News. Such notice shall be made within two weeks of this order.

Dated: 1-5-94.

[signature]
UNITED STATES DISTRICT JUDGE

ORDER - 1

AGREED:

_____
Ed Stapleton
State Bar No. 19058400
Federal I.D. No. 1501
COSTILLA & STAPLETON, P.C.
1325 Palm Boulevard
Brownsville, Texas 78520
210/541-4981
210/544-3152 (FAX)


_____
Richard Burst
State Bar No. 00785586
Federal I.D. No. 15875
Assistant District Attorney
CAMERON COUNTY COURTHOUSE
964 E. Harrison
Brownsville, Texas 78520
210/544-0849
210/544-0869 (FAX)

ORDER - 2