CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JAN 2 6 1994

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF

JOSE RAUL CASTILLO,
FRANCISCO LOPEZ, and
ELOY SANCHEZ, at the
Cameron County Jail,
     Plaintiff,

        V.

CAMERON COUNTY, TEXAS,
     Defendant and
     Third Party Plaintiff,

        V.

ANN RICHARDS; JAMES RILEY;
CAROL S. VANCE; JERRY H. HODGE;
JOSHUA W. ALLEN, SR; THOMAS M.
DUNNING; JUDGE GILBERTO HINOJOSA;
ALLAN B. POLUNSKI; R.H. DUNCAN, SR.;
ELLEN J. HALBERT AND JOHN R. WARD
(each in his or her official capacity).
     Third Party Defendants.

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:** B-93-260

TO: ANN RICHARDS
     GOVERNOR OF THE STATE OF TEXAS
     P.O. BOX 12428 STATE CAPITOL
     AUSTIN, TEXAS 78711
     **YOU ARE HEREBY SUMMONED** and required to file with the
Clerk of this Court and serve upon

| Plaintiff's Attorney | * | Defendant and Third-Party Plaintiff's Attorney |
|---|---|---|
| | * | |
| | * | |
| Ed Stapleton | * | Richard O. Burst |
| COSTILLA & STAPLETON, P.C. | * | Assistant County Attorney |
| 1325 Palm Boulevard | * | 974 E. Harrison Street |
| Brownsville, Texas 78520 | * | Brownsville, Texas 78520 |

an answer to the complaint which is herewith served upon you,
within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief
demanded in the complaint.

Michael N. Milby, Clerk

CLERK

BY DEPUTY CLERK

1-12-94

DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE  *1-19-94* |
|---|---|
| NAME OF SERVER (PRINT)  *Richard O. Burst* | TITLE  *Third Pty Plaintiffs Atty* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left : _____

☐ Returned unexecuted : _____

_____

☒ Other (specify): *Certified mail return receipt requested.*
  *FRCP 4(e)(C)(i); TRCP 106 (a)(2)*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *1-26-94*
  *Date*                    *Signature of Server*

  *974 E. Harrison  20*
  *Address of Server*

_____

1) As to who may serve a summons    Rule 4 of the Federal Rules of Civil Procedure.