9

CLERK, U.S. DISTRICT COU-
SOUTHERN DISTRICT OF TE
FILED

JAN 2 6 1994

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF

JOSE RAUL CASTILLO,
FRANCISCO LOPEZ, and
ELOY SANCHEZ, at the
Cameron County Jail,
    Plaintiff,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-93-260

V.

CAMERON COUNTY, TEXAS,
    Defendant and
    Third Party Plaintiff,

V.

ANN RICHARDS; JAMES RILEY;
CAROL S. VANCE; JERRY H. HODGE;
JOSHUA W. ALLEN, SR; THOMAS M.
DUNNING; JUDGE GILBERTO HINOJOSA;
ALLAN B. POLUNSKI; R.H. DUNCAN, SR.;
ELLEN J. HALBERT AND JOHN R. WARD
(each in his or her official capacity).
    Third Party Defendants.

TO: R.H. DUNCAN, SR.
    TEXAS DEPARTMENT OF CRIMINAL JUSTICE
    503 S. HOHN REDDIT,
    LUFKIN, TEXAS 75901

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

| Plaintiff's Attorney | | Defendant and Third-Party Plaintiff's Attorney |
|---|---|---|
| Ed Stapleton | * | Richard O. Burst |
| COSTILLA & STAPLETON, P.C. | * | Assistant County Attorney |
| 1325 Palm Boulevard | * | 974 E. Harrison Street |
| Brownsville, Texas 78520 | * | Brownsville, Texas 78520 |

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk
_____
CLERK
[signature]
BY DEPUTY CLERK

1-12-94
_____
DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 1-18-94

NAME OF SERVER (PRINT): RICHARD O. BURST

TITLE: Third Pty Plaintiff's Atty

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail, return receipt requested.
FRCP 4(c)(2)(C)(ii); TRCP 106(a)(2)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-26-94

Signature of Server: [signature]

Address of Server: 974 E. Harrison, Brownsville, TX 78520

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.