UNITED STATES DISTRICT COURT
DISTRICT OF

CLERK, U.S DISTRICT COU
SOUTHERN DISTRICT OF T
FILED

JAN 2 6 1994

Michael N. Milby, Clerk

JOSE RAUL CASTILLO,
FRANCISCO LOPEZ, and
ELOY SANCHEZ, at the
Cameron County Jail,
    Plaintiff,

SUMMONS IN A CIVIL ACTION

        V.

CASE NUMBER: B-93-260

CAMERON COUNTY, TEXAS,
    Defendant and
    Third Party Plaintiff,

        V.

ANN RICHARDS; JAMES RILEY;
CAROL S. VANCE; JERRY H. HODGE;
JOSHUA W. ALLEN, SR; THOMAS M.
DUNNING; JUDGE GILBERTO HINOJOSA;
ALLAN B. POLUNSKI; R.H. DUNCAN, SR.;
ELLEN J. HALBERT AND JOHN R. WARD
(each in his or her official capacity).
    Third Party Defendants.

TO: JERRY H. HODGE
    TEXAS DEPARTMENT OF CRIMINAL JUSTICE
    25 MEDICAL DRIVE
    AMARILLO, TEXAS 79106
    YOU ARE HEREBY SUMMONED and required to file with the
Clerk of this Court and serve upon

| Plaintiff's Attorney | Defendant and Third-Party Plaintiff's Attorney |
|---|---|
| Ed Stapleton | Richard O. Burst |
| COSTILLA & STAPLETON, P.C. | Assistant County Attorney |
| 1325 Palm Boulevard | 974 E. Harrison Street |
| Brownsville, Texas 78520 | Brownsville, Texas 78520 |

an answer to the complaint which is herewith served upon you,
within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief
demanded in the complaint.

Michael N. Milby, Clerk

CLERK -

BY DEPUTY CLERK

1-12-94

DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE  *1-15-94* |
|---|---|
| NAME OF SERVER (PRINT)  *RICHARD O. BURST* | TITLE  *Third Party Plaintiff's A* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): _Certified mail, return receipt requested_ _____

_FRCP 4(x)(C)(i); TRCP 106(a)(_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *1-26-94*
_____
Date                              Signature of Server

*974 E. Harrison*
*Brownsville, Tx 78520*
Address of Server

1) As to who may serve a summ   see Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com