CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JAN 2 6 1994

UNITED STATES DISTRICT COURT
DISTRICT OF

JOSE RAUL CASTILLO,
FRANCISCO LOPEZ, and
ELOY SANCHEZ, at the
Cameron County Jail,
    Plaintiff,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-93-260

v.

CAMERON COUNTY, TEXAS,
    Defendant and
    Third Party Plaintiff,

v.

ANN RICHARDS; JAMES RILEY;
CAROL S. VANCE; JERRY H. HODGE;
JOSHUA W. ALLEN, SR; THOMAS M.
DUNNING; JUDGE GILBERTO HINOJOSA;
ALLAN B. POLUNSKI; R.H. DUNCAN, SR.;
ELLEN J. HALBERT AND JOHN R. WARD
(each in his or her official capacity).
    Third Party Defendants.

TO: ALLEN B. POLUNSKI
    TEXAS DEPARTMENT OF CRIMINAL JUSTICE
    1 FORUM 16th FLOOR, 800 IH 10 WEST
    SAN ANTONIO, TEXAS 78230-3874

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

| Plaintiff's Attorney | Defendant and Third-Party Plaintiff's Attorney |
|---|---|
| Ed Stapleton | Richard O. Burst |
| COSTILLA & STAPLETON, P.C. | Assistant County Attorney |
| 1325 Palm Boulevard | 974 E. Harrison Street |
| Brownsville, Texas 78520 | Brownsville, Texas 78520 |

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

_____
CLERK
BY DEPUTY CLERK

1-12-94
_____
DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 1-18-94 |
| NAME OF SERVER (PRINT) Richard O. Burst | TITLE Third Pty Plantiffs At |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, return receipt requested
FRCP 4(c)(C)(ii); TRCP 106(a)(2)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-26-94
          Date                Signature of Server

974 E. Harrison
Brownsville, Tx 78520
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com