United States District Court
Southern District of Texas
FILED

FEB 0 9 1994

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
P. O. DRAWER 31
500 E. 10TH ST., SUITE 428
BROWNSVILLE, TEXAS 78522

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

February 9, 1994

PHONE (210) 548-2

Mr. Ed Stapleton
COSTILLA & STAPLETON, P.C.
P. O. Drawer 4417
Brownsville, TX  78520

Mr. Richard Burst
Cameron County District
  Attorney's Office
974 E. Harrison Street
Brownsville, TX  78520

Mr. John B. Worley
Office of the Attorney
  General of Texas
P. O. Box 12548
Austin, TX  78711-2548

        Re:  C.A. No. B-93-260
             Jose Raul Castillo, et al. vs.
             Cameron County, Texas, et al.

Counselors:

    Please take notice that this case has been assigned by U. S. District Judge Filemon B. Vela to the undersigned U. S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and General Order No. 80-5 of the United States District Court for the Southern District of Texas.

    Counsels' attention is directed to the provision of 28 U.S.C. § 636(c)(1) which provide that the undersigned may, with the consent of all parties, conduct all further proceedings including trial and judgment.  A form on which counsel can indicate consent is enclosed.

    If **ALL** parties consent please sign the consent form and return it to the clerk's office.

YOU ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.

An initial pre-trial conference is set for **March 17, 1994, at 2:00 P.M.** before the Honorable John Wm. Black in Brownsville, Texas (conference may be held telephonically if requested) at which time dates will be set for:

1. Discovery deadline;

2. Conduct of the case including additional pre-trial conferences, and hearings on motions;

3. Filing a Joint Pre-trial Order which conforms to the requirements of Appendix B Local Rules for the Untied States District Court for the Southern District of Texas;

4. A final pre-trial and settlement conference; and

5. A trial on the merits.

THE PRE-TRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRE-TRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, Counsel shall comply fully with Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:

> "contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 6(A)(4)(b).

Very truly yours,

John Wm. Black
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE RAUL CASTILLO, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-93-260 |
| § | |
| CAMERON COUNTY, TEXAS, ET AL. § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Under 28 U.S.C. § 636(c), the parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.

| Signature | Date |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

    Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. § 636(c)(3).

(Note:    **File this with the Clerk only if it has been signed by all parties.**)

---

### ORDER OF REFERENCE

    It is ORDERED that this matter is assigned to United States Magistrate Judge John Wm. Black, to conduct all further proceedings, including final judgment.

| | |
|---|---|
| _____ | _____ |
| Date | Filemon B. Vela |
| | United States District Judge |