UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 09 1994

MICHAEL N. MILBY, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, FRANCISCO LOPEZ, ELOY SANCHEZ, AND ALL SIMILARLY SITUATED INMATES IN THE CAMERON COUNTY JAIL, Plaintifffs, | § § § § § § § § | |
| V. | § § | |
| CAMERON COUNTY, TEXAS Defendant and Third-Party Plaintiff, | § § § § | NO. B-93-260 |
| V. | § § | |
| THE STATE OF TEXAS, Defendant, and ANN RICHARDS, JAMES RILEY, CAROL S. VANCE, JERRY H. HODGE, JOSHUA W. ALLEN, SR., THOMAS DUNNING, JUDGE GILBERTO HINOJOSA, ALLAN B. POLUNSKY, R. H. DUNCAN, SR., ELLEN J. HALBERT, and JOHN R. WARD, Third-Party Defendants and Defendants. | § § § § § § § § § § § § § § § § | |

## DEFENDANT THE STATE OF TEXAS'
## MOTION TO DISMISS FOR LACK OF
## SUBJECT-MATTER JURISDICTION
## [FED. RULE CIV. PROC. 12(b)(1)]

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas, Defendant in this cause, by and through its attorney, Dan Morales, Attorney General of Texas, and files this Motion to Dismiss for Lack of Subject-Matter Jurisdiction [Fed. Rule Civ. Proc. 12(b)(1)].

## I.

The State of Texas is not subject to suit in federal court under the Eleventh Amendment to the United States Constitution, unless it waives its immunity from suit. *Welch v. Texas Department of Highways and Public Transportation*, 483 U.S. 468, 480, 107 S. Ct. 2941, 2945 (1987). The State of Texas has not waived its immunity from this suit. As a result, this Court lacks subject-matter jurisdicition over the Plaintiffs' attempted action against the State of Texas. *See Pennhurst State School & Hospital v. Halderman*, 465 U.S. 89, 119-23, 104 S. Ct. 900, 918-20 (1984). The Court should therefore dismiss that attempted action, with prejudice, for lack of subject-matter jurisdiction. *See* Fed. Rule Civ. Proc. 12(b)(1).

## II.

### REQUEST FOR RELIEF

For the foregoing reasons, Defendant the State of Texas requests that the Court dismiss the Plaintiffs' action against it with prejudice. The State of Texas further requests any other relief to which it may be entitled or which the Court may find just, equitable or proper.

Respectfully submitted,

DAN MORALES
Attorney General of Texas

JORGE VEGA
First Assistant
 Attorney General

DREW T. DURHAM
Deputy Attorney General
 for Criminal Justice

JOHN B. WORLEY
Assistant Attorney General
State Bar No. 22001480

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 320-5300
(512) 463-2200 (FAX)

ATTORNEYS FOR DEFENDANT,
THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing Defendant State of Texas' Motion to Dismiss for Lack of Subject-Matter Jurisdiction [Fed. Rule Civ. Proc. 12(b)(1)] will be served by United States Mail, certified mail, on the 8 12 day of February, 1994 to LUIS V. SAENZ, Cameron County District Attorney, and RICHARD O. BURST, Assistant County Attorney, 974 E. Harrison St., Brownsville, TX 78520; ED STAPLETON, Costilla & Stapleton, P.C., 1325 Palm Boulevard, P. O. Drawer 4417, Brownsville, TX 78520; JUAN JOSE MARTINEZ, P. O. Box 8099, Brownsville, TX 78520; ROBERT MENDOZA, 3505 Boca Chica Blvd., Suite 153, Brownsville, TX 78520; and CARTER C. WHITE, 252 Juanita Way, San Francisco, CA 94127.

JOHN B. WORLEY
Assistant Attorney General

mo02064.cc

3