

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
           BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

FEB 22 1994

Michael N. Milby, Clerk

| | |
|---|---|
| JOSE RAUL CASTILLO, FRANCISCO LOPEZ, AND ELOY SANCHEZ at the Cameron County Jail<br>   Plaintiff,<br><br>VS.<br><br>CAMERON COUNTY, TEXAS<br>   Defendant and<br>   Third Party Plaintiff,<br><br>VS.<br><br>ANN RICHARDS; JAMES RILEY; CAROL S. VANCE; JERRY H. HODGE; JOSHUA W. ALLEN, SR.; THOMAS DUNNING; JUDGE GILBERTO HINOJOSA; ALLAN B. POLUNSKI; R.H. DUNCAN, SR; ELLEN J. HALBERT AND JOHN R. WARD (each in his or her official capacity).<br>   Defendants and<br>   Third Party Defendants. | CIVIL ACTION<br><br><br><br>CASE NUMBER: B-93-260 |

### THIRD PARTY PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO THIRD PARTY DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now, Third Party Plaintiff, Cameron County, and respectfully request this Court for an enlargement of time of ten (10) days, after the 22nd day of February, 1994, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and in support thereof which show the Court:

I.

This Motion For Enlargement is timely in that the Motion

THIRD PARTY PLAINTIFF'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE RESPONSE TO THIRD
PARTY DEFENDANTS' MOTION TO DISMISS PAGE- 1

to Dismiss was filed on the 2nd day February, 1994; therefore, Third Party Plaintiff's response would be due by the close of business on February 22nd, 1994.

II.

That this Enlargement is necessary for the reason that the undersigned attorney is the only Civil Litigation Attorney regularly employed by the County; on or about February 7, 1994, the undersigned received notice that his aunt who resides in Louisiana had passed away and, therefore, was absent the 9th, 10th, and 11th of February. From February 20th to February 25th at 12:30 p.m. the undersigned was in Court before Judge Filemon Vela as the Cameron County personal representative in Cause Number B-88-145. For the foregoing reasons the undersigned has not been able to finish the research and response to Third Party Defendants' Motion to Dismiss.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney respectfully request Enlargement of Time in which to file response to Third Party Defendants' Motion to Dismiss in this cause of ten (10) days after February 22nd, 1994 or until

THIRD PARTY PLAINTIFF'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE RESPONSE TO THIRD
PARTY DEFENDANTS' MOTION TO DISMISS PAGE- 2

March 4th, 1994.

        Respectfully submitted,

        LUIS V. SAENZ
        CAMERON COUNTY DISTRICT ATTORNEY
        974 E. HARRISON STREET
        BROWNSVILLE, TEXAS 78520
        (210)544-0849

BY: _____
    Richard O. Burst
    Assistant County Attorney
    S.D. #15515
    Texas State Bar #00785586
    Attorney for Defendant and
    Third Party Plaintiff

## CERTIFICATE OF CONSULTATION

I, the undersigned certify that I discussed this Motion for Enlargements and the reasons therefore with John B. Worley, Assistant Attorney General, Attorney for all Third Party Defendants and with an Attorney in the office of Ed Stapelton, Attorney for all Plaintiffs and that each attorney stated that they did not oppose to and did not object to this Enlargement.

_____
Richard O. Burst

THIRD PARTY PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO THIRD PARTY DEFENDANTS' MOTION TO DISMISS PAGE- 3

## CERTIFICATE OF SERVICE

I, the undersigned certify that a copy of the foregoing Motion for Enlargement has been mailed return receipt requested to Ed Stapelton, Attorney in charge at Costilla & Stapelton, P.C. 1325 Palm Blvd., P.O. Drawer 4417 Brownsville, Texas 78520, and to John B. Worley, Assistant Attorney General of the State of Texas, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548, on this 22nd day of February, 1994.

---
Richard O. Burst
Assistant County Attorney

THIRD PARTY PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO THIRD PARTY DEFENDANTS' MOTION TO DISMISS PAGE- 4