AO 456 (Rev. 5/85) Notice

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

*United States District Court*
*Southern District of Texas*
*FILED*

**FEB 23 1994**

Michael N. Milby, Clerk

JOSE RAUL CASTILLO

V.

CAMERON COUNTY, TEXAS, ET AL.

**NOTICE**

CASE NUMBER: B-93-260

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☐ TAKE NOTICE That a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

INITIAL PRETRIAL CONFERENCE

☒ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| U. S. FEDERAL COURTHOUSE<br>500 E. 10TH STREET<br>SUITE 428<br>BROWNSVILLE, TEXAS | MARCH 17, 1994 AT 2:00 P.M. | MARCH 24, 1994 AT 2:00 P.M. BEFORE U. S. MAGISTRATE JUDGE JOHN WM. BLACK |

U.S. MAGISTRATE ~~OR CLERK OF COURT~~ JOHN WM. BLACK

FEBRUARY 23, 1994
DATE

~~BY DEPUTY CLERK~~

To: MR. ED STAPLETON
MR. ROBERTO MENDOZA
MR. RICHARD O. BURST
MR. JOHN BRENT WORLEY