# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, FRANCISCO LOPEZ, ELOY SANCHEZ, AND ALL SIMILARLY SITUATED INMATES IN THE CAMERON COUNTY JAIL, <br>     Plaintiffs, | § | |
| VS. | § | |
| CAMERON COUNTY, TEXAS <br>     Defendant and <br>     Third-Party Plaintiff, | § | NO. B-93-260 |
| VS. | § | |
| ANN RICHARDS, JAMES RILEY, CAROL S. VANCE, JERRY H. HODGE, JOSHUA W. ALLEN, SR., THOMAS DUNNING, JUDGE GILBERTO HINOJOSA, ALLEN B. POLUNSKY, R. H. DUNCAN, SR., ELLEN J. HALBERT, and JOHN R. WARD, <br>     Third-Party Defendants | § | |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Robert H. Mendoza, Movant herein, and file this his Motion to Withdraw.

### I.

Movant herein is one of the original attorneys listed as petitioners in the above styled and numbered cause of action. Since the initial filing of said cause, Movant has accepted employment and is currently employed by the County of Willacy in the State of Texas in the capacity of Assistant District and County Attorney. The

Page 1

essence of the position held creates an irreconcilable conflict that can only be resolved by counsels' withdrawl from the case.

II.

Movants' withdrawl, pursuant to the instant motion, would not work to delay this case nor would it work to prejudice any party.

Wherfore Premises Considered, Movant prays that the Court will grant its Motion to Withdraw and for such other and further relief Movant May be entitled , general or special, in law or equity.

                            Respectfully submitted,

_____

Robert H. Mendoza
3505 Boca Chica Blvd.
Suite 153
Tel: (210) 541-8421
State Bar No. 13937670
Federal I.D. No. 11418

Page 2