AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS
BROWNSVILLE DIVISION

JOSE RAUL CASTILLO,
FRANCISCO LOPEZ, and
ELOY SANCHEZ, at the
Cameron County Jail, and
all those similarly situated

V.

CAMERON COUNTY, TEXAS, THE STATE OF TEXAS and
ANN RICHARDS; JAMES RILEY; CAROL S. VANCE; JERRY H. HODGE;
JOSHUA W. ALLEN, SR.; THOMAS DUNNING; JUDGE GILBERTO HINOJOSA;
ALLAN B. POLUNSKI; R. H. DUNCAN, SR.; ELLEN J. HALBERT and
JOHN R. WARD (each in his or her official capacity)

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-93-260

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 15 1994

MICHAEL N. MILBY, CLERK

TO: (Name and Address of Defendant)

THE STATE OF TEXAS
POST OFFICE BOX 12428 STATE CAPITOL
AUSTIN, TEXAS 78711

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

ED STAPLETON
COSTILLA & STAPLETON, P.C.
P.O. Drawer 4417
BROWNSVILLE, TEXAS 78520

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

*Maurine Garza* (signature)
BY DEPUTY CLERK

DATE  1-21-94

AO 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

              _____
              Address of Server

---

**SENDER:**
- Complete items 1 and/or 2 for additional services
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered

I also wish to receive the following services (for an fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

THE STATE OF TEXAS
POST OFFICE BOX 12428
STATE CAPITOL
AUSTIN, TX 78711

BUDDY FOWLER
MAIL AND MESSENGER SERVICE
JAN 26 1994

4a. Article Number
P 802 505 356

4b. Service Type
☐ Registered     ☐ Insured
☒ Certified      ☐ COD
☐ Express Mail   ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)
GENERAL SERVICES COMMISSION

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

FIRST.AMEND.COMPALINT

PS Form **3811**, December 1991    ☆U.S. GPO: 1992—323-402    **DOMESTIC RETURN RECEIPT**

1) As to who may serve a sum

ClibPDF - www.fastio.com