# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, FRANCISCO LOPEZ, ELOY SANCHEZ, AND ALL SIMILARLY SITUATED INMATES IN THE CAMERON COUNTY JAIL, Plaintiffs, | § § § § § § § § | |
| VS. | § | |
| CAMERON COUNTY, TEXAS Defendant and Third-Party Plaintiff, | § § § § | NO. B-93-260 |
| VS. | § § | |
| ANN RICHARDS, JAMES RILEY, CAROL S. VANCE, JERRY H. HODGE, JOSHUA W. ALLEN, SR., THOMAS DUNNING, JUDGE GILBERTO HINOJOSA, ALLEN B. POLUNSKY, R. H. DUNCAN, SR., ELLEN J. HALBERT, and JOHN R. WARD, Third-Party Defendants | § § § § § § § § § | |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

On this 9TH day of MARCH, 1994, came on to be heard Movants' Motion to Withdraw As Counsel and the Court after considering said motion and argument of counsel is of the opinion that said motion should be granted.

It is therefore Ordered, Adjudged and Decreed that Movants' Motion to Withdraw as Counsel is hereby Granted and Counsel, the Honorable Robert H. Mendoza, is hereby ordered withdrawn as counsel in the above styled and numbered cause.

JUDGE PRESIDING

Page 3

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing Motion to Withdraw as Counsel will be served by United States Mail, certified mail, on the _1st_ day of _March_, 1994 to LUIS V. SAENZ, Cameron County District Attorney, and RICHARD O. BURST, Assistant County Attorney, 974 E. Harrison St., Brownsville, TX 78520; ED STAPLETON, Costilla & Stapleton, P.C., 1325 Palm Boulevard, P.O. Drawer 4417, Brownsville, TX 78520; JUAN JOSE MARTINEZ, P.O. Box 8099, Brownsville, TX 78520; and CARTER C. WHITE, 252 Juanita Way, San Francisco, CA 94127.

_____
ROBERT H. MENDOZA

Page 4