```
                                              United States District Court
                                              Southern District of Texas
                                                       FILED

                                                   MAR 24 1994

         THE HONORABLE JOHN WM. BLACK      Michael N. Milby, Clerk

                  INITIAL PRETRIAL CONFERENCE
```

CIVIL ACTION NO. **B-93-260**   DATE & TIME: **03-24-94 AT 2:00 P.M.**

**JOSE RAUL CASTILLO, ET AL.**   PLAINTIFF(S)   **ED STAPLETON**
                                 COUNSEL
VS.

**CAMERON COUNTY, TEXAS, ET AL.**   DEFENDANT(S)   **RICHARD OTTO BURST**
                                    COUNSEL        **JOHN BRENT WORLEY**

---

An initial pretrial conference was held. Attorneys Ed Stapleton, Richard Burst appeared, John Worley appeared telephonically.

Discovery is due by July 1, 1994.
Extension filed by June 17, 1994.
All other motions filed no later than 10 days after discovery.
Joint pretrial order filed by July 29, 1994.
Final pretrial & settlement conference set for July 29, 1994 at 2:00 P.M.
Trial is set for September, 1994.

File Motions for Injunctive Relief, Hearing set for May 26, 1994 at 9:00 A.M.
File Dispositive Motions by May 20, 1994.

Order signed, filed and certified copies mailed to all parties.