4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 3 1 1994

Michael N. Milby, Clerk
By Deputy:

United States District Court
Southern District of Texas
FILED

MAR 24 1994

Michael N. Milby, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-93-260 |
| | § | |
| CAMERON COUNTY, TEXAS, ET AL. | § | |

## O R D E R

On this day came on to be considered the **initial pretrial conference** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   All discovery in this case must be completed by **July 1, 1994.**  If additional time is required, a motion requesting such extension must be filed no later than **June 17, 1994.**  Failure to file such motion shall preclude further discovery.

(2)   All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)   A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **July 29, 1994.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING.  FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4)   A final pretrial and settlement conference is set for **July 29, 1994 at 2:00 P.M.**

(5)   Trial on the merits is set for **September, 1994,** docket call.

DONE at Brownsville, Texas, on this 24th day of March, 1994.

File Motions for Injunctive
Relief, Hearing May 26, 1994
at 9:00 A.M.
File Dispositive Motions by
May 20, 1994.

John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com