IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 13 1994

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, *et al.*, | § | |
| Plaintifffs, | § | |
| | § | |
| V. | § | |
| | § | |
| CAMERON COUNTY, TEXAS | § | NO. B-93-260 |
| Defendant and | § | |
| Third-Party Plaintiff, | § | |
| V. | § | |
| | § | |
| THE STATE OF TEXAS, | § | |
| Defendant, | § | |
| and | § | |
| | § | |
| ANN RICHARDS, *et al.*, | § | |
| Defendants and | § | |
| Third-Party Defendants. | § | |

DEFENDANT THE STATE OF TEXAS AND
DEFENDANTS/ THIRD-PARTY DEFENDANTS
ANN RICHARDS, ET AL.S'
MOTION FOR CLARIFICATION AND
AMENDMENT OF SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME the State of Texas, Defendant, and Ann Richards, Governor of Texas, James Riley, Interim Director of the Texas Department of Criminal Justice ("TDCJ"), Carol S. Vance, Jerry H. Hodge, Joshua W. Allen, Sr., Thomas Dunning, Allan B. Polunsky, R. H. Duncan, Sr., Ellen J. Halbert, and John R. Ward, members of the Texas Board of Criminal Justice, Defendants and Third-Party Defendants (collectivley, "State Defendants"), by and through their attorney, Dan Morales, Attorney General of Texas, and file this their Motion for Clarification and Amendment of Scheduling Order.

**I.**

The Scheduling Order in this case is unclear in one respect. It appears to say that motions for injunctive relief are to be filed on the same day that they will be heard, namely, May 26, 1994. That, however, would give Defendants no notice before the hearing of the injunctive relief sought or the specific grounds for that relief. Ordinarily, under Southern District Local Rule 6.E.1., counsel have until submission day to file written responses to motions, and submission day is 20 days from the date the motion is filed. S.D. Local Rule 6.D. Having motions for preliminary injunctive relief filed on the day that they are heard would deprive counsel for the Defendants of their opportunity to respond in writing, as well as any real time for preparation of the hearing. In addition, the Court would find a written response to any motions for preliminary injunctive relief advantageous, since such a response could narrow and clarify the issues for the hearing.

State Defendants therefore move that the scheduling order be clarified and amended to provide that motions for preliminary injunctive relief be filed by May 2, 1994 and that responses be due on May 20, 1994. State Defendants are not wed to these dates, though, and would be amenable to other dates so long as they afford an opportunity to respond to preliminary injunction motions in writing, as well as prepare for the hearing.

**II.**

**CERTIFICATE OF CONFERENCE**

Counsel for State Defendants has conferred with counsel for the County Defendants and the Plaintiffs about this motion. Counsel for the County Defendants, Richard O. Burst, is not opposed to this motion. Lead counsel for the Plaintiffs, Ed Stapleton, is opposed to this motion.

2

## III.

## REQUEST FOR RELIEF

For the foregoing reasons, State Defendants request the Court to clarify and amend the scheduling order to provide that motions for preliminary injunctive relief be filed by May 2, 1994 and that responses to these motions will be due on May 20, 1994. State Defendants further request any other relief to which they may be entitled or which the Court may find just, equitable or proper.

Respectfully submitted,

DAN MORALES
Attorney General of Texas

JORGE VEGA
First Assistant
 Attorney General

DREW T. DURHAM
Deputy Attorney General
 for Criminal Justice

ANN KRAATZ
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
JOHN B. WORLEY
Assistant Attorney General
State Bar No. 22001480

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2034
(512) 463-2080 (FAX)

ATTORNEYS FOR
STATE DEFENDANTS

3

## CERTIFICATE OF SERVICE

I do hereby certify that the Defendant the State of Texas and Defendants/Third-Party Defendants Ann Richards, et al.'s Motion for Clarification and Amendment of Scheduling Order will be served by United States Mail on the 12th day of April, 1994 to LUIS V. SAENZ, Cameron County District Attorney, and RICHARD O. BURST, Assistant County Attorney, 974 E. Harrison St., Brownsville, TX 78520; ED STAPLETON, Costilla & Stapleton, P.C., 1325 Palm Boulevard, P. O. Drawer 4417, Brownsville, TX 78520; JUAN JOSE MARTINEZ, P. O. Box 8099, Brownsville, TX 78520; ROBERT MENDOZA, 3505 Boca Chica Blvd., Suite 153, Brownsville, TX 78520; and CARTER C. WHITE, 252 Juanita Way, San Francisco, CA 94127.

_____
JOHN B. WORLEY
Assistant Attorney General

mo04124.cc