ClibPDF - www.fastio.com