UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 19 1994

Michael N. Milby, Clerk
By Deputy:

United States District Court
Southern District of Texas
FILED

MAY 12 1994

Michael N. Milby, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE RAUL CASTILLO, ET AL. § | |
| VS. § | |
| CAMERON COUNTY, TEXAS § | |
| VS. § | CIVIL ACTION NO. B-93-260 |
| THE STATE OF TEXAS § | |
| and § | |
| ANN RICHARDS, ET AL. § | |

## O R D E R

On this day came to be considered State Defendants' Motion for Clarification and Amendment of Scheduling Order. The Court finds this Motion to be meritorious. It is therefore **ORDERED** that the Motion is **GRANTED** and, accordingly, that all motions for preliminary injunctive relief are to be filed by May 10, 1994 with responses to those motions due by May 31, 1994.

The hearing set for May 26, 1994, is reset to June 9, 1994 at 10:30 A.M.

DONE at Brownsville, Texas, this 12th day of May, 1994

John Wm. Black
United States Magistrate Judge