HONORABLE _Jof Wm. Black_ JUDGE PRESIDING
COURTROOM CLERK _Leonel F. Garza_
COURT REPORTER _CRO: Gabriel Mendieta_
LAW CLERK _____
U.S. MARSHAL _CSO- Frey_
INTERPRETER _____
DATE _June 9, 1994_        OPEN (10:32 A.M.)

6-9-94

50

~~CRIMINAL~~/CIVIL ACTION NO. _B-93-260_

_Jose Raul Castillo, et al_          COUNSEL _Ed Stapleton_
                                              _J.J. Martinez_

VS

_Cameron County, Texas_              COUNSEL _Richard O. Beust_
_Ann Richards_                                _John Brent Worley_
                                              _Sharon Felfe_
                                              _Robin Sanders_

Present for hearing on Preliminary Injunction:
Ed Stapleton for Plfs, Richard O. Beust for Cameron County,
John Brent Worley and Sharon Felfe for State of Texas
(Ann Richards - Governor)
Mr. Stapleton's Wit: 1. Carlos Tapia - Administrative Advisor
                                     for Sheriff Alex Perez.
                        (Adverse Witness)
                     2. Gustavo Stern - M.D. (out of Turn) Excused

So return @ 1:45 P.M.
Started 2:55 P.M. Mr. Tapia resumed his testimony.
         3:07-3:15  Mr. Beust questioned Mr. Tapia
         3:15-3:33  Mr. Worley        "        "
         3:33-3:39  Mr. Stapleton     "        "
         3:39-3:40  Mr. Worley        "        "

2

HONORABLE John M. Black JUDGE PRESIDING
COURTROOM CLERK Paula Tamayo
COURT REPORTER ERO Gabriel Mendieta
LAW CLERK _____
U.S. MARSHAL CSO - Farias                    6-9-94
INTERPRETER _____
DATE June 7, 1994      OPEN 2:55 P.M.

Page 2

CRIMINAL/CIVIL ACTION NO. B-93-260

Jose Paul Castillo, et al          COUNSEL Ed Stapleton
                                   Co- J.J. Martinez

VS

Cameron County, Texas, et al       COUNSEL Richard O. Burst
& Ann Richards, et al                      John Brent Worley
                                           Sharon Telfe
            Continuation                   Robin Sanders

| Time | Who | | |
|---|---|---|---|
| 3:40-4:03 | Mr. Stapleton questioned Mr. George Garcia | | Classification Officer |
| 4:03-4:08 | Mr. Burst | " | " |
| 4:08-4:22 | Mr. Worley | " | " |
| 4:22-4:26 | Mr. Stapleton | " | " |
| 4:26-4:27 | Mr. Burst | " | " |
| 4:27-4:28 | Mr. Worley | " | " |
| 4:28-4:29 | Mr. Stapleton | " | " |
| 4:30-4:55 | Mr. Stapleton | " Judge Gilberto Hinojosa | 13th Court of Appeals Judge |
| 4:55-4:56 | Mr. Burst | " | " |
| 4:57- | Recessed for the day | | |