HONORABLE John Wm. Black JUDGE PRESIDING

COURTROOM CLERK Leonel Garza

COURT REPORTER ERO: Gabriel Mendieta

LAW CLERK _____

U.S. MARSHAL CSO: Oakley AM / Farias PM

INTERPRETER _____

DATE June 10, 1994     OPEN 9:00 A.M.     6-10-94

~~CRIMINAL~~/CIVIL ACTION NO. B-93-260

Jose Raul Castillo, et al     COUNSEL Ed. Stapleton
                                      JJ Martinez

VS

Cameron County, et al        COUNSEL Richard O. Burst
Ann Richards, et al                  John Brent Worley
                                      Shawn Felde
                                      Robin Sanders

2nd Day - Preliminary Injunction Hearing
Evidence Continued w/ Judge Hinojosa @ 9:00 A.M. - 9:25
Stapleton  "   "   "   "        9:25 - 9:50
Stat-M. Sanders  "   "   "   "  9:50 - 10:05
Mr. Burst  "   "   "   "        10:05 - 10:12
Stapleton questioned Judge Tony Garza - Cameron County  10:13 - 10:25
Mr. ~~Sanders~~ Worley  "   "   "   "   10:25 - 10:34
Stapleton  "  Mike Linard - Complaint Officer  10:35 - 10:45
Burst  "   "   "   "            10:45 - 10:46
Worley  "   "   "   "           10:46 - 10:55
Recessed until 1:00 P.M.
Resumed at 1:07 P.M.
Stapleton questioned Ruben Garza Quintero  1:10 P.M - 1:30
Sanders  "   "   "   "          1:30 - 1:44

4

HONORABLE John M. Black JUDGE PRESIDING
COURTROOM CLERK Paula Tamayo
COURT REPORTER ERO- Gabriel Mendieta
LAW CLERK ___
U.S. MARSHAL CSO Farias/Oakley/Fry
INTERPRETER ___
DATE June 10, 1994        OPEN

6-10-94

Page 2

CRIMINAL/CIVIL ACTION NO. B-93-260

Jose Raul Castillo, et al        COUNSEL Ed Stapleton
                                         J. J. Martinez

VS

Cameron County, Texas, et al.    COUNSEL Richard O. Burst
Ann Richards, et al.                     John Brent Worley
                                         Sharon Felfe
                                         Robin Sanders

Stapleton questioned Ruben Garza Quintero - 1:44-1:45
Sanders      "         "      "       "    1:45 - one question
Stapleton asked State not to retaliate against witnesses.
State stated they want to try to get him to TDC as soon
as possible - as he was supposed to be. 1:45 - 1:52
1:54 Plaintiff rested
Recessed at 1:55 to resume at 2:10 P.M.
Resumed at 2:12
[State witness] Sanders questioned Gary W. DeLand  2:12 PM - 3:15
Stapleton    "        "     "      "               3:15 - 4:04
Burst        "        "     "      "               4:04 - 4:09
Sanders      "        "     "      "               4:09 - 4:30
Stapleton    "        "     "      "               4:30 - 4:31
Recessed until Tuesday June 14, 1994 at 1:00 P.M.