52

HONORABLE John M Black JUDGE PRESIDING
COURTROOM CLERK Garza/Tamayo
COURT REPORTER ERO - Gabriel Mendieta
LAW CLERK _____
U.S. MARSHAL CSO - Farias/Oakley
INTERPRETER _____
DATE June 14, 1994          OPEN

6-14-94

~~CRIMINAL~~/CIVIL ACTION NO. B-93-260

Jose Paul Castillo, et al.          COUNSEL Ed Stapleton
                                             JJ Martinez

VS

Cameron County, Texas, et al        COUNSEL Richard O. Burst
Ann Richards, et al.                         John Brent Werley
                                             Robin Sanders

1:16-1:21 - Df. CC witness George Garcia Deputy Sheriff
1:22-1:26 - Carlos Tapia, Chief Adm. Advisor
Burst  1:30-1:59 - Oscar Ponce, Asst. DA, Cameron County, Tx
Stapleton 1:59-2:38     "        "
Sanders - 2:38-2:45     "        "
Burst   2:45-2:53       "        "
Stapleton 2:53-2:57     "        "
        2:57 - Recessed        3:40 - Resumed
Burst  3:40-4:20 - Rosemary Martinez - CC Budget Officer
Stapleton 4:20-4:45     "        "
        4:45 - Recessed -      4:50 Resumed
Stapleton 4:50-4:56  Rosemary Martinez
Burst   4:58-5:00     "        "
        5:00    Recessed for the day