HONORABLE **John Wm. Black** JUDGE PRESIDING

COURTROOM CLERK **Barry Tamayo**

COURT REPORTER **ERO - Gabriel Mendieta**

LAW CLERK _____

U.S. MARSHAL **CSO Farias / Infante**

INTERPRETER _____

DATE **June 15, 1994**      OPEN **8:33 A.M.**

6-15-94

---

CRIMINAL/CIVIL ACTION NO. **6-93-260**

**Jose Raul Castillo, et al**      COUNSEL **Ed Stapleton**
                                              **J J Martinez**

VS

**Cameron County, Texas, et al**      COUNSEL **Richard O. Burst**
**Ann Richards, et al**                        **John Brent Worley**
                                                **Robin Sanders**

---

| | | |
|---|---|---|
| Stapleton | 8:33 – | Rosemary Martinez continued her testimony |
| | 9:36 | County rests |
| Worley | – 10:04 | Jim Vinson, Ph.D. – State witness – Economist expert |
| Burst | 10:04 – 10:17 | " " |
| | 10:17 | Recess – Resumed at 10:43 |
| Burst | 10:43 – 11:12 | Resumed – Jim Vinson |
| Stapleton | 11:12 – 11:25 | " " |
| Worley | 11:25 – 11:25 | " " |
| Sanders | 11:30 – 11:47 | Ronald E. Howell – State Asst. Asso. Dir of Design |
| Burst | 11:47 – 11:48 | " " |
| Stapleton | 11:48 – 11:50 | " " |
| | 11:50 | Recessed until 1:00 – Resumed at 1:10 |
| Sanders | 1:10 – 2:00 | Cathy McBay – Asst. Director of TDCJ |
| Burst | 2:00 – 2:02 | " " |

HONORABLE John M. Black JUDGE PRESIDING
COURTROOM CLERK Tamayo
COURT REPORTER ERO - Gabriel Mendieta
LAW CLERK _____
U.S. MARSHAL CSO - Infante / Oakley / Farias
INTERPRETER _____
DATE June 15, 1994    OPEN _____

6-15-94

Page 2

~~CRIMINAL~~/CIVIL ACTION NO. B-93-260

Jose Raul Castillo, et al.    COUNSEL Ed Stapleton
                                      JJ Martinez

VS

Cameron County, Tx, et al.    COUNSEL Richard O. Burst
Ann Richards, et al.                  John Brent Worley
                                      Robin Sanders

| | | |
|---|---|---|
| Stapleton | 2:02 - 2:23 | Cathy McSay - Asst. Director of OTDCJ |
| Sanders | 2:23 - 2:28 | " " |
| Burst | 2:28 - 2:44 | " " |
| Stapleton | 2:44 - 2:50 | " " |
| Sanders | 2:50 - 2:53 | " " |
| Burst | 2:53 - 3:00 | " " |
| | 3:00 | State Rests - Would like Court to take Judicial Notice |
| | 3:03 | Recessed until 3:34 |
| Burst | 3:34 - 3:47 | Recalled George Garcia (County witness) |
| Sanders | 3:47 - 3:50 | " " |
| Burst | 3:50 - 4:05 | Recalled Rosemary Martinez |
| Worley | 4:05 - 4:14 | " " |
| Stapleton | 4:14 - 4:17 | " " |
| Worley | 4:17 - 4:18 | " " |