HONORABLE John Wm. Black JUDGE PRESIDING
COURTROOM CLERK Tamayo
COURT REPORTER CRC- Gabriel Mendieta
LAW CLERK —
U.S. MARSHAL CSO- Farias
INTERPRETER —
DATE June 16, 1994     OPEN

6-16-94

Page 2

CRIMINAL/CIVIL ACTION NO. B-93-260

Jose Raul Castillo, et al     COUNSEL Ed Stapleton
                                      JJ Martinez

VS

Cameron County, Tx, et al    COUNSEL Richard O. Burst
Ann Richards, et al                    John Brent Werley
                                       Robin Sanders

| | | |
|---|---|---|
| | 11:20 - | Resumed testimony |
| Sanders | 11:21 - 11:35 | S. L. Woods, Jr. custodian of records Chairman State Classification |
| Burst | 11:35 - 11:50 | " " |
| Sanders | 11:53 - 11:54 | " " |
| Stapleton | 11:54 - 11:55 | " " |
| | 11:55 | State rests; Plaintiffs rests - County rests |
| | 11:58 | Recessed |

Pltfs' exhibit list filed.
Deft. Cameron County exhibit list filed.
State of Texas exhibit list filed.

HONORABLE  John M. Black  JUDGE PRESIDING

COURTROOM CLERK  Tamayo

COURT REPORTER  ERO - Gabriel Mendieta

LAW CLERK  —                                               6-15-94

U.S. MARSHAL  CSO - Farias

INTERPRETER  —                                             June 16, 1994

DATE  June 15, 1994        OPEN  _____       Started 8:30 A.M.
                                                                    Page 3

~~CRIMINAL~~/CIVIL ACTION NO.  B-93-260

Jose Raul Castillo, et al.            COUNSEL  Ed Stapleton
                                                J J Martinez


VS

Cameron County, Tx., et al            COUNSEL  Richard O. Burst
Ann Richards, et al                             John Brent Worley
                                                Robin Sanders


Worley  4:18 - 4:20        Recalled Jim Vinson
Burst   4:20 - 5:00           "    "    "    along with
                          discussions between Judge Black
                          & Mr. Vinson; Ms. Martinez regarding
                          County Exhibit #6
5:00 -                    Recessed for the day
                          To resume at 8:30 A.M. 6-16-94
(6-16-94)  Page 1   # 54
Burst   8:30 - 9:10  - Dr. Vinson continued his testimony
Stapleton
Worley  9:10 - 9:22 -      "      "        "      "
Burst   9:23 - 9:29        "      "        "      "
Worley  9:29 - 9:30        "      "        "      "
        9:30 -             Recessed
        9:45 -             Trip to jail Judge, all attorneys
                           accompanied him