UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CASE NO. B-93-260

Jose Raul Castillo, et al

JUDGE John Wm. Black
COURTROOM DEPUTY Lionel R. Inge
COURT REPORTER ERO: Gabriel Mendi

VS

Cameron County, Texas, et al

COURT TRIAL / JURY TRIAL / **HEARING**
Held at Brownsville, Texas
Date June 9, 1994

EXHIBIT LIST OF Plaintiff     Attorney Ed. Stapleton

PAGE 1 of ____ Pages

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| | | 6-16-94 | | | | 1994 | |
| 1 | Sketch of Cameron Co. Hall of Justice | 6/9 | ✓ | | ✓ | 6/9/94 | |
| 2 | Photo | 6/9 | ✓ | | ✓ | " | |
| 3 | Photo (group) (Pages 1 three) | 6/9 | ✓ | | ✓ | " | |
| 4 | Sketch of Jail | 6/9 | ✓ | | ✓ | " | |
| 5 | Photo - 3rd floor Day Room | 6/9 | ✓ | | ✓ | " | |
| 6 | Sketch - 3rd Floor Jail - Cameron Co. | 6/9 | ✓ | | ✓ | " | |
| 7 | " of Detention Center - " " | 6/9 | ✓ | | ✓ | " | |
| 8 | Photo of " " | 6/9 | ✓ | | ✓ | " | |
| 9 | Daily report of admittance into Jail (Same as County #3) | 6/9 | ✓ | | ✓ | 6/9 | |
| 10 | Letter from Mr. Tapia to St. Rep. Oliveira (Sen Lucio/Resp. Jundales Alcaraz complaint) | 6/9 | ✓ | | ✓ | 6/9 | |
| 11 | Response from Jim Solis | 6/9 | ✓ | | ✓ | 6/9 | |
| 12 | " " Rene Oliveira | 6/9 | ✓ | | ✓ | 6/9 | |
| 13 | " to Rene Oliveira | 6/9 | ✓ | | ✓ | 6/9 | |
| 14 | Inmate Classification Profile | 6/9 | ✓ | | ✓ | 6/9 | |
| 15 | Initial Psychological Referral | 6/9 | ✓ | | ✓ | 6/9 | |
| 16 | Response from BC Charles Smith + Sheriff | 6/9 | ✓ | | ✓ | 6/9 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CASE NO. __B-93-260__

_Jose Paul Castillo, et al_ * JUDGE _John Wm Black_

* COURTROOM DEPUTY _Garza/Amayo_

VS * COURT REPORTER _ERO Gabriel Menkieta_

_Cameron County, Tx, et al_ * COURT TRIAL / JURY TRIAL /(HEARING)

* Held at _Brownsville, Tx_

Date _June 9, 1994_

EXHIBIT LIST OF _Plaintiff_   Attorney _Ed Stapleton_

PAGE _2_ of _____ Pages

| EX. NO. | DESCRIPTION | MARKED 1994 | OFFERED | OBJECT | ADMIT | DATE 1994 | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 17 | Letter from TDCJ Larry Miller to Jim Solis | 6/9 | ✓ | | ✓ | 6/9 | |
| 18 | Photo of 1994 addition to CC Detention Center | 6/9 | ✓ | | ✓ | 6/9 | |
| 19 | Monthly jail report | 6/9 | ✓ | | ✓ | 6/9 | |
| 20 | Felony Submission Form | 6/10 | ✓ | | ✓ | 6/10 | |
| 21 | Writ | 6/14 | ✓ | | ✓ | 6/14 | |
| 22 | Comprehensive Annual Budget Report | 6/14 | ✓ | | ✓ | 6/14 | |
| 23 | Budget Report 1994 | 6/14 | ✓ | | ✓ | 6/14 | |
| 24 | List of Three Year inmates taken into TDLC | 6/16 | ✓ | | ✓ | 6/16 | |