AO 187 (Rev. 4/82)     **EXHIBIT AND WITNESS LIST**     56

| | | | | |
|---|---|---|---|---|
| Jose Raul Castillo | VS. | C.C., Tx | DISTRICT COURT | Brownsville, Tx |
| PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | DOCKET NUMBER | B-93-260 |
| Ed Stapleton | | Richard Burst | ~~Hearing~~ TRIAL DATE(S) | June 9, 10, 14 |
| PRESIDING JUDGE John Wm Black | | COURT REPORTER ERO Gabriel Mendieta | COURTROOM DEPUTY | Farias / Oakley |

| PLF. NO. | ~~DEF. NO.~~ Cameron County | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/14 | ✓ | ✓ | Total cost calculation - prisoner costs |
| 2 | | 6/14 | ✓ | ✓ | Contract C.C. w/ Dept of Justice Temp. Housing Agreement |
| 3 | | 6/14 | ✓ | ✓ | Inmate XLS (same as Plaintiff #9) |
| 4 | | 6/14 | ✓ | ✓ | Calculation of monthly population report |
| 5 | | 6/15 | ✓ | ✓ | 1994 Budget Comparison document dated 6-13-94 |
| 6 | | 6/15 | ✓ | ✓ | 1994 Inmate Calculation as of 6-13-94 |
| 7 | | 6/16 | ✓ | ✓ | Copy of Pro Forma Budget |
| 8 | | 6/16 | ✓ | ✓ | C.C. Inmate Letter & lists from Bryan Collier to CC, Tx |
| 9 | | 6/16 | ✓ | ✓ | Copy of Packet submitted from County to State on inmate |
| | | | | | 6-16-94 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages