AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| | |
|---|---|
| Jose Paul Castillo, et al VS. Cameron County, et al | **DISTRICT COURT** Brownsville, Tx |
| **PLAINTIFF'S ATTORNEY** Ed Stapleton | **DEFENDANT'S ATTORNEY** | **DOCKET NUMBER** B-93-260  5? |
| | | **TRIAL DATE(S)** Hearing June 9-10, 1994 |
| **PRESIDING JUDGE** John Wm. Black | **COURT REPORTER** ERO Gabriel Mendietta | **COURTROOM DEPUTY** Oakley |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/10 | ✓ | ✓ | Construction schedule by month |
| 2 | | ✓ | ✓ | ✓ | Projection of Correctional Populations in Texas - FY 1994-2000 |
| 3 | | ✓ | ✓ | ✓ | Review of Sentencing Reforms |
| 4 | | ✓ | ✓ | X | Inmate Incident Report |
| 5 | | ✓ | ✓ | ✓ | Expert resume - Gary W. DeLand |
| 6 | | 6/15 | ✓ | ✓ | Fax copy of 1992 Study - Jail & Detention Center |
| 7 | | ✓ | ✓ | ✓ | Resume of James R. Vinson, Ph.D. |
| 8 | | ✓ | ✓ | ✓ | Construction schedule by month (updated) from Exhibit #1 |
| 9 | | ✓ | ✓ | ✓ | List of funds - per legislative session |
| 10 | | ✓ | ✓ | ✓ | Construction schedule - projects under construction |
| 11 | | ✓ | ✓ | ✓ | Letter from Cathy McBay to Sheriff Alex Perez |
| 12 | | ✓ | ✓ | ✓ | Special Needs Inmate Guidelines |
| 13 | | 6/16 | ✓ | | Copy of County Exhibit No. 7 without mark outs |
| | | | | | 6-16-94 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages