UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
P. O. DRAWER 31
500 E. 10TH ST., SUITE 428
BROWNSVILLE, TEXAS 78520

June 29, 1994

United States District Court
Southern District of Texas
FILED

JUN 29 1994

Michael N. Milby, Clerk

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (210) 548-2570

Mr. Christopher Escobar, #73012
Cameron County Detention Center
Cell # C-2
1145 E. Harrison
Brownsville, Texas 78520

RE: Castillo, *et al.* vs. Cameron County, Texas, *et al.*, B-93-260

Dear Mr. Escobar:

The Court has received your letter dated June 17, 1994. It has been forwarded to those better able to assist you, as noted below. Please note that although this Court is presently hearing a case in which the PIA program has come up as an issue, this Court is not the administrator of the PIA program, and is not in a position to provide individualized assistance to you or your fellow prisoners seeking to participate in that program.

Sincerely,

John Wm. Black
United States Magistrate Judge

cc: Mr. Ed Stapleton
    Costilla & Stapleton
    P.O. Drawer 4417
    Brownsville, TX 78520
   Mr. Richard Burst
    Cameron County District Atty's Office
    974 E. Harrison St.
    Brownsville, TX 78520

Mr. John Worley
    Office of the Attorney General of Texas
    P.O Box 12548
    Austin, TX 78711-2548

JWB/smt