UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 29 1994

MICHAEL N. MILBY, CLK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, et al., | § § § | |
| Plaintiffffs, | § § | |
| V. | § § | |
| CAMERON COUNTY, TEXAS | § | NO. B-93-260 |
| Defendant and Third-Party Plaintiff, | § § § | |
| V. | § § | |
| THE STATE OF TEXAS, | § | |
| Defendant, | § | |
| and | § | |
| ANN RICHARDS, et al., | § | |
| Third-Party Defendants and Defendants. | § § | |

### JOINT MOTION OF ALL PARTIES FOR AN
### EXTENSION TO FILE PRE-TRIAL ORDER

TO THE HONORABLE JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE:

NOW COME all parties to this action, by and through their attorneys of record, and file this Joint Motion for an Extension to File Pre-Trial Order.

### I.

Under the Court's scheduling order, a pre-trial order is due on July 29, 1994. Plaintiffs' motion for a preliminary injunction is still pending before this Court. The Court's decision on that motion will undoubtedly affect the issues to be decided at trial significantly. For that reason, it would be premature to file a pre-trial order at this time. The parties therefore request an extension until September 12, 1994 to file their joint pre-trial order.

## II.

For the foregoing reasons, the parties request that the Court extend the deadline for filing a joint pre-trial order to September 12, 1994.

Respectfully submitted,

DAN MORALES
Attorney General of Texas

JORGE VEGA
First Assistant
  Attorney General

DREW T. DURHAM
Deputy Attorney General
  for Criminal Justice

ANN KRAATZ
Assistant Attorney General
Chief, Law Enforcement Defense Division


_____
ROBIN SANDERS
Assistant Attorney General
Assistant Chief, Law Enforcement
  Defense Division
State Bar No. 09310900


_____
JOHN B. WORLEY
Assistant Attorney General
State Bar No. 22001480


P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2034
(512) 463-2084 (FAX)

2

ATTORNEYS FOR
STATE DEFENDANTS


LUIS V. SAENZ
Cameron County District Attorney


*[signature: John B. Worley for by permission]*

RICHARD O. BURST
Assistant County Attorney
State Bar No. 00785586

974 E. Harrison St.
Brownsville, TX 78520
(210) 544-0849
(210) 544-0869 (FAX)


ATTORNEYS FOR DEFENDANT
CAMERON COUNTY, TEXAS


*[signature: John B. Worley for by permission]*

ED STAPLETON
State Bar No. 19057400

COSTILLA & STAPLETON, P.C.
1325 Palm Boulevard
P. O. Box 4417
Brownsville, TX 78520
(210) 541-4981
(210) 544-3152 (FAX)


ATTORNEY IN CHARGE
FOR PLAINTIFF CLASS

3

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Joint Motion of All Parties for an Extension of Time to File a Pre-Trial Order will be served by United States Mail on the 28� day of July, 1994 to LUIS V. SAENZ, Cameron County District Attorney, and RICHARD O. BURST, Assistant County Attorney, 974 E. Harrison St., Brownsville, TX 78520; ED STAPLETON, Costilla & Stapleton, P.C., 1325 Palm Boulevard, P. O. Drawer 4417, Brownsville, TX 78520; JUAN JOSE MARTINEZ, P. O. Box 8099, Brownsville, TX 78520; and CARTER C. WHITE, 252 Juanita Way, San Francisco, CA 94127.

JOHN B. WORLEY
Assistant Attorney General

mo07274.cc

4