Cause No. B-94-328

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | IN THE UNITED STATES |
| Plaintiff | § | DISTRICT COURT OF |
| v. | § | TEXAS |
| | § | BROWNSVILLE |
| Sheriff Alex Perez; | § | DIVISION |
| The Commissioner's Court of | § | |
| Cameron County; Cameron County. | § | |
| Defendants | § | |

United States District Court
Southern District of Texas
FILED

FEB 1 4 1996

Michael N. Milby, Clerk

## PLAINTIFF'S CONTINUANCE OF SECOND REQUEST FOR PRODUCTION OF DOCUMENTS (VITAL RECORDS) TO THE DEFENDANT CAMERON COUNTY

TO: Cameron County, **Comes Now**, Plaintiff GUSTAVO ALMAGUER, and hereby addresses the following Continuance of Second Request for Production of Vital Documents to Defendant Cameron County. First production of documents mailed to Plaintiff was incomplete; Plaintiff respectfully makes a second request. Pursuant to the Texas Rules of Civil Procedure, Gustavo Almaguer, hereby requests that Defendant Cameron County produce for inspection and copying the documents specified herein within thirty (30) days of date of service hereof.

## REQUESTS

### REQUEST NUMBER 5

Any and all documents reflecting, referring or relating to formal grievance procedures available to inmates of the Cameron County Jail concerning Jail facilities and conditions.

### REQUEST NUMBER 6

Any and all documents reflecting, referring or relating to the number and size of jail cells in Cameron County Jail, 954 E. Harrison St., Brownsville, Texas 78520 and Detention Center 1145 E. Harrison, old Detention Center.

REQUEST NUMBER 7

Any and all documents reflecting, referring or relating to the average number of occupants per cell from 1992 to 1994 in cells B-3 Detention Center and 3D-L old County Jail.

REQUEST NUMBER 8

Any and all documents reflecting, referring or relating to the size and number of intake holding "tanks" at the Cameron County Jail.

REQUEST NUMBER 9

Any and all financial statements reflecting the budget allocated to Cameron County for the operation of the Cameron County Sheriff's Department and the Cameron County Jail and the expenses related to the upkeep of the jail, including:

Part A: Amounts allocated to the maintenance of the Medical Department.
Part B: Amounts allocated for food for jail inmates.

REQUEST NUMBER 10

Any and all documents reflecting or relating to the names and professional qualifications of any and all personnel in charge of Medical Department Infirmary old County Jail and Detention Center from 1992 to 1994.

REQUEST NUMBER 11

Any and all documents reflecting, referring or relating to the employment and last day of employment as reflected on payroll sheet and reason of resignment of Medical Department employees Richard Garza, Oscar Garcia.

REQUEST NUMBER 12

Any and all documents reflecting, referring or relating to policies or practices concerning the extermination of vermin, rodents and insects at the Cameron County Jail and Detention Center.

REQUEST NUMBER 13

    Any and all documents reflecting, referring or relating to efforts made by Cameron County to transfer inmates of the Cameron County Jail in 1992 to 1994 to facilities managed by the State of Texas.

                                                     Respectfully Submitted,

*Gustavo Almaguer*
Gustavo Almaguer  # 673522
L.V. Hightower Unit
Route 3 Box 9800
Dayton, Texas 77535-9304

**CERTIFICATE OF SERVICE**

    I hereby certify that on this __9__ day of __February__, 1996, a true and correct copy of Plaintiff's request for Copies of Documents to Defendant Cameron County Jail Medical Department (Cameron County) was mailed by prepaid envelope, dropped in the United States mail box, available to me on the L.V. Hightower Unit of the Texas Department of Criminal Justice - Institutional Division, to attorneys of record for the defendants.

*Gustavo Almaguer*
Gustavo Almaguer  # 673522