IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ELOY SANCHEZ, PHILIP CASTANEDA, *
ALBERT LUCIO, JOHN ASHCRAFT and *
FRANCISCO LOPEZ, at the Cameron *  CIVIL ACTION
County Jail, *
 * NO. B-93-260
-versus- *
 *
CAMERON COUNTY, TEXAS *

## JOHN ASHCRAFT'S AMENDED COMPLAINT

Comes now, **John (Jon) Ashcraft**, Plaintiff as named in "APPLICATION FOR PRELIMINARY INJUNCTION and INCORPORATED BRIEF IN SUPPORT", which was filed in this Court May 20, 1994, and files this his Amended Complaint pursuant to Rule 15(a) of the F.R.Civ.P., and would show:

### AMENDED COMPLAINT

1. Plaintiff avers he was arrested on November 24, 1991, in Cameron County, Texas, and remained confined in the Cameron County Jail from his arrest date through the April of 1993 when he was transferred to the T.D.C.J.-I.D.

2. Plaintiff avers he was convicted of two (2) of the nine (9) felony indictments for which he was arrested and confined in the Cameron County Jail as referred to 1. herein.

**JOHN ASHCRAFT'S AMENDED COMPLAINT - 1**

3. Plaintiff avers he received two (2) seventy-five (75) year sentences which were pronounced to run <u>consecutively</u>.

4. Plaintiff avers that he returned to the Cameron County Jail, via a writ of habeas corpus ad prosequendum, for an evidentiary hearing pursuant to an application for a writ of habeas corpus on August 8, 1993, circa, and remained there until January 7, 1994.

5. Plaintiff avers that he was denied access to the courts while confined at the Cameron County Jail.

6. Plaintiff avers that the Defendants **did not provide any type of <u>law library</u>** where he could research the law relating to his indictments for which he was confined and convicted of, to file suits at common law, or petition the courts for redress and remedy such as in this cause of action.

7. Plaintiff avers that he could not prefect an appeal brief for the two (2) seventy-five (75) years sentences, although he developed a mediocre supplemental appeal brief through the assistance of his family members mailing copies of cases to the Cameron County Jail, and case notes retained from the T.D.C.J.-I.D. law library.

8. Plaintiff avers that during his confinement at the Cameron County Jail, as described herein, many of his, as well as other similarly situated prisoners', constitutional rights as secured by the United States Constitution were violated and he seek remedy as outlined henceforth in LEGAL CLAIMS and DAMAGES.

<u>JOHN ASHCRAFT'S AMENDED COMPLAINT</u> - 2

## LEGAL CLAIMS

9. Plaintiff states that his and other similarly situated prisoners' constitutional rights to petition the court for redress and remedy as secured by the First Amendment to the United States Constitution as described in this AMENDED COMPLAINT has yet and is yet being violated by the Defendants.

10. Plaintiff states that he and other similarly situated prisoners' were, and are yet, constantly at a potential risk of deprivation of property and liberty without access to an adequate law library to research law relating to the criminal charges faced, violated his constitutional rights to access to the courts and the actual deprivation of liberty without due process of law as secured by the Sixth Amendment and the Fourteenth Amendment to the United States Constitution, were violated due to being deprived access to a law library.

11. Plaintiff states his and other similarly situated prisoners' constitutional rights as secured by the Seventh Amendment to the United Constitution were violated while confined at the Cameron County Jail, impeding his rights to file suits at common law.

## DAMAGES

12. Plaintiff seeks a declaratory judgment that the Defendants' omission of an adequate law library violated his and other similarly situated prisoners who were confined in the Cameron County Jail.

**JOHN ASHCRAFT'S AMENDED COMPLAINT** - 3

13. Plaintiff request that this Honorable Court grant injunctive relief and enjoin the Defendants from confining any person in the Cameron County Jail without a law library which would meet the requirements as set forth in **Bounds v. Smith**, 430 U.S. 817, 97 S.Ct. 1491, 52 L.Ed.2d 72 (1977).

14. Plaintiff request that this Honorable Court ORDER, ADJUDGE, and DECREE that Plaintiffs' constitutional rights were and still are being violated by the Defendants' intentional deprivation of a law library while they were, or, are still confined at the Cameron County Jail, and further Order the Defendants to **implement an adequate law library** to protect and preserve their constitutional rights as described herein.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED** Plaintiff prays that this Honorable Court grant the relief requested herein and any and all other relief it deem just and proper.

Respectfully submitted,

*/s/ John Ashcraft*
JOHN (JON) ASHCRAFT
TDCJ-ID # 638807
RAMSEY I UNIT
RT. 4 BOX 1100
ROSHARON, TEXAS
77583-8817

**JOHN ASHCRAFT'S AMENDED COMPLAINT - 4**

ClibPDF - www.fastio.com

## DECLARATION

I, John Ashcraft, declare under the penalties of perjury that the contents herein are true and correct and affix my signature hereto pursuant to Title 28, U.S.C., § 1746.

EXECUTED ON THIS THE <u>1ST</u> DAY OF <u>SEPTEMBER</u>, 1994.

Declarant: _____
JOHN (JON) ASHCRAFT
TDCJ-ID # 638807
RAMSEY I UNIT
RT. 4 BOX 1100
ROSHARON, TEXAS 77583-8817

## CERTIFICATE OF SERVICE

This is to certify that on this the <u>21</u> day of <u>SEPTEMBER</u>, 1994 a true and correct copy of the above and foregoing **JOHN ASHCRAFT'S AMENDED COMPLAINT** has been served to the following counsel as follows:

Ed Stapleton
Attorney at Law
1325 Palm Boulevard
P.O. Box Drawer 4417
Brownsville, Texas 78520
210/544-4981
Hand Delivered

Juan Jose Martinez
Attorney at Law
P.O. Box 8099
Brownsville, Texas 78520
544/350-5591

**JOHN ASHCRAFT'S AMENDED COMPLAINT - 5**

```
Carter C. White
Attorney at Law
252 Juanita Way
San Francisco, Ca. 94127
451/665-4713


Mr. Ricard Burst
Assistant District Attorney
974 E. Harrison
Brownsville, Texas 78520
Hand Delivered


Mr. John B. Worley
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, Texas 78711-2548
CM/RRR # P 869 270 978
```

                                 _/s/ (signature)_
                                 JOHN (JON) ASHCRAFT

**JOHN ASHCRAFT'S AMENDED COMPLAINT - 6**