United States District Court
Southern District of Texas
FILED

OCT 19 1994

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, FRANCISCO LOPEZ, ELOY SANCHEZ, AND ALL SIMILARLY SITUATED INMATES IN THE CAMERON COUNTY JAIL, Plaintiffs, | ) ) ) ) ) ) ) ) | |
| V. | ) ) | |
| CAMERON COUNTY, TEXAS, Defendants, and Third-Party Plaintiffs, | ) ) ) ) ) | B-93-260 |
| V. | ) | |
| ANN RICHARDS, JAMES RILEY, CAROL S. VANCE, JERRY H. HODGE, JOSHUA W. ALLEN, SR., THOMAS DUNNING, JUDGE GILBERTO HINOJOSA, ALLAN B. POLUNSKY, R.H. DUNCAN, SR., ELLEN J. HALBERT, and JOHN R. WARD, Defendants and Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) | |

## CAMERON COUNTY'S SUBMISSION
## OF TWO YEAR JAIL MANAGEMENT PLAN

Respectfully Submitted,
Luis V. Saenz
Cameron County District Attorney
974 E. Harrison Street
Brownsville, Texas 78520
(210) 544 0849

*[signature]*

Richard O. Burst
~~Assistant County~~ Attorney
S.D. No. 15515
Texas Bar No. 00785586

Attorneys for Defendant Cameron County.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the forgoing Submission of Two Year Jail Plan has been mailed return receipt requested on this 20th day of October, 1994 to :

Ed Stapleton
Costilla &Stapleton, P.C.
1325 Palm Blvd.
P.O. Drawer 4417
Brownsville, Tx. 78520     FAX (210) 544 3152

John B. Worley
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Tx. 78711-2548     FAX (512) 463 2084

*[signature]*

Richard O. Burst

# CAMERON COUNTY, TEXAS

# TWO YEAR JAIL MANAGEMENT PLAN

In compliance with the September 14, 1994 order.

1

## PRISONER POPULATION

The Cameron County population growth based on federal census information is estimated at an average annual growth rate of 2.5%. This may not adequately reflect the percentage growth of the County's jail population based on the presumed undercount of the general population during the census count. The incarceration of Mexican nationals not related to the local population may also have a direct bearing on the estimated growth of the County's prisoner population along with the treatment of paper-ready prisoners by the State and changes in the crime rate.

The order of this Court on August 15, 1994 establishing the probable cause hearings and the removal of 102 State prisoners over one weekend has established a more stable and predictable population. In addition, the opening of the County's new detention facility on August 18, 1994, added 192 beds to the County's bed capacity with the following representing the new capacity figures:

| | |
|---|---|
| County Jail | 258 |
| Old Detention Center | 288 |
| New Detention Center | 192 |
| Total Capacity | 738 |

Based on annual prisoner populations for the period of January 1992 through December 1994, excluding federal prisoners, (with December 1994 estimated based on October 1994 figures), an estimated overall growth of 18% was calculated (Refer to Attachment A).

| | Total Population | Increase (Decrease) |
|---|---|---|
| January 1992 | 482 | |
| January 1993 | 527 | 9% |
| January 1994 | 629 | 19% |
| October 1994 | 569 | |
| January 1995 | 569 | (10)% |
| Total Increase | | 18% |
| Average Annual Increase | | 6% |

Based on this increase in the prisoner population the 6% estimated average annual growth was utilized to predict future populations with the following representing the predicted population for the next two years and including an estimate of the predicted time for zero empty beds available (refer to Attachment B):

| | *Total Population |
|---|---|
| January 1995 | 569 |
| January 1996 | 603 |

2

## PRISONER POPULATION (CONTINUED)

| | |
|---|---|
| January 1997 | 640 |
| January 1998 | 679 |
| January 1999 | 720 |
| July 1999 | 741 |

The estimated inmate population is also consistent with the historical number of criminal cases filed in both County and District Courts. An evaluation of cases filed for the period of January 1992 through December 1994, estimated, has revealed an approximate 2% decrease and 7% annual increase in County and District Court cases, respectively. (Refer to Attachment C)

Based on the foregoing, it is estimated that Cameron County will not reach the 738 bed capacity until July 1, 1999. In evaluating the County's bed capacity for adequacy, a trigger point of 720 beds filled will be utilized to begin a two phase evaluation of space:

1.) Assuming that an additional 192 beds can be added within a six month construction period, the trigger point to begin the evaluation of construction will be set at 720 beds filled. Due to temporary fluctuations in the predicted population, the trigger point of 720 will only be considered if that number remains constant for a period of 30 days. Phase I will evaluate the need for additional beds only.

