1/6

United States District Court
Southern District of Texas
FILED
NOV 23 1994
Michael N. Milby, Clerk

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE SOUTHERN DISTRICT OF TEXAS
3    BROWNSVILLE DIVISION
4
     JOSE RAUL CASTILLO, ET AL        §  CASE NO. CA B-93-260
5                                     §
        VERSUS                        §  BROWNSVILLE, TEXAS
6                                     §  JUNE 9, 1994
                                      §  10:31 TO 12:13 O'CLOCK P.M.
7    CAMERON COUNTY, ET AL            §  2:55 TO 4:57 O'CLOCK P.M.
8
           EXCERPT OF HEARING - TESTIMONY OF DR. GUSTAVO STERN
9
10   BEFORE THE HON. JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE
11
     APPEARANCES:
12
13   For the Plaintiff:           SEE NEXT PAGE
14
15
16   For the Defendant:           SEE NEXT PAGE
17
18   Court Recorder:              Gabriel Mendieta
19
20
21                                PREPARED BY:
22                                JUDICIAL TRANSCRIBERS OF TEXAS, INC.
                                  120 N. 10th Street, Suite 206
23                                McAllen, Texas  78501
                                  (210) 971-0335
24
25   Proceedings recorded by electronic sound recording, transcript produced by transcription service.

JUDICIAL TRANSCRIBERS OF TEXAS
"Specializing in Courtroom Transcription"