# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, *et al.*, | § | |
|    Plaintifffs, | § | |
| | § | |
| V. | § | |
| | § | |
| CAMERON COUNTY, TEXAS | § | NO. B-93-260 |
|    Defendant and | § | |
|    Third-Party Plaintiff, | § | |
| V. | § | |
| | § | |
| THE STATE OF TEXAS, | § | |
|    Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| GEORGE W. BUSH, JR., *et al.*, | § | |
|    Third-Party Defendants | § | |
|    and Defendants. | § | |

### DEFENDANT THE STATE OF TEXAS' AND DEFENDANTS AND THIRD-PARTY DEFENDANTS GEORGE W. BUSH, JR., ET AL.'S MOTION TO SUBSTITUTE LEAD COUNSEL

TO THE HONORABLE JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE:

NOW COME the State of Texas, George W. Bush, Jr., Governor of Texas, James A. Collins, Executive Director of the Texas Department of Criminal Justice ("TDCJ"), Allan B. Polunsky, Carol S. Vance, Jerry H. Hodge, Joshua W. Allen, Sr., Thomas Dunning, Gilberto Hinojosa, R. H. Duncan, Sr., Ellen J. Halbert, and John R. Ward, members of the Texas Board of Criminal Justice ("State Defendants"), by and through

MAR 15 1995

their attorney, Dan Morales, Attorney General of Texas, and file this Motion to Substitute Lead Counsel.

## I.

Robin Sanders, who was formerly lead counsel or attorney-in-charge for State Defendants in this suit, is no longer employed by the Office of the Attorney General of Texas. The Office of the Attorney General has assigned Sharon Felfe, Texas State Bar No.06884150, who is a member in good standing of the Southern District of Texas (S.D. Tex. No. 15368), to serve as lead counsel or attorney-in-charge for State Defendants in Ms. Sanders' stead. Ms. Felfe's address is: Law Enforcement Defense Division, Mailcode 012, Office of the Attorney General of Texas, P. O. Box 12548, Austin, TX 78711-2548. John B. Worley will also continue to serve as an attorney of record for State Defendants.

## II.

### CERTIFICATE OF CONFERENCE

Counsel for State Defendants has contacted counsel for the County Defendants about this motion and has ascertained that counsel for the County Defendants does not oppose this motion. Counsel for State Defendants has attempted to contact counsel for the Plaintiffs about this motion but has not been able to reach him.

## III.

### REQUEST FOR RELIEF

For the foregoing reasons, State Defendants request that Sharon Felfe be substituted for Robin Sanders as attorney-in-charge for State Defendants. State

Defendants further request any other relief to which they may be entitled or which the court may find just, equitable or proper.

>Respectfully submitted,
>
>DAN MORALES
>Attorney General of Texas
>
>JORGE VEGA
>First Assistant
>  Attorney General
>
>DREW T. DURHAM
>Deputy Attorney General
>  for Criminal Justice
>
>ANN KRAATZ
>Assistant Attorney General
>Chief, Law Enforcement Defense Division
>
>_____
>SHARON FELFE
>Assistant Attorney General
>State Bar No. 06884150
>
>_____
>JOHN B. WORLEY
>Assistant Attorney General
>State Bar No. 22001480
>
>P.O. Box 12548, Capitol Station
>Austin, Texas 78711-2548
>(512) 463-2034
>(512) 463-2084 (FAX)
>
>ATTORNEYS FOR
>STATE DEFENDANTS

3

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing State Defendants' Motion to Substitute Lead Counsel will be served by United States Mail on the /o/K day of March, 1995 to LUIS V. SAENZ, Cameron County District Attorney, and RICHARD O. BURST, Assistant County Attorney, 974 E. Harrison St., Brownsville, TX 78520; ED STAPLETON, Costilla & Stapleton, P.C., 1325 Palm Boulevard, P. O. Drawer 4417, Brownsville, TX 78520; JUAN JOSE MARTINEZ, P. O. Box 8099, Brownsville, TX 78520; and CARTER C. WHITE, 252 Juanita Way, San Francisco, CA 94127.

_____
JOHN B. WORLEY
Assistant Attorney General

mo03025.cc