UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 18 1995

MICHAEL N. MILBY, Clerk
By Deputy Clerk Marne Gaza

United States District Court
Southern District of Texas
FILED

MAY 10 1995

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, et al., Plaintiffffs, | § § § | |
| V. | § § | |
| CAMERON COUNTY, TEXAS Defendant and Third-Party Plaintiff, | § § § § | NO. B-93-260 |
| V. | § § | |
| THE STATE OF TEXAS, Defendant, | § § § | |
| and | § § | |
| GEORGE W. BUSH, JR., et al., Third-Party Defendants and Defendants. | § § § § | |

## ORDER

On this day came to be considered the State Defendants Motion to Substitute Lead Counsel. The court finds this motion to be meritorious. It is therefore **ORDERED** that the motion is **GRANTED** and, accordingly, that Sharon Felfe is **SUBSTITUTED** for Robin Sanders as attorney-in-charge for the State Defendants in this case.

SIGNED on this the 10th day of MAY, 1995.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

or03025.cc