AO 456 (Rev. 5/85) Notice

# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
FEB 0 5 1996
Michael N. Milby, Clerk

JOSE RAUL CASTILLO, ET AL.

V.

CAMERON COUNTY, TEXAS, ET AL.

NOTICE

CASE NUMBER: B-93-260

TYPE OF CASE:  [X] CIVIL    [ ] CRIMINAL

[X] TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>500 E. 10TH STREET<br>BROWNSVILLE, TEXAS | SUITE 234 |
| | DATE AND TIME: APRIL 12, 1996 AT 2:30 P.M. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK |

TYPE OF PROCEEDING

STATUS CONFERENCE

[ ] TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

U.S. MAGISTRATE JUDGE JOHN WM. BLACK

FEBRUARY 5, 1996
DATE

TO: MR. GUSTAVO ALMAGUER
    MS. DYLBIA L. JEFFERIES
    MR. ED STAPLETON
    MR. ROBERTO MENDOZA
    MR. JOHN ASHCRAFT
    MR. RICHARD BURST
    MS. SHARON FELFE  & MR. JOHN B. WORLEY