IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, | ) | |
| FRANCISCO LOPEZ, | ) | |
| ELOY SANCHEZ, AND ALL | ) | |
| SIMILARLY SITUATED | ) | |
| INMATES IN THE CAMERON | ) | |
| COUNTY JAIL, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CAMERON COUNTY, TEXAS, | ) | B-93-260 |
|     Defendants, and | ) | |
|     Third-Party Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| ANN RICHARDS, JAMES RILEY, | ) | |
| CAROL S. VANCE, JERRY H. | ) | |
| HODGE, JOSHUA W. ALLEN, SR., | ) | |
| THOMAS DUNNING, JUDGE | ) | |
| GILBERTO HINOJOSA, ALLAN B. | ) | |
| POLUNSKY, R.H. DUNCAN, SR., | ) | |
| ELLEN J. HALBERT, and JOHN R. | ) | |
| WARD, | ) | |
|     Defendants and | ) | |
|     Third-Party Defendants. | ) | |

## UNOPPOSED MOTION TO RESET STATUS CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Cameron County Texas and moves the Court to reset the status conference now set for April 12, 1996 at 2:30 p.m. before the Honorable Magistrate Judge John Wm. Black to April 26, 1996 at 2:30 p.m., and in support thereof shows the Court:

1. Defendant Cameron County has conferred with the Ed Stapleton, Attorney for the Plaintiff and with John Worley, Attorney for the State. They do not oppose this Motion.

2.   Attorney for Defendant Cameron County, Richard Burst, is currently scheduled to be out of state for a seminar and vacation from the evening of April 11 through April 22, 1996.

WHEREFORE, Defendant Cameron County respectfully prays this Court reset the status conference in the above styled and numbered case from April 12, 1996 at 2:30 p.m. to April 26, 1996 at 2:30 p.m.

Respectfully Submitted,
Luis V. Saenz
Cameron County District Attorney
974 E. Harrison Street
Brownsville, Texas 78520
(210) 544 0849

_____
Richard O. Burst
Assistant County Attorney
S.D. No. 15515
Texas Bar No. 00785586

Attorneys for Defendant Cameron County.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the forgoing Motion has been mailed return receipt requested on this 23rd day of February, 1996 to :

Ed Stapleton
Costilla &Stapleton, P.C.
1325 Palm Blvd.
P.O. Drawer 4417
Brownsville, Tx. 78520     FAX (210) 544 3152

Sharon Felfe and John B. Worley
Assistant Attorney Generals
P.O. Box 12548, Capitol Station
Austin, Tx. 78711-2548     FAX (512) 463 2084

_____
Richard O. Burst

ClibPDF - www.fastio.com