Mr Milby:

February 9, 1996

93-260
77

*[Stamp: CLERK U.S. DISTRICT COURT, FEB 14 1996, SOUTHERN DIST. OF TX, BROWNSVILLE]*

*[Stamp: United States District Court, Southern District of Texas, FILED, FEB 14 1996, Michael N. Milby, Clerk]*

Dear clerk, please file these Plaintiff's Continuance of second request for production of Documents (vital Records) to Defendant Cameron County, and have a copy made for your records; please send me a receipt notice so I will know when these request were filed and can have this for my files as well.

Thank you in advance for your time and effort toward this issue.

Respectfully Submitted

*Gustavo Almaguer*

Gustavo Almaguer #673522
RT 3  Box 9800
Dayton, Texas   77535-9304