IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, FRANCISCO LOPEZ, ELOY SANCHEZ, AND ALL SIMILARLY SITUATED INMATES IN THE CAMERON COUNTY JAIL, <br>     Plaintiffs, <br><br> V. <br><br> CAMERON COUNTY, TEXAS, <br>     Defendants, and <br>     Third-Party Plaintiffs, <br><br> V. <br> ANN RICHARDS, JAMES RILEY, CAROL S. VANCE, JERRY H. HODGE, JOSHUA W. ALLEN, SR., THOMAS DUNNING, JUDGE GILBERTO HINOJOSA, ALLAN B. POLUNSKY, R.H. DUNCAN, SR., ELLEN J. HALBERT, and JOHN R. WARD, <br>     Defendants and <br>     Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | B-93-260 |

## ORDER RESETTING STATUS CONFERENCE

On this day came to be heard Defendant Cameron County's Unopposed Motion To Reset Status Conference and the Court finds it should be **GRANTED**. It is therefore **ORDERED** that the motion is **GRANTED.**

The status conference previously set on April 12, 1996 is now set for April 26, 1996 at 2:30 p.m. before Magistrate Judge John Wm. Black in Room No. 234, United States Federal Courthouse, 500 E. 10th Street, Brownsville, Texas.

1

SIGNED on this the 19TH day of MARCH, 1996

*[signature]*

John Wm. Black
**United States Magistrate Judge**

2