IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE RAUL CASTILLO, FRANSICO LOPEZ, ELOY SANCHEZ, AND ALL SIMILARY SITUATED INMATES IN THE CAMERON COUNTY JAIL, <br>   PLAINTIFFS <br><br> V. <br><br> CAMERON COUNTY, TEXAS <br>   DEFENDANTS, AND <br>   THIRD-PARTY PLAINTIFFS <br><br> ANN RICHARDS, JAMES RILEY, CAROL S. VANCE, JERRY H. HODGE, JOSHUA W. ALLEN, Sr., THOMAS DUNNING, JUDGE GILBERTO HINOJOSA, ALAN B. POLUNSKY, R.H. DUNCAN, Sr., ELLEN J. HALBERT, AND JOHN R. WARD, <br>   DEFENDANTS AND <br>   THIRD-PARTY <br>   DEFENDANTS | United States District Court <br> Southern District of Texas <br> FILED <br><br> APR 22 1996 <br><br> Michael N. Milby <br> Clerk of Court <br><br><br> B-93-260 |

APPLICATION FOR A WRIT OF
HABEAS CORPUS AD TESTIFICANDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JON ALAN ASHCRAFT, APPLICANT HEREIN AND APPLIES FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND WOULD SHOW THE COURT THE FOLLOWING:

-1-

# History of Cause

1. Plaintiff filed suit against defendants for violating his constitutional rights seeking remedy and relief pursuant to Title 42 U.S.C. 1982, 1983, 1988.

2. Plaintiff filed his amended complaint 9/21/94 due to the denial of access to courts for the lack of a sufficient law library during his incarceration at the Cameron County Jail.

3. Plaintiff while incarcerated at Cameron County Jail filed a motion for a new trial in a criminal case that he was incarcerated for.

4. Plaintiff was unable to research relevant case law to preserve error in his motion for a new trial.

5. Plaintiff did file a sworn affidavit from trial counsel about the Court's failure to bench warrant a key witness but due to being denied "access to courts" was unable to research case law to include necessary information needed to preserve error on appeal.

6. Plaintiff has been prejudiced and actually harmed due to his denial of access to courts by having his case affirmed on appeal.

7. Plaintiff was harmed when his case was affirmed Ashcraft v. State, 900 S.W.2d 817 (Tex. App. -- Corpus Christi 1995) specifically point of error number nine at pgs. 833 and 834.

8. Plaintiff believes his presence is necessary to bring this issue to light at this status conference April 26, 1996.

-2-

# Basis of this Application

9. Plaintiff states he is but a layman at law and that his pleadings may be inartfully plead and this Court may construe them to a different context other than what the plaintiff intended Haines v Kerner, 494 U.S. 519, 92 S.Ct. 594, 596 (1972), and for this reason applicant seeks this Court's authority to insure his presence at any hearing in the matter.

10. Plaintiff believes this status conference would be the proper time to bring before this Court the prejudice and harm he has encountered by having his appeal affirmed due to his lack of access to an adequate law library while he was at the Cameron County Jail.

# Authority

This Court has authority as provided by Title 28 Section 1651 et. seq. "All Writs Act 'to issue all writs necessary or appropriate in aid of' its jurisdiction." Hunt v. Bankers Trust Co., 799 F.2d 1060 (5th Cir. 1986.)

Plaintiff requests that defendants bear the costs of the implementation of the terms of the writ.

## PRAYER

Wherefore, Premises Considered, Applicant prays this Court issue a Writ of Habeas Corpus Ad Testificandum to insure Applicant's presence at any hearing in this matter, specifically the status conference April 26, 1996.

Respectfully submitted,

*[signature]*

Jon Alan Ashcraft, Applicant
TDCJ-ID# 638807
Stiles Unit
Rt. 4 Box 1500
Beaumont, Texas 77705

## CERTIFICATE OF SERVICE

This is to certify that on this the 4/22 day of April, 1996 a true and correct copy of the above and foregoing Application for a Writ of Habeas Corpus Ad Testificandum has been forwarded by U.S. Mail postage prepaid or hand delivered to the following counsel as follows:

Ed Stapleton
Attorney at Law
1325 Palm Boulevard
P.O. Box Drawer 4417
Brownsville, Texas 78520
210-544-4981
Hand Delivered

Juan Jose Martinez
Attorney at Law
P.O. Box 8099
Brownsville, Texas 78520
210-350-5591

Carter C. White
Attorney at Law
252 Juanita Way
San Francisco, Ca. 94127
451-665-4713

Mr. Richard Borst
Assistant District Attorney
974 East Harrison
Brownsville, Texas 78520

Mr. John B. Worley
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, Texas 78711-2548
CM/RRR # P 869 270 978

_____
Jon Alan Ashcraft

## Declaration

I, Jon Alan Ashcraft, declare under the penalties of perjury that the contents herein are true and correct and affix my signature hereto pursuant to U.S.C., Sec. 1746.

Executed on this the 15th day of April 1996.

Declarant: _____
Jon Alan Ashcraft
TDCJ-ID# 638807
Stiles Unit
Rt. 4 Box 1500
Beaumont, Texas 77705