
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

8C

| | | |
|---|---|---|
| ELOY SANCHEZ, PHILLIP CASTANEDA, ALBERT LUCIO, JOHN ASHCRAFT, FRANCISCO LOPEZ, AND ALL SIMILARLY SITUATED INMATES IN THE CAMERON COUNTY JAIL, <br> PLAINTIFFS <br><br> V. <br><br> CAMERON COUNTY, TEXAS, <br> DEFENDANTS AND <br> THIRD-PARTY DEFENDANTS <br><br> ANN RICHARDS, JAMES RILEY, CAROL S. VANCE, JERRY H. HODGE, JOSHUA W. ALLEN, SR., THOMAS DUNNING, JUDGE GILBERTO HINOJOSA, ALAN P. POLUNSKY, R.H. DUNCAN, SR., ELLEN J. HALBERT, AND JOHN H. WARD, <br> DEFENDANTS AND <br> THIRD PARTY DEFENDANTS | * * * * * * * * * * * * * * * * * * * * * * | United States District Court <br> Southern District of Texas <br> FILED <br><br> APR 23 1996 <br><br> Michael N. Milby, Clerk <br><br> CIVIL ACTION <br><br> B-93-260 |

MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

Now comes, JOHN ASHCRAFT, Plaintiff in the above entitled and styled cause pursuant to Rule 15(d) of the F.R.C.P. request leave to file a supplemental complaint, and would show:

-1-

1. Plaintiff states that events have occurred since he filed his Amended Complaint which are similar in nature to the violations alleged in the Amended Complaint filed on Sepetember 21, 1994.

2. Plaintiff has been prejudiced, harmed and injured by having his appeal affirmed because he did not have access to an adequate law library so he could research case law to comply with the requirements needed to preserve error on appeal.

3. Plaintiff states the Defendants will not be prejudiced by the filing of this supplemental complaint.

4. Plaintiff files this supplement to his Amended Complaint in the interest of justice to be served by this Court.

## PRAYER

Wherefore, premises considered, Plaintiff prayes that this Honorable Court grant this motion:

Respectfully submitted,

*[signature]*

Joan (Jon) Ashcraft
TDCJ-ID# 638807
Stiles Unit
Rt. A Box 1500
Beaumont, Texas 77705

-2-

## Declaration

I, John Ashcraft, declare under the penalties of perjury that the contents herein are true and correct and affix my signature hereto pursuant to Title 28 U.S.C. Sec. 1746.

Executed on this the 16th day of April, 1996.

Declarant: _____
John (Jon) Ashcraft

## Certificate of Service

This is to certify that on this the 23 day of April, 1996 a true and correct copy of the above and foregoing Motion for Leave to File a Supplemental Complaint has been served by U.S. Mail Prepaid Postage or hand delivered to the following Counsel as follows:

Ed Stapleton
Attorney at Law
1325 Palm Boulevard
Brownsville, Texas 78520

Juan Jose Martinez
Attorney at Law
P.O. Box 8099
Brownsville, Texas 78520

Carter C. White
Attorney at Law
252 Juanita Way
San Francisco, Calif. 94127

Mr. Richard Burst
Assistant District Attorney
974 East Harrison
Brownsville, Texas 78520

Mr. John B. Wooley
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, Texas 78711-2548

_____
John (Jon) Ashcraft

-3-