IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELOY SANCHEZ, PHILLIP CASTANEDA, ALBERT LUCIO, JOHN ASHCRAFT, FRANCISCO LOPEZ, AND ALL SIMILARLY SITUATED INMATES IN THE CAMERON COUNTY JAIL, <br>   PLAINTIFFS <br><br> V. <br><br> CAMERON COUNTY, TEXAS, <br>   DEFENDANTS AND <br>   THIRD-PARTY PLAINTIFFS <br><br> ANN RICHARDS, JAMES RILEY, CAROL S. VANCE, JERRY H. HODGE, JOSHUA W. ALLEN, SR., THOMAS DUNNING, JUDGE GILBERTO HINOJOSA, ALAN B. POLUNSKY, R.H. DUNCAN, SR., ELLEN J. HALBERT, AND JOHN R. WARD, <br>   DEFENDANTS AND <br>   THIRD-PARTY DEFENDANTS | * * * * * * * * * * * * * * * * * * * * * * * * | United States District Court<br>Southern District of Texas<br>FILED<br><br>APR 23 1996<br><br>Michael N. Milby, Clerk<br><br>CIVIL ACTION<br><br>B-93-260 |

## JOHN ASHCRAFT'S FIRST SUPPLEMENT TO JOHN ASHCRAFT'S AMENDED COMPLAINT

COMES NOW, JOHN (JON) ASHCRAFT, PLAINTIFF AS NAMED IN JOHN ASHCRAFT'S AMENDED COMPLAINT, WHICH WAS FILED IN THIS COURT SEPTEMBER 21, 1994, AND FILES THIS FIRST SUPPLEMENT TO HIS AMENDED COMPLAINT PURSUANT TO RULE 15(d) OF THE F.R.C.P. AND WOULD SHOW:

—1—

# First Supplement to Amended Complaint

1. Plaintiff has been prejudiced and harmed due to the lack of an adequate law library during his confinement at the Cameron County Jail.

2. Plaintiff was granted an out of time appeal due to his court appointed attorney being ineffective in preserving his right to appeal.

3. Plaintiff drafted and filed a motion for a new trial November 24, 1993 while incarcerated at the Cameron County Jail in order to preserve error on appeal to certain issues of his trial.

4. Plaintiff has been prejudiced, harmed and injured by having his case affirmed. Specifically point of error number nine, Ashcraft v. State, 900 S.W.2d 817, 834 (Tex App- Corpus Christi 1995)

5. Plaintiff contends that due to Cameron County Jail failing to provide him an adequate law library as set forth in Bounds v. Smith, 430 U.S. 817, 97 S.Ct. 1491, 52 L.Ed 2d 72 (1977) he has lost his appeal on point of error number nine.

6. Plaintiff in his motion for a new trial included an affidavit from his trial counsel stating that plaintiff was harmed and prejudiced by the trial court's failure to bench warrant a key witness, Andres Garcia Hernandez, from TDCJ-ID. That failure to do so was a violation of plaintiff's sixth and fourteenth amendment rights, specifically "to have compulsory process for obtaining witnesses in his favor."

-2-

7. Plaintiff was unable to research law and case law needed to preserve error and meet appeal requirements due to not being provided an adequate law library during his incarceration at the Cameron County Jail.

8. Plaintiff had his point of error number nine overruled "Because Appellant's motion for a new trial did not comply with the requirements, Appellant did not preserve error." Ashcraft supra at 834.

## Legal Claims

9. Plaintiff states that he has been deprived of property and liberty without access to an adequate law library to research law related to the criminal charges faced, violated his constitutional rights to access to the courts and deprived him of liberty without due process of law as secured by the Sixth Amendment and the Fourteenth Amendment to the United States Constitution. These rights were violated due to being deprived access to an adequate law library.

10. Plaintiff has been injured by having his constitutional rights denied by being denied access to courts. Hudson v. Robinson, 678 F.2d 462, 466 (3rd Cir. 1982)

11. Plaintiff has been denied his right of access to courts by being provided an adequate law library as set out in Bounds v. Smith, 430 U.S. 817, 97 S.Ct. 1491, 52 L.Ed 2d 72 (1977).

-3-

# Relief Requested

1. Plaintiff amends request for declartory judgement to include a decision based on the harm and injury received by an inadequate law library which precluded plaintiffs access to courts causing an affirmed decision on direct appeal. See Ashcraft v. State, 900 S.W.2d 817, 834 (Tex App-- Corpus Christi 1995).

2. Plaintiff seeks monetary damages for any and all harm received at the hands of the defendants who provided an inadequate law library which denied plaintiff access to courts, in cause as cited, supra. Additionally, because plaintiff suffered irreparable harm he requests punitive and compensatory damages awarded against defendant's as this Court deem justicable and proper.

# Prayer

Wherefore, premises considered, Plaintiff prayes that this Honorable Court grant the relief requested herein and any and all other relief it deem just and proper.

Respectfully Submitted:

_____
John (Jon) Ashcraft
TDCJ-ID # 638807
Stiles Unit
Rt. A Box 1500
Beaumont, Texas 77705

-4-

## Declaration

I, John Ashcraft, declare under the penalties of perjury that the contents herein are true and correct and affix my signature hereto pursuant to Title 28, U.S.C. sec. 1746.

Executed on this the 16th day of April, 1996.

Declarnt: _____
John (Jon) Ashcraft

## Certificate of Service

This is to certify that on this the 23rd day of April, 1996 a true and correct copy of the above and foregoing John Ashcraft's First Supplement to John Ashcraft's Amended Complaint has been served by U.S. Mail prepaid postage or hand delivered to the following counsel as follows:

Ed Stapleton
Attorney at Law
1325 Palm Boulevard
Brownsville, Texas 78520

Juan Jose Martinez
Attorney at Law
P.O. Box 8099
Brownsville, Texas 78520

-5-

Carter C. White
Attorney at Law
252 Juanita Way
San Francisco, Ca. 94127

Mr. Richard Burst
Assistant District Attorney
974 East Harrison
Brownsville, Texas 78520

Mr. John B. Worley
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, Texas 78711-2548

_____
John [Jon] Ashcraft

-6-