United States District Court
Southern District of Texas
FILED

FEB 12 1996

Michael N. Milby
Clerk of Court

LOS ANGELES COUNTY            )
                              )
STATE OF CALIFORNIA           )

## AFFIDAVIT

Before me, the undersigned authority, personally appeared, Oscar Almaguer Avila, Affiant, who after being first duly sworn according to law, deposed to me and said:

My name is Oscar Almaguer Avila. I am 21 years of age and is of sound mind and health, no one has threatened me, nor placed me in any kind of fear to make this statement in which I, Oscar Almaguer Avila, of my own volition, intelligently, knowingly, willingfully and voluntarily states:

I, Oscar Almaguer Avila, on or about July 1994, received a letter from Gustavo Almaguer with return address 954 E. Harrison St., Brownsville, Texas 78520 (County Jail). Enclosed in the letter was a Doctor's prescription issued to Mr. Almaguer at Brownsville Medical Center, supposedly denied to Mr. Almaguer at the County Jail, also a medical request slip sent to County Jail Infirmary by Gustavo Almaguer requesting help from medical staff about a cast Gustavo Almaguer had on his right arm. Long over due medical request slips were ignored by County Jail Medical staff; Mr. Gustavo Almaguer asked me permission to mail to me papers stated above as a safety precaution, to later show them as evidence if so needed. (Copies attached)

I, Oscar Almaguer Avila, have read the contents herein and I realize anything I have said herein found to be untrue will subject me to the penalties of perjury and thus I am willing to testify the same in a court of law. Enclosed find copies of papers mentioned above, received.

I, Oscar Almaguer Avila, declare under the penalty of perjury the above is true and correct.

*(signature)*
Oscar Almaguer Avila
4811 Brompton Ave.
Bell, California  90201
(213) 773-8860

Sworn and subscribed to before me the undersigned authority, a Notary Public, this the __2__ day of __FEBRUARY__, 1996.

CHI F. WANG
COMM. # 1027365
Notary Public — California
LOS ANGELES COUNTY
My Comm. Expires MAY 22, 1998

_____
Notary Public

__MAY 22, 1998__
My Commission Expires