UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 16 1996

Michael N. Milby, Clerk
By Deputy

United States District Court
Southern District of Texas
FILED

OCT 10 1996

Michael N. Milby, Clerk

| | |
|---|---|
| JOSE RAUL CASTILLO, ET AL. § | |
| § | |
| V. § | |
| § | |
| CAMERON COUNTY JAIL § | CIVIL ACTION NO. B-93-260 |
| § | |
| V. § | |
| § | |
| ANN RICHARDS, ET AL. § | |

## ORDER FOR SEVERANCE

On this the __10th__ day of __October__, 1996, came to be considered Plaintiffs' Motion for Severance in the above-entitled and numbered cause. The Court, being satisfied that due notice of the filing of such motion and of the hearing thereon was given, and after considering the pleadings and arguments of counsel, is of the opinion that such motion should be granted.

IT IS, THEREFORE, ORDERED, that this cause of action asserted by JON A. ASHCRAFT, PLAINTIFF against CAMERON COUNTY JAIL and ANN RICHARDS, ET AL., be, and the same hereby is, severed from this action and made the subject of a separate action, and that it proceed as such to final judgment or other disposition in this Court under the style of
CIVIL ACTION NO. B-93-260A _____.

Signed this **10th** day of **OCT**, 1996, AT BROWNSVILLE, TEXAS

_____
JUDGE PRESIDING