IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 2 1997

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, | ) | |
| FRANCISCO LOPEZ, | ) | |
| ELOY SANCHEZ, AND ALL | ) | |
| SIMILARLY SITUATED | ) | |
| INMATES IN THE CAMERON | ) | |
| COUNTY JAIL, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CAMERON COUNTY, TEXAS, | ) | B-93-260 |
|     Defendants, and | ) | |
|     Third-Party Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| ANN RICHARDS, JAMES RILEY, | ) | |
| CAROL S. VANCE, JERRY H. | ) | |
| HODGE, JOSHUA W. ALLEN, SR., | ) | |
| THOMAS DUNNING, JUDGE | ) | |
| GILBERTO HINOJOSA, ALLAN B. | ) | |
| POLUNSKY, R.H. DUNCAN, SR., | ) | |
| ELLEN J. HALBERT, and JOHN R. | ) | |
| WARD, | ) | |
|     Defendants and | ) | |
|     Third-Party Defendants. | ) | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL
## FOR DEFENDANT CAMERON COUNTY

TO THE HONORABLE JUDGE OF SAID COURT:

    COME NOW Richard O. Burst, Attorney in Charge for Defendant Cameron County, in the above-entitled and numbered cause, and files this Unopposed Motion to Substitute Counsel for Cameron County in the following particulars:

    For Defendant Cameron County:

    Commissioners Court Civil Legal Department

964 East Harrison Street
Brownsville, Texas 78528
(210) 550 1448
(210) 544 0801 Facimile

RICHARD O. BURST
Attorney In Charge
Texas State Bar # 00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar # 00786515
S.D. No. 17065

In place of:

LUIS V. SAENZ
CAMERON COUNTY ATTORNEY
Cameron County Courthouse
974 East Harrison Street
Brownsville, Texas  78520

Richard O. Burst
Assistant County Attorney
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Assistant County Attorney
Texas State Bar # 00786515
S.D. No. 17065

On December 17, 1996, the Cameron County Commissioners Court by resolution established the Civil Legal Department of the Commissioners Court to represent the County in its general legal business and to conduct its ordinary civil actions, and hired Richared O. Burst and Dylbia L. Jefferies as counsel effective December 19, 1996, and at that same meeting authorized and directed the substitution of counsel as above set forth.

The purpose of this substitution is not for delay and should cause no delay because the

attorney in charge and attorney of counsel for the County remains the same.

The undersigned has conferred with counsel for Plaintiff and with counsel for the other Defendants, if any, and they have no objection to this Motion To Substitute Counsel.

WHEREFORE, Defendant, Cameron County, by vote of the Cameron County Commissioners Court, respectfully prays the Court grant this Motion and make the substitution as above set forth.

For Defendant Cameron County:

Commissioners Court Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78528
(210) 550 1448
(210) 544 0801 Facimile

_____
RICHARD O. BURST
Attorney In Charge
Texas State Bar # 00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar # 00786516
S.D. No. 17065

This Substitution of Counsel For Cameron County, Texas, was approve by vote on the Cameron County Commissioners Court at its regular meeting on December 17, 1996.

_____
Carlos Cascos
Commissioner, Precinct No. 2, Cameron County

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been forwarded via Certified Mail, Return Receipt on this the __31__ of December, 1996, to

Ed Stapleton
1325 Palm Blvd.
P.O. Drawer 4417
Brownsville, Tx. 78520     FAX (210) 544 3152

Sharon Felfe
Assistant Attorney Generals
P.O. Box 12548, Capitol Station
Austin, Tx. 78711-2548     FAX (512) 463 2084

_____
Richard O. Burst

## CERTIFICATE OF CONSULTATION

The undersigned has conferred with Ed Stapleton, Attorney for Plaintiffs, and with Louis Carrillo, Assistant Attorney General, Deputy Chief Of Division, for Third Party Defendant. They were each informed of this substitution and its purpose and each stated they do not oppose it.

_____
Richard O. Burst