88

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 05 1997

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| CAMERON COUNTY, TEXAS, | § | |
| Defendant and | § | |
| Third-Party Plaintiff, | § | CIVIL ACTION NO. B-93-260 |
| | § | |
| v. | § | |
| | § | |
| THE STATE OF TEXAS, ET AL., | § | |
| Defendants and | § | |
| Third-Party Defendants. | § | |

## MOTION DESIGNATING NEW ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants the State of Texas, Governor George Bush, Jr., James A. Collins, Allan B. Polunsky, Ellen J. Halbert, Carol Vance, Joshua W. Allen, Sr., R. H. (Rufus) Duncan, Hon. Gilberto Hinojosa, John R. Ward, and Robert B. Wilson, by and through the Attorney General of Texas, and files this Motion Designating New Attorney in Charge and would respectfully show this Court the following:

I.

Defendants are represented by John B. Worley, Assistant Attorney General, in the case at bar. With this notice to the Court, Daniel E. Maeso, Assistant Attorney General of the State of Texas, will be the attorney-in-charge in the above-styled and numbered cause. The new attorney-in-charge has assumed primary responsibility for the case, is familiar with the file, and will comply with all pretrial

and scheduling orders.[1]

Please refer all further notices, correspondence or communications of any kind regarding the above-styled and numbered cause to Daniel E. Maeso at the address below.

>	Respectfully submitted,
>
>	DAN MORALES
>	Attorney General of Texas
>
>	JORGE VEGA
>	First Assistant Attorney General
>
>	DREW T. DURHAM
>	Deputy Attorney General
>	  For Law Enforcement
>
>	ANN T. KRAATZ
>	Chief, Law Enforcement Defense Division
>
>	_____
>	DANIEL E. MAESO
>	Assistant Attorney General
>	State Bar No. 12808500
>	P. O. Box 12548, Capitol Station
>	Austin, Texas  78711
>	(512) 463-2080
>	Fax No. (512) 495-9139
>
>	ATTORNEYS FOR DEFENDANTS

---

[1] This is not a substitution of counsel; counsel is and will remain the Attorney General of Texas.

# CERTIFICATE OF SERVICE

I, DANIEL E. MAESO, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Motion Designating New Attorney-in-Charge** has been served by placing same in the United States Mail on this 31st day of October, 1997, addressed to:

Richard O. Burst
Commissioners Court
Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78578

Ed Stapleton
1325 Palm Blvd.
Brownsville, Texas 78520

DANIEL E. MAESO
Assistant Attorney General