UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 0 2 1997

Michael N. Milby, Clerk
By Deputy:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 19 1997

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSE RAUL CASTILLO, ET AL., Plaintiffs, | § § § |
| v. | § § |
| CAMERON COUNTY, TEXAS, Defendant and Third-Party Plaintiff, | § § § § § |
| v. | § |
| THE STATE OF TEXAS, ET AL., Defendants and Third-Party Defendants. | § § § § |

CIVIL ACTION NO. B-93-260

## ORDER

Be it remembered that on this day came to be considered **Motion Designating New Attorney-in-Charge** and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that said Motion be, and it is hereby GRANTED. Daniel E. Maeso is substituted as attorney in charge in place of John B. Worley.

SIGNED on this the 19th day of NOV, 1997.

JUDGE PRESIDING