United States District Court
Southern District of Texas
FILED

MAR 0 8 1999

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL., | § | |
| Plaintiffs, | § | |
| V. | § | Civil Action No. B-93-260 |
| CAMERON COUNTY, TEXAS | § | |
| Defendant and Third-Party Plaintiff, | § | Rule 23(b) (2) Class Action |
| THE STATE OF TEXAS, ET AL., | § | |
| Defendants and Third-Party Defendants | § | |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY FEES

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, the Defendants, the Texas Department of Criminal Justice et.al., and submits the following Response to Plaintiffs' Motion for Attorney Fees:

### STATEMENT OF FACTS

Plaintiffs, a class of inmates incarcerated in the Cameron County Jail, filed suit against the county and state alleging the jail was filled beyond the capacity. Plaintiffs alleged the over crowed conditions were caused in part by a back log of state prisoners. Plaintiffs sought a temporary injunction requiring transfer of state prisoners from the jail to state prisons. The Court granted the injunction. Plaintiffs now seek attorney fees for the hours expended in the case thus far. Defendants assert the temporary injunction does not serve as an adjudication necessary for the award of attorney fees and that the award requested by Plaintiffs is excessive.