THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

MAR 3 1 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-93-260 | DATE & TIME: 03-31-99 AT 1:15 P.M. |
| JOSE RAUL CASTILLO, ET AL. | PLAINTIFF(S)  MICHAEL COWEN  COUNSEL |
| VS. | |
| CAMERON COUNTY, TEXAS, STATE OF TEXAS | DEFENDANT(S) RICHARD BURST  COUNSEL   SHARON FELFE    DANIEL MAESO |

---

Attorneys Keith Livesay, in lieu of Michael Cowen, Robert Mendoza, Richard Burst and Daniel Maeso appeared in chambers.

All parties to file a Proposed Final Judgment by May 3, 1999.

Hearing set for May 21, 1999 at 10:00 A.M.