95

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
Entered
MAR 3 1 1999
Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE RAUL CASTILLO, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-93-260 |
| § | |
| CAMERON COUNTY, TEXAS, ET AL. § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MAY 21, 1999 AT 10:00 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 31, 1999

TO:   MR. MICHAEL COWEN
      MR. RICHARD BURST/MS. DYLBIA JEFFERIES VEGA
      MS. SHARON FELFE/MR. DANIEL MAESO