9.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 0 4 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE RAUL CASTILLO, et al., § | |
| § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | NO. B-93-260 |
| § | |
| CAMERON COUNTY, TEXAS § | |
|    Defendant and Third-Party § | |
|    Plaintiff, § | |
| § | |
| v. § | |
| § | |
| § | |
| THE STATE OF TEXAS § | |
|    Defendant, § | |
| § | |
| and § | |
| GEORGE W. BUSH, et al., § | |
|    Third-Party Defendants and § | |
|    Defendants § | |

**MOTION FOR SUBSTITUTION OF PARTIES**
**UNDER RULE 25(d)(1) FRCP**

TO THE HONORABLE JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE:

**COME NOW** Defendants the State of Texas, George W. Bush, Governor of the State of Texas, Allan B. Polunsky, Chairman of the Board, Texas Department of Criminal Justice,("TDCJ"), Carole S. Young, Member of the Board TDCJ; John David Franz, Member of the Board TDCJ; Patricia A. Day, Member of the Board TDCJ; William "Hank" Moody, Member of the Board TDCJ; Alfred C. Moran, Member of the Board TDCJ; Nancy Patton, Member of the Board TDCJ; A.M. "Mac" Stringfellow, Member of the Board TDCJ; and Carol S. Vance, Member of the Board TDCJ through their attorney, the Attorney General of Texas and file this their Motion for Substitution of

Parties pursuant to FRCP 25(d)(1) to the extent that some of the initial Defendants named in the Third Party Complaint have ceased to hold office as public officers, they wish to be named as successors to such original Third Party Defendants as were originally sued.

**WHEREFORE, PREMISES CONSIDERED**, Third Party Defendants Move the Court to substitute their names for those named in the original Third Party Complaint filed herein.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Acting Chief, Law Enforcement Defense Division

_____
DANIEL E. MAESO
Assistant Attorney General
State Bar No. 12808500

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495- 9139

**ATTORNEY FOR DEFENDANTS**

DEM2/Castillo Motion for Substitution of Parties            2

## **CERTIFICATE OF SERVICE**

I, DANIEL E. MAESO, Assistant Attorney General, do hereby certify that a true and correct copy of this **Motion for Substitution of Parties Under Rule 25(d)(1) FRCP** has been served by placing same in the United States Mail, Certified Mail Return Receipt Requested postage prepaid, on this the 28th day of April, 1999, to the following counsel of record, pursuant to the Federal Rules of Civil Procedure:

Edward Stapleton III  **Via CM/RRR No. Z 318 264 977**
1325 Palm Blvd.
Brownsville, Texas 78520

Richard Otto Burst  **Via CM/RRR No. Z 318 264 978**
Cameron County Commissioner's Court
Civil Legal Department
964 E. Harrison
Brownsville, Texas 78520

_____
DANIEL E. MAESO
Assistant Attorney General

DEM2/Castillo Motion for Substitution of Parties

ClibPDF - www.fastio.com