99

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 21 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | NO. B-93-260 |
| CAMERON COUNTY, TEXAS<br>    Defendant and Third-Party<br>    Plaintiff, | § § § § | |
| v. | § § § | |
| THE STATE OF TEXAS<br>    Defendant, | § § § | |
| and<br>GEORGE W. BUSH, *et al.*,<br>    Third-Party Defendants and<br>    Defendants | § § § § | |

ORDER

On this, the 13 day of MAY, 1999, came on to be considered Defendants the State of Texas, George W. Bush, Governor of the State of Texas, Allan B. Polunsky, Chairman of the Board, Texas Department of Criminal Justice,("TDCJ"), Carole S. Young, Member of the Board TDCJ; John David Franz, Member of the Board TDCJ; Patricia A. Day, Member of the Board TDCJ; William "Hank" Moody, Member of the Board TDCJ; Alfred C. Moran, Member of the Board TDCJ; Nancy Patton, Member of the Board TDCJ; A.M. "Mac" Stringfellow, Member of the Board TDCJ; and Carol S. Vance, Member of the Board TDCJ **Motion for Substitution of Parties** pursuant to FRCP 25(d)(1), that is, to be substituted for the parties named in the original Third Party

Complaint heretofore filed by Cameron County, Texas. After considering the record and the premises for the Motion, the Court is of the opinion that it should be granted. It is therefore **ORDERED** that Defendants listed in Defendants Motion for Substitution of Parties shall substitute the Defendants originally named in Cameron County's Third Party Complaint.

**SO ORDERED** this 13 day of MAY, 1999, at Brownsville, Texas.

John Wm. Black
United States Magistrate Judge