/
/0C

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

MAY 21 1999

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-93-260           DATE & TIME: 05-21-99 AT 10:00 A.M.

JOSE RAUL CASTILLO, ET AL.          PLAINTIFF(S)  MICHAEL COWEN
                                    COUNSEL       ROBERT MENDOZA
VS.

CAMERON COUNTY, TEXAS, ET AL.       DEFENDANT(S)  RICHARD OTTO BURST
                                    COUNSEL       DYLBIA JEFFERIES
                                                  DANIEL E. MAESO
                                                  SHARON FELFE

---

Attorneys Michael Cowen, Richard Burst and Daniel Maeso appeared. ERO was Gabe Mendieta, CSO was Paul Infante.

The following rulings were made:

1. Plaintiff is to report to Judge Black by May 26, 199 regarding Orders on Injunctive.

2. Attorneys fees issue:
   a. Plaintiffs to file Final Motion by June 1, 1999.
   b. Response by State & Cameron County by July 2, 1999.