IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 27 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | Civil Action No. B-93-260 |
| | § | |
| CAMERON COUNTY, TEXAS | § | |
| | § | |
| Defendant and | § | |
| Third-Party Plaintiff, | § | Rule 23 (b) (2) Class Action |
| | § | |
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| Defendants and Third- | § | |
| Party Defendants | § | |

### ORDER EXTENDING THE AUTOMATIC STAY
### OF THE PRELIMINARY INJUNCTION BY 60 DAYS

The State of Texas and other Defendants herein have filed a motion to terminate the Preliminary Injunction granted by the Court on September 14, 1994. Normally, such a motion automatically stays the Preliminary Injunction 30 days after it is filed. 18 U.S.C. § 3626(e)(2). However, this Court has the power to postpone the automatic stay for 60 days for good cause. 18 U.S.C. § 3626(e)(3). The Court finds that good cause exists because the parties are attempting to finalize a consent decree at this time. It would be a waste of precious judicial resources to hold an evidentiary hearing on matters that are about to be resolved by consent decree.

**IT IS, THEREFORE, ORDERED** that the automatic stay mandated by 18 U.S.C. § 3626(e)(2) is postponed for 60 days. Therefore, the automatic stay shall not begin until July 29, 1999.

**IT IS FURTHER ORDERED** that this Court will hold a hearing on whether to terminate or continue the preliminary injunction on the 23RD day of July, 1999, AT 10:00 AM unless the parties enter into a consent decree before that date.

**SIGNED** this 26TH day of May, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com