IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE RAUL CASTILLO, ET. AL.

V.                                    CIVIL ACTION NO. B-93-260

CAMERON COUNTY, TEXAS, ET. AL.

### MOTION TO WITHDRAW AS COUNSEL FOR THE CLASS OF PLAINTIFFS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Edward A. Stapleton, III, counsel for plaintiffs herein and would respectfully move the Court to grant leave to withdraw as counsel.

In support thereof, counsel for the class of plaintiffs would show:

1. The class is adequately represented by Michael Cowen of the firm of Cowen and Livesay in Brownsville, Texas.

2. Edward A. Stapleton, III is employed as Assistant Federal Public Defender in Brownsville and by the charter of his position may not engage in the private practice of law.

WHEREFORE, PREMISES CONSIDERED, Edward A. Stapleton, III moves this court to enter an order of withdrawal of counsel from the above styled and numbered cause.

Respectfully submitted,

_____
EDWARD A. STAPLETON, III
Assistant Federal Public Defender
Attorney-in-Charge
Texas State Bar Number 21458400
Southern District of Texas No. 8976
Post Office Box 2163
Brownsville, Texas 78522-2163
   Telephone: (956) 548-2573

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 1999, a copy of the foregoing Motion To Withdraw as Counsel for the Class of Plaintiffs, was mailed to:

Mr. Michael Cowen
1325 Palm Blvd.
Brownsville, Texas 78520

Mr. Richard Burst/Ms. Dylbia Jeffries Vega
964 E. Harrison Street
Civil Legal Department
Brownsville, Texas 78520

Ms. Sharon Felfe/Mr. Daniel Maeso
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

EDWARD A. STAPLETON III
Assistant Federal Public Defender