106

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUL 22 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-93-260 |
| | § | |
| CAMERON COUNTY, TEXAS, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                 ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:         CONTINUED TO DATE AND TIME:

**JULY 23, 1999 AT 10:00 A.M.**                              **JULY 27, 1999 AT 9:00 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 21, 1999

TO:     MR. MICHAEL COWEN
        MR. ROBERT MENDOZA
        MR. RICHARD BURST/MS. DYLBIA JEFFERIES VEGA
        MS. SHARON FELFE/MR. DANIEL MAESO

ClibPDF - www.fastio.com