*108*

## THE HONORABLE JOHN WM. BLACK

## STATUS CONFERENCE

CIVIL ACTION NO. B-93-260          DATE & TIME: 07-27-99 AT 9:00 A.M.

JOSE RAUL CASTILLO, ET AL.                PLAINTIFF(S)   MICHAEL COWEN
                                          COUNSEL        ROBERT MENDOZA
VS.

CAMERON COUNTY, TEXAS, ET AL.             DEFENDANT(S)  RICHARD OTTO BURST
                                          COUNSEL        DYLBIA JEFFERIES
                                                         DANIEL E. MAESO
                                                         SHARON FELFE

---

A status conference was held. ERO was Irma Soto. Attorneys Michael Cowen, Richard Burst, Daniel Maeso and Jeff Milistone appeared.

The following rulings were made:

1. Order dismissing state defendants signed.

2. Plaintiffs will submit an Order Preserving Status Quo on or before July 29, 1999.

3. Request will be made for the appointment of a three judge panel pursuant to PLRA.