109

United States District Court
Southern District of Texas
ENTERED

JUL 3 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE RAUL CASTILLO, et al. § | |
| § | |
| V. § | NO. B-93-260 |
| § | |
| CAMERON COUNTY TEXAS § | |
| § | |
| V. § | Rule 23(b)(2) Class Action |
| § | |
| THE STATE OF TEXAS, et al. § | |

## ORDER DISMISSING DEFENDANTS AND
## THIRD-PARTY DEFENDANTS THE STATE OF TEXAS, ET AL.

On this the 27th day of July, 1999, the Court considered Plaintiffs and Third-Party Plaintiffs' request to dismiss the State of Texas, George W. Bush, Allan B. Polunsky, Carole S. Young, John David Franz, Patricia A. Day, William "Hank" Moody, Alfred C. Moran, Nancy Patton, A.M. "Mac" Stringfellow and Carol S. Vance. The Court, having considered the request, is of the opinion that it should be GRANTED.

IT IS, THEREFORE, ORDERED, that Plaintiffs and Third-Party Plaintiffs' claims against Defendants and Third-Party Defendants the State of Texas, George W. Bush, Allan B. Polunsky, Carole S. Young, John David Franz, Patricia A. Day, William "Hank" Moody, Alfred C. Moran, Nancy Patton, A.M. "Mac" Stringfellow and Carol S. Vance are hereby DISMISSED, and that Defendants and Third-Party Defendants the State of Texas, George W. Bush, Allan B. Polunsky, Carole S. Young, John David Franz, Patricia A. Day, William "Hank" Moody, Alfred C. Moran, Nancy Patton, A.M. "Mac" Stringfellow and Carol S. Vance are hereby DISMISSED.

SIGNED this 27th day of July, 1999.

JUDGE PRESIDING