113

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 1 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B-93-260 |
| | § | |
| CAMERON COUNTY TEXAS, | § | |
| Defendant and | § | |
| Third-Party Plaintiff, | § | |
| | § | |
| v. | § | NOTICE OF APPEAL |
| | § | |
| THE STATE OF TEXAS, *et al.*, | § | |
| Defendants and | § | |
| Third-Party Defendants | § | |

Notice is hereby given that The State of Texas, George W. Bush, Allan B. Polunsky, Carole S. Young, John David Franz, Patricia A. Day, William "Hank" Moody, Alfred C. Moran, Nancy Patton, A.M. "Mac" Stringfellow and Carol S. Vance, Defendants and Third-Party Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order Continuing Temporary Injunction entered in this action on the 30th day of July, 1999.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

GREGORY S. COLEMAN
Solicitor General

*signature: Philip Lionberger*

PHILIP A. LIONBERGER
Assistant Solicitor General
State Bar Number 12394380

DANIEL E. MAESO
Assistant Attorney General
State Bar Number 12808500

P. O. Box 12548
Austin, Texas  78711-2548
[Tel.] (512) 936-1824
[Fax] (512) 474-2697

**ATTORNEYS FOR DEFENDANTS
AND THIRD-PARTY DEFENDANTS**

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Notice of Appeal was served upon the following counsel of record via facsimile on September 1, 1999:

Michael R. Cowen
LAW OFFICE OF COWEN & LIVESAY
1325 Palm Blvd.
Brownsville, TX 78520

ATTORNEY FOR PLAINTIFFS

Richard Otto Burst
Cameron County Commissioner's Court
Civil Legal Department
964 E. Harrison
Brownsville, TX 78520

ATTORNEY FOR DEFENDANT AND
THIRD-PARTY PLAINTIFF

PHILIP A. LIONBERGER
Assistant Solicitor General

3