United States District Court
Southern District of Texas
FILED

JUN 03 1999

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | NO. B-93-260 |
| | § | |
| CAMERON COUNTY, TEXAS | § | |
|     Defendant and Third-Party Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THE STATE OF TEXAS | § | |
|     Defendant, | § | |
| | § | |
| and | § | |
| GEORGE W. BUSH, *et al.*, | § | |
|     Third-Party Defendants and Defendants | § | |

**DEFENDANT THE STATE OF TEXAS' AND
DEFENDANTS AND THIRD-PARTY DEFENDANTS'
RESPONSE IN OPPOSITION TO PLAINTIFFS AND CAMERON
COUNTY'S PROPOSED ORDER EXTENDING THE AUTOMATIC
<u>STAY OF THE PRELIMINARY INJUNCTION BY 60 DAYS</u>**

TO THE HONORABLE JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE:

**NOW COME** The State of Texas and George Bush, et al, Defendants in the above styled and numbered cause and vehemently oppose the entry of the Plaintiffs' and Cameron County's Proposed Order Extending the Automatic Stay of the Preliminary Injunction by 60 Days for the following reasons:

1. Neither the Plaintiff or Cameron County produced any evidence prior to or during the May 21st 1999, hearing before this Court which indicated that the State Defendants where, in any way responsible for any violations of the Constitution and or laws of the United States in conjunction with this case. As a matter of record, this Court indicated that it would sign the State Defendants' Proposed Order of Termination as to the State. Neither the Plaintiffs nor Cameron County objected to the pronouncements of the Court at that time;

2. Only the State Defendants produced evidence which updated the record. Such evidence was in the form of Affidavits from TDCJ, the Executive Director of the Texas Criminal Justice Policy Council, Report from the Texas Commission on Jail Standards and a copy of the PLRA for the Court's use;

3. The evidence by the State Defendants updated the record to indicate they were and had been in compliance with the Preliminary Injunction even prior to its entry by the Court and that neither at present nor in the future, would the State Defendants violate any rights of the Plaintiffs' Class;

4. Good cause does not exist to extend the preliminary injunction by any amount of time as it pertains to the State of Texas. The good cause indicated in the proposed Order by the Plaintiff is "because the parties are attempting to finalize a consent decree at this time." Nothing could be further from the truth as to the State Defendants. The State is entitled by law to Termination and is not interested in entering into any consent decree between Plaintiffs and Cameron County, especially

where Cameron County is seeking this Court to sanction violations of State Law by the Cameron County Sheriff.

**WHEREFORE, PREMISES CONSIDERED**, The State of Texas and State of Texas Third Party Defendants respectfully move the Court to deny and not enter the Plaintiffs' and Cameron County's Proposed Order Extending the Automatic Stay of the Preliminary Injunction by 60 Days.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS CARRILLO
Assistant Attorney General
Acting Chief, Law Enforcement Defense Division

_____
DANIEL E. MAESO
Assistant Attorney General
State Bar No. 12808500

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I DANIEL MAESO, Assistant Attorney General, do hereby certify that a true and correct copy of **Defendant The State of Texas' and Defendants and Third-Party Defendants' Response In Opposition To Plaintiffs and Cameron County's Proposed Order Extending the Automatic Stay of the Preliminary Injunction By 60 Days** has been served by placing the same in the United States Mail, postage pre-paid, on this the 27th day of May, 1999, addressed to:

| | |
|---|---|
| Michael R. Cowen<br>Law Office of Cowen & Livesay<br>1325 Palm Blvd<br>Brownsville, Texas 78520 | **Via CM/RRR No. Z 318 264 888** |
| Richard Otto Burst<br>Cameron County Commissioner's Court<br>Civil Legal Department<br>964 E. Harrison<br>Brownsville, Texas 78520 | **Via CM/RRR No. Z 318 264 889** |
| Carl Reynolds<br>General Counsel-Litigation Support<br>Texas Department of Criminal Justice<br>209 W 14th Street Price Daniel Bldg. Ste 500<br>Austin Texas 78701 | **Via CM/RRR No. Z 318 264 890** |

_____
DANIEL E. MAESO
Assistant Attorney General