115

United States District Court
Southern District of Texas
(ENTERED)

SEP 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, *et al.*,<br>Plaintiffs, | § § § | |
| v. | § § | Civil Action No. B-93-260 |
| CAMERON COUNTY TEXAS,<br>Defendant and<br>Third-Party Plaintiff, | § § § § | |
| v. | § § | Rule 23(b)(2) Class Action |
| THE STATE OF TEXAS, *et al.*,<br>Defendants and<br>Third-Party Defendants | § § § § | |

## **ORDER**

Defendants' Motion To Extend Time For Filing Notice of Appeal is granted.  The Notice

of Appeal is deemed filed as of _1 Sept_ , 1999.

Done at Brownsville, Texas, this 13 day of Sept 99

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE