117

United States District Court
Southern District of Texas
FILED

OCT - 4 1999

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL | § | CASE NO. CA B-93-260 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | MAY 21, 1999 |
| CAMERON COUNTY, ET AL | § | 10:04 A.M. TO 10:48 A.M. |

STATUS CONFERENCE

BEFORE THE HON. JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiffs:         SEE NEXT PAGE

For the Defendant:          SEE NEXT PAGE

Court Recorder:             Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
7135 West Tidwell
Building M, Suite 112A
Houston, Texas 77092
(713) 462-6434
(713) 462-3042 (fax)

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
Fax (713) 462-3042 • Office (713) 462-6434