119

United States District Court
Southern District of Texas
FILED

OCT 1 4 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE RAUL CASTILLO, *et al.*,           §
    Plaintiffs,                              §
                                         §
v.                                       §   Civil Action No. B-93-260
                                         §
CAMERON COUNTY TEXAS,                    §
    Defendant and                        §
    Third-Party Plaintiff,               §
                                         §
v.                                       §   Rule 23(b)(2) Class Action
                                         §
THE STATE OF TEXAS, *et al.*,            §
    Defendants and                       §
    Third-Party Defendants               §

### DEFENDANT'S LIST OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

TO THE CLERK OF THE COURT:

Defendants, The State of Texas and George Bush; James Riley; Carol S. Vance; Jerry H. Hodge; Joshua W. Allen, Sr.; Thomas Dunning; Allan B. Polunski; R. H. Duncan, Sr.; Ellen J. Halbert and John R. Ward, previously filed their Notice of Appeal in the above-captioned cause, which was deemed timely filed on September 1, 1999. Defendants thereafter made a timely request for preparation of a transcript by submitting Form No. DKT-13 to the court reporter. Defendants believe the transcript was filed with the district clerk on or about September 30, 1999. On October 8, 1999, the district clerk's office requested that Defendants provide a list of items to be included in the Record on Appeal.

Pursuant to that request, Defendants submit this List of Items to be Included in the Record on Appeal:

| DATE | ITEM | CLERK'S DOCKET ENTRY NO. |
|------|------|--------------------------|
| 12/10/93 | Complaint. | 1 |
| 12/10/93 | Motion to certify class action by Jose Raul Castillo, Francisco Lopez, E. Sanchez | 2 |
| 1/3/94 | Answer to Complaint by Cameron County, Texas | 4 |
| 1/5/94 | Order granting motion to certify class action | 5 |
| 1/12/94 | Third-Party Complaint by Cameron County, Texas against Jerry H. Hodge, Thomas M. Dunning, James Riley, R. H. Duncan, Sr., Carol S. Vance, Allen B. Polunski, Joshua W. Allen, Sr., Ann Richards, Ellen J. Halbert, Gilberto Hinojosa, John R. Ward | 6 |
| 1/21/94 | Amended Complaint by Jose Raul Castillo, Francisco Lopez, E. Sanchez | 7 |
| 2/2/94 | Motion to dismiss by Ann Richards | 19 |
| 2/9/94 | Motion to dismiss for lack of subject-matter jurisdiction by State of Texas John Brent Worley for third-party defendant Ann Richards | 21 |
| 2/9/94 | Motion to dismiss Plaintiffs' action for failure to state a claim upon which relief may be granted by Ann Richards John Brent Worley for third-party defendant Ann Richards | 22 |
| 3/18/94 | Reply by Jerry H. Hodge, Thomas M. Dunning, James Riley, R. H. Duncan, Sr., Carol S. Vance, Allen B. Polunski, Joshua W. Allen, Sr., Ann Richards, Ellen J. Halbert, Gilberto Hinojosa, John R. Ward, State of Texas to respond to motion to dismiss Plaintiffs' action for failure to state a claim upon which relief may be granted | 40 |
| 3/28/94 | Amended Answer to Complaint by Cameron County, Texas | 43 |

| DATE | ITEM | CLERK'S DOCKET ENTRY NO. |
|---|---|---|
| 5/20/94 | Motion with brief in support for preliminary injunction by E. Sanchez | 47 |
| 5/31/94 | Response by Cameron County, Texas, Cameron County, Texas, Jerry H. Hodge, Thomas M. Dunning, James Riley, R. H. Duncan, Sr., Carol S. Vance, Allen B. Polunski, Joshua W. Allen, Sr., Ann Richards, Ellen J. Halbert, Gilberto Hinojosa, John R. Ward, State of Texas to motion for preliminary injunction | 48 |
| 6/16/94 | Exhibit list by State of Texas | 57 |
| 8/15/94 | Temporary Interlocutory Order granting motion for preliminary injunction. Signed by Magistrate Judge W. Black. | 62 |
| 9/14/94 | Memorandum Decision and Order, entered. Parties notified. Signed by Magistrate Judge John W. Black | 64 |
| 9/26/94 | Defendant State of Texas' and Defendants and Third Party Defendants Ann Richards, et al's Advisory to the court | 67 |
| 9/27/94 | Motion to vacate, or to amend the preliminary injunction order and request for trial setting by State of Texas, John R. Ward, Gilberto Hinojosa, Ellen J. Halbert, Ann Richards, Joshua W. Allen, Sr., Allen B. Polunski, Carol S. Vance, R. H. Duncan, Sr., James Riley, Thomas M. Dunning, Jerry H. Hodge, Brent Worley for third-party defendant Ann Richards | 68 |
| 11/23/94 | Transcript of Proceedings of Hearing-Testimony of Dr. Stern for dates of 6/9/94 before Judge Magistrate John W. Black | 70 |
| 10/2/97 | Amended Temporary Interlocutory Order. Signed by Magistrate Judge John W. Black | 87 |

