/2L

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 15 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| Plaintiffs, | § | |
| V. | § | Civil Action No. B-93-260 |
| CAMERON COUNTY, TEXAS | § | |
| Defendant and Third-Party Plaintiff, | § | Rule 23 (b) (2) Class Action |
| THE STATE OF TEXAS, ET AL. | § | |
| Defendants and Third-Party Defendants | § | |

## PLAINTIFFS' (AGREED) REQUEST FOR A THREE JUDGE PANEL

COME NOW **RAUL CASTILLO**, et al., and file this their Plaintiff's Request for a Three Judge Panel. In support of this Request, Plaintiffs would show unto the Honorable Court as Follows:

Plaintiffs and Defendant Cameron County, Texas have agreed to the continuation of the preliminary injunction in this case, and wish to settle this case. However, because they believe that the State of Texas may later collaterally attack the settlement as a "Prisoner Release Order," Plaintiffs request that this Court convene a three judge panel to hear evidence and determine whether a settlement should be approved.

Under the Prison Litigation Reform Act, a prisoner release order may only be entered by a three judge panel. 18 U.S.C. § 3626(3)(B). While Plaintiffs do not admit that the preliminary injunction and the proposed settlement constitute prisoner release orders, they seek a final resolution to this matter that will not be subject to collateral attack. Therefore, pursuant to 18 U.S.C. § 3626(3)(C) and 28 U.S.C. § 2284, Plaintiffs

request that this Court convene a three judge panel. If the Court sees fit to grant this request, pursuant to 28 U.S.C. 2284(b), the Court should notify the Chief Judge of the Fifth Circuit, who will then designate two other judges to make up the three judge panel.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that this GRANT Plaintiffs' request and convene a three judge panel.

> Respectfully submitted,
> COWEN & LIVESAY
> 1325 Palm Blvd.
> Brownsville, Texas 78520
> 956/541-4981
> 956/504-3674 (FAX)
>
> By: _____
> Michael R. Cowen
> State Bar No. 00795306
> Federal ID No. 19967
>
> **Attorney for Plaintiffs**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Richard Burst, attorney for Defendant Cameron County, Texas, and he is in agreement with this Request. I did not contact Daniel Maeso because his client, the State of Texas, has been dismissed and is no longer a party to this litigation.

_____
Michael R. Cowen

ClibPDF - www.fastio.com