122

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| Plaintiffs, | § | |
| V. | § | Civil Action No. B-93-260 |
| CAMERON COUNTY, TEXAS | § | |
| Defendant and Third-Party Plaintiff, | § | Rule 23 (b) (2) Class Action |
| THE STATE OF TEXAS, ET AL. | § | |
| Defendants and Third-Party Defendants | § | |

## ORDER GRANTING PLAINTIFFS'
## (AGREED) REQUEST FOR A THREE JUDGE PANEL

On this the __11th__ day of __JANUARY__, ~~1999~~ 2000, came to be considered **PLAINTIFFS' (AGREED) REQUEST FOR A THREE JUDGE PANEL** and the Court is of the opinion that said request should be **GRANTED**;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that **PLAINTIFFS' (AGREED) REQUEST FOR A THREE JUDGE PANEL** is hereby **GRANTED**.

SIGNED this __11th__ day of __JANUARY__, ~~1999~~ 2000.

_____
JUDGE PRESIDING