123

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| | § | |
| VS. | § | |
| | § | |
| CAMERON COUNTY, TEXAS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-93-260 |
| | § | |
| THE STATE OF TEXAS, ET AL. | § | |

### ORDER

Pending before the Court are the following Motions:

1. Plaintiff's Motion for Award of Attorney's Fees Pendente Lite. (Docket No. 91).

2. Defendant the State of Texas' and Defendants and Third Party Defendants Ann Richards, Et Al.'s Motion to Terminate this Court's Preliminary Injunction of September 14, 1994. (Docket No. 96).

3. Cameron County's Motion for Attorney Fees. (Docket No. 107).

The State of Texas has filed an appeal to the Fifth Circuit Court of Appeals of this Court's Order Continuing Temporary Injunction. (Docket No. 111).

IT IS THEREFORE **ORDERED** that the foregoing Motions are found to be **MOOT**. The Motions for Attorneys Fees filed by both the Plaintiff and Cameron County may be reurged following the ruling by the Fifth Circuit Court of Appeals.

DONE at Brownsville, Texas, this 24th day of January 2000.

_____
John Wm. Black
United States Magistrate Judge