224

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE RAUL CASTILLO, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| versus ) | Civil Action No. |
| ) | No. B-93-260 |
| CAMERON COUNTY, TEXAS ) | |
| ) | |
| Defendant and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| THE STATE OF TEXAS, ET AL. ) | |
| ) | |
| Defendants and ) | |
| Third-Party Defendants. ) | |

## ORDER CONSTITUTING THREE-JUDGE COURT

(1) Requesting Magistrate Judge:     John W. Black
                                                Southern District of Texas

(2) Circuit Judge:     Fortunato P. Benavides
                         Fifth Circuit

(3) District Judge:     Hilda Tagle
                      Southern District of Texas

I have been informed by the above-identified requesting magistrate judge, to whom this action has been referred in accordance with 28 U.S.C. § 636(c), that

he has granted Plaintiffs' request, brought under 18 U.S.C. § 3626(3)(c), to convene a district court composed of three judges. Pursuant to the provisions of 28 U.S.C. § 2284, as Chief Judge of the United States Court of Appeals for the Fifth Circuit I hereby designate the United States circuit, district and magistrate judges named above as the members of the three-judge district court which is to hear and resolve the matter.

This order is not to be taken as a prejudgment, express or implied, that this is an action to be heard exclusively by a three-judge court. That question is best answered by a three-judge court, enabling, if necessary, a simultaneous appeal to the Supreme Court and Court of Appeals, thus avoiding the delay and expense of an application for mandamus to either or both of said courts. The parties will be afforded the opportunity to brief and argue all questions as may appropriately be presented to the three-judge panel, either preliminarily or on the trial of the merits, as the court deems appropriate and in accordance with 28 U.S.C. §2284(b)(3).

*Carolyn Dineen King*
Carolyn Dineen King, Chief Judge
United States Court of Appeals
for the Fifth Circuit

January 26, 2000