*Original in B-94-328*

125

United States District Court
Southern District of Texas
ENTERED

FEB 10 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL | § | |
| VS. | § | |
| CAMERON COUNTY, TEXAS | § | CIVIL ACTION NO. B-93-260 |
| VS. | § | |
| THE STATE OF TEXAS, ET AL | § | |

..............................................

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | |
| VS. | § | CIVIL ACTION NO. B-94-328 |
| UNIDENTIFIED ALONSO, RN, ET AL | § | |

..............................................

## O R D E R

The previously entered order to Consolidate is hereby VACATED. As of the date of this order, all motions shall be refiled in Civil Action No. B-94-328.

Done at Brownsville, Texas on 8TH day of February, 2000.

_____
John Wm. Black
U. S. Magistrate Judge