126

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| Plaintiffs, | § | |
| V. | § | Civil Action No. B-93-260 |
| CAMERON COUNTY, TEXAS | § | |
| Defendant and Third-Party Plaintiff, | § | Rule 23 (b) (2) Class Action |
| THE STATE OF TEXAS, ET AL. | § | |
| Defendants and Third-Party Defendants | § | |

**PLAINTIFFS' REQUEST FOR AN EVIDENTIARY HEARING
TO DETERMINE WHETHER THIS COURT SHOULD APPROVE
THE PROPOSED SETTLEMENT BETWEEN THE PLAINTIFF
CLASS AND DEFENDANT CAMERON COUNTY, TEXAS**

TO THE HONORABLE JUDGES BENAVIDES, TAGLE AND BLACK:

COME NOW **RAUL CASTILLO**, et al., and file this their Plaintiffs' Request for an Evidentiary Hearing to Determine Whether this Court Should Approve the Proposed Settlement between the Plaintiff Class and Defendant Cameron County. In support of this Request, Plaintiffs would show unto the Honorable Court as Follows:

Plaintiffs and Defendant Cameron County wish to settle this case. Plaintiffs and Defendant Cameron County seek to effectuate the settlement through the entry of a consent decree. This three-judge panel has been convened to hear evidence and determine whether or not to approve the settlement and enter the consent decree.

Plaintiffs ask that an evidentiary hearing be set as soon as possible to determine whether this Court will approve the proposed settlement and consent decree.

Respectfully submitted,<br>
COWEN & LIVESAY<br>
1325 Palm Blvd.<br>
Brownsville, Texas 78520<br>
956/541-4981<br>
956/504-3674 (FAX)

By: _____
Michael R. Cowen
State Bar No. 00795306
Federal ID No. 19967

**Attorney for Plaintiffs**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Richard Burst, attorney for Defendant Cameron County, Texas, and he is in agreement with this Request. I did not contact Daniel Maeso because his client, the State of Texas, has been dismissed and is no longer a party to this litigation.

_____
Michael R. Cowen

## CERTIFICATE OF SERVICE

    I hereby certify that on this the ___7th___ day of February, 2000, a true and correct copy of the foregoing Request has been mailed to opposing counsel:

Mr. Daniel E. Maeso  
P.O. Box 12548, Capitol Station  
Austin, Texas 78711

Richard O. Burst  
Commissioners Court  
Civil Legal Department  
974 E. Harrison St.  
Brownsville, Texas 78520

_____  
Michael R. Cowen