2.) If the population number remains constant and is not due to special circumstances or contract prisoners, the County will then proceed with the construction of additional beds. The existing design for the new detention facility will allow the County to add 192 beds as a renovation project instead of new construction. All support areas are currently in place at an existing site, therefore, the renovation would only add additional bed space to an existing facility utilizing an existing design. Based on construction costs figures for the New Detention Center, it is estimated that an additional 192 beds may be added at an approximate cost of $500,000.00. Funds are currently remaining in the County's 1993 Certificates of Obligation issue that may be utilized for this purpose.

## PRISONER SERVICES

**MEDICAL:** Due to an increase in the demand for medical services in County detention facilities, an evaluation of the existing medical staff was performed to determine the adequacy. In May of 1994, an additional nurse was added to the medical staff bringing the total

3

## PRISONER SERVICES (CONTINUED)

**MEDICAL (CONTINUED):**
number of nurses up from four to five, with one RN and four LVN's. In addition, one position was upgraded to full time as a medical clerk. The medical clerk position will maintain prisoner medical files, thus freeing up the nursing staff to provide additional medical services. In October of 1994, two additional positions were added for the New Detention Center, one RN and one medical clerk. Due to the reduced number of prisoners, down from a high of 870 to an average of 569, Cameron County believes that the nursing staff can adequately provide medical services to county prisoners.

The Fiscal Year 1995 Budget for Cameron County includes funding for other medical services provided to inmates by outside providers. A total of $300,000.00 was budgeted for outside physicians, contract physicians and required prescriptions. This budget was based on a maximum capacity figure of 269,370 for the entire year. Current population numbers will result in a total number of prisoner days at less than the figure at capacity. It is the policy of Commissioners' Court to provide the amount of required funding for prisoner services (medical, food, household, clothing) irrespective of the budget. A review of expenditures in addition to anticipated expenditures is performed on a monthly basis to determine the adequacy of the funding. Should funding be insufficient, a supplemental appropriation of surplus is approved by the Court to continue the services.

**EXERCISE, AND SUNLIGHT:** The addition of a new detention facility has expanded the exercise area from <u>17,000</u> sq. ft. to <u>34,000</u> sq. ft. The doubling of the exercise yard will allow inmates to participate in volleyball, basketball, jogging and other activities without the limitation created by overcrowding or too small a yard.

In addition, the design of the new detention facility allows for sunlight to filter into the building through the twelve windows that border the corridor that wraps around the detention cells. Blinds instead of mirror film have been hung on some of the windows to allow the staff the option of controlling the sunlight during the summer months and optimizing the natural light during the winter months.

**STAFFING, MANAGEMENT, SUPERVISION:** The Fiscal Year 1995 Budget for Cameron County includes funding for nineteen additional positions, 14 guards, one secretary, one nurse, one medical clerk, and two cooks. Of the 14 guard positions, 3 were budgeted to accommodate the transfer of 3 sergeant positions from existing staff to supervise the new detention facility. The additional positions were funded at a total cost of $492,000.00, including fringe benefits and brings the total number of personnel up to:

4

## PRISONER SERVICES (CONTINUED)

**STAFFING, MANAGEMENT, SUPERVISION (CON'T.):**

| | |
|---|---|
| Jail Administrator | 1 |
| Lieutenants | 5 |
| Sergeants | 10 |
| Booking Officers | 5 |
| Guards | 101 |
| Grievance Officer | 1 |
| Transportation Deputy | 2 |
| Cooks | 9 |
| Nurses | 6 |
| Medical Clerks | 2 |
| Finance Clerks | 1 |
| Commissary Clerk | 3 |
| General Clerks | 4 |
| Secretary | 1 |
| **Total Personnel** | **151** |

The number of new positions required was determined after a staffing analysis of the County's three detention facilities was performed by the jail administrator. Based on prisoner population figures at capacity, 80 guards are need to cover the floor on a 1 to 5 ratio of hiring. The remaining 21 guards are utilized to cover other activities such as recreation, laundry, court coordination, and visitation. The administrator, lieutenant, and sergeant positions are used for classification, management and supervision only. They are not included in the number utilized to cover the floor.