3

| DATE | ITEM | CLERK'S DOCKET ENTRY NO. |
|------|------|--------------------------|
| 7/14/98 | Deadline updated; mooting motion to amend the preliminary injunction order and request for trial setting mooting motion to vacate mooting motion to amend order. | |
| 2/17/99 | Motion for attorney fees by Jose Raul Castillo | 91 |
| 3/8/99 | Response by State of Texas to motion for attorney fees | 92 |
| 3/9/99 | Response by Cameron County, Texas to motion for attorney fees | 93 |
| 3/31/99 | Minute entry: Status conference held b/Judge black. Keith Livesay in lieu of Michael Cowen, Robert Mendoza, Richard Burst and Daniel Maeso appeared in chambers. | 94 |
| 5/3/99 | Motion to terminate and vacate order (preliminary injunction) by State of Texas, Ann Richards | 96 |
| 5/18/99 | Response by Cameron County, Texas, Jose Raul Castillo to motion to terminate and vacate order (preliminary injunction) | 98 |
| 5/21/99 | Minute entry: status conference before Judge Black; Attys Michael Cowen, Richard Burst and Daniel Maeso appeared. | 100 |
| 5/26/99 | Order extending the automatic stay of the preliminary injunction by 60 days. Motion hearing set for 10:00 7/23/99 for motion to terminate and vacate order (preliminary injunction) Signed by Magistrate Judge John W. Black | 101 |
| 6/28/99 | Advisory to the Court filed by defendants State of Texas, et al. | 105 |
| 7/21/99 | Order set status conference for 9:00 7/27/99 before Magistrate Judge John W. Black. Signed by Magistrate Judge John W. Black | 106 |

4

| DATE | ITEM | CLERK'S DOCKET ENTRY NO. |
|------|------|--------------------------|
| 7/27/99 | Minute entry: Attys Michael Cowen, Richard Burst, Daniel Maeso and Jeff Milistone appeared. | 108 |
| 7/27/99 | Order dismissing defendants and third party defendants, The State of Texas, et al. Signed by Magistrate Judge John W. Black | 109 |
| 7/29/99 | Stipulation re facts by Cameron County, Texas, Jose Raul Castillo | 110 |
| 7/29/99 | Order continuing temporary injunction until further order from the Court. Signed by Magistrate Judge John W. Black | 111 |
| 9/1/99 | Notice of Appeal | |
| 9/1/99 | Motion to Extend Time for Filing Notice of Appeal | |
| 9/1/99 | Order on Motion to Extend Time for Filing Notice of Appeal | |
| 10/13/99 | Defendant's List of Items to be Included in Record on Appeal | |

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

CutePDF - www.tauka.com

GREGORY S. COLEMAN
Solicitor General

PHILIP A. LIONBERGER
Assistant Solicitor General
State Bar Number 12394380

DANIEL E. MAESO
Assistant Attorney General
State Bar Number 12808500
Attorney-in-Charge

P. O. Box 12548
Austin, Texas  78711-2548
[Tel.] (512) 936-1824
[Fax] (512) 474-2697

**ATTORNEYS FOR DEFENDANTS
AND THIRD-PARTY DEFENDANTS**

CutePDF - www.fastio.com

# CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Defendant's List of Items to be Included in Record on Appeal was served upon the following counsel of record via facsimile and Certified Mail Return Receipt Requested on October 13, 1999:

Michael R. Cowen
LAW OFFICE OF COWEN & LIVESAY
1325 Palm Blvd.
Brownsville, TX 78520

ATTORNEY FOR PLAINTIFFS

Richard Otto Burst
Cameron County Commissioner's Court
Civil Legal Department
964 E. Harrison
Brownsville, TX 78520

ATTORNEY FOR DEFENDANT AND
THIRD-PARTY PLAINTIFF

PHILIP A. LIONBERGER
Assistant Solicitor General

7