**ACCESS TO COURTS:** On October 4, 1994, the Cameron County Commissioners' Court approved the acquisition of a CD ROM Library system for the new detention center at a cost of $20,000.00 plus an annual maintenance upkeep cost of $5,100.00. The system will include: Vernon's Annotated Texas Statutes, Texas Cases SW2D 230-Date, United States Code Annotated, Supreme Court Reporter, Federal Reporter 1st, 2nd, and 3rd, Federal Supplement Volume 1 Date, Federal Practice and Procedure, Blacks Law Dictionary, Criminal Law by LaFave, How to find the Law by Cohen and Berring and a Subscription to Criminal Law News.

The plans for implementation call for: 1.) training of staff on how to perform legal research  2.) the training of trustees who will perform the research, 3.) train with trustees and staff and allow inmates access to the system so that they may perform their own legal research.

After the staff, trustees and inmates are trained at the new detention facility, the County will network the old detention center and implement the system using the same plan and finally the County will network the old County Jail following the same

5

## PRISONER SERVICES (CONTINUED)

**ACCESS TO COURTS (CON'T.):** procedures. It is the goal of the County to network the three facilities onto the CD ROM Library within one year.

**REPRESENTATION BY COUNSEL:** The Cameron County budget for Fiscal Year 1995 includes funding for court appointed attorneys for both county courts and district courts. A total of $388,000.00 has been appropriated to fund all court appointed attorneys, however should this amount be insufficient, the court will appropriate additional funds as needed. As in the case of other prisoner services, the expenditure of funds for this purpose are approved by the Court irrespective of the budget. A review of this type of expenditure is performed to determine adequacy on a monthly basis with supplemental funding approved if needed.

**PROBABLE CAUSE HEARINGS:** On August 1, 1994, Cameron County implemented new procedures for probable cause hearings. The hearings are being conducted in the County Jail by a County Court at Law Judge. A probable Cause attorney, one support staff, two District Clerk clerks, and two Sheriff Deputies have been added to the County Budget in order to facility the process at a total annual cost of $193,708.00.

**CLASSIFICATION AND SUPERVISION:** The addition of the 192 beds located in the New Detention Facility has allowed Cameron County to properly classify inmates according to pre-trial and post-trial sentences. All inmates have been provided a bunk and have been segregated between low, medium and high risk as approved by the Texas Commission on Jail Standards.

**DETENTION SERVICES FINANCIAL MANAGEMENT:** The Fiscal Year 1995 Budget includes a total of $4,936,859.00 appropriated for detention services. Staffing, food, household supplies and medical budgets have been projected at capacity rather than population estimates. As was previously mentioned, items such as medical and food are maintained at levels needed with supplemental appropriations made if necessary. (Refer to Attachment D)

Evaluations of budget items are made on a monthly basis with overall budget performance evaluated at mid-year during the County's 6 month budget performance evaluation.

Calculations of per inmate expenditures are performed during the annual budget process in order to estimated required budget levels for subsequent fiscal years.

6

**SUMMARY:** This document is intended to serve only as a planning tool for jail management. Circumstances occurring after the adoption of the plan may require revisions to accommodate necessary actions.

An annual review of the plan will be made during the annual budget process to include funding for any revised action required for subsequent fiscal years.

7



Attachment A



CAMERON COUNTY, TEXAS
ESTIMATED JAIL POPULATION COMPARED TO CAPACITY
JANUARY 1995 - JULY 1999

Attachment B



Attachment C

CAMERON COUNTY, TEXAS
SUMMARY OF DETENTION COSTS
FISCAL YEAR 1995



Total Expenditures Budgeted $4,936,859

Attachment D