*128*

United States District Court
Southern District of Texas
FILED

FEB 2 2 2000

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | |
| | § | |
| CAMERON COUNTY, TEXAS, | § | Civil Action No. B-93-260 |
| Defendant and | § | |
| Third-Party Plaintiff, | § | |
| | § | |
| THE STATE OF TEXAS, ET AL., | § | |
| Defendants and | § | |
| Third-Party Defendants. | § | |

## DEFENDANTS STATE OF TEXAS, ET AL.'S RESPONSE
## IN OPPOSITION TO RAUL CASTILLO, ET AL.'S REQUEST
## FOR AN EVIDENTIARY HEARING TO DETERMINE WHETHER
## THIS COURT SHOULD APPROVE THE PROPOSED SETTLEMENT
## BETWEEN THE PLAINTIFF CLASS AND DEFENDANT CAMERON COUNTY

TO THE HONORABLE JUDGES BENAVIDES, TAGLE AND BLACK:

COME NOW **THE STATE OF TEXAS, ET AL.,** Movant for Intervention in the above

styled and numbered cause and respectfully respond in opposition to Plaintiff's Request for an

Evidentiary Hearing to Determine Whether the Court should Approve the Proposed Settlement

Between the Plaintiff Class and Defendant Cameron County. In support of such opposition, the

State of Texas, et al., will respectfully show this Court the following:

### I. Motion to Intervene and For Stay of Proceedings

Pending before this Court is the State of Texas, et al.'s Motion to Intervene Pursuant to Rule

24(a), Federal Rules of Civil Procedure the Prison Litigation Reform Act (PLRA), 18 U.S.C. § 3626

and for a Stay of Proceedings before the Three Judge Court convened by the Honorable Carolyn

1

Dineen King, Chief Judge, United States Court of Appeals for the Fifth Circuit, on February 1, 2000. The Court has not yet ruled on the motion. The State of Texas respectfully points out that it would be premature to hold evidentiary hearings before it rules on the State's Motion.

Additionally, the State of Texas re-alleges and hereby incorporates by reference the arguments raised in its Motion to Intervene Pursuant to Rule 24(a), Federal Rules of Civil Procedure the Prison Litigation Reform Act (PLRA), 18 U.S.C. § 3626 and for a Stay of Proceedings before the Three Judge Court convened by the Honorable Carolyn Dineen King, Chief Judge, United States Court of Appeals for the Fifth Circuit, on February 1, 2000.

## II. Proposed Settlement Has Not Been Made Available to the State of Texas

Neither the Plaintiffs nor Defendant Cameron County have made the proposed settlement available to the State of Texas for comments or possible agreement. Presumably since Plaintiffs and Defendant Cameron County know the State's opposition to the "prisoner release order" which is the subject of the State of Texas appeal to the 5th Circuit, and which admittedly they seek to retain in the "settlement", they have chosen not to submit a copy to the State Defendants.

## CONCLUSION

For the above stated reasons the State of Texas respectfully urge this Court to stay all proceedings in this Court until the Court of Appeals for the 5th Circuit has ruled on the State's Appeal from their dismissal heretofore filed.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

2

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

*for* DANIEL E. MAESO
Assistant Attorney General
State Bar No. 12808500

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

I DANIEL E. MAESO, Assistant Attorney General of Texas, do hereby certify that I have conferred with Plaintiff's Counsel, Michael R. Cowen, and informed him of the State of Texas' intention to file this pleading. I did not contact Mr. Richard O. Burst, Cameron County's counsel of record since he has, as has Plaintiff not agreed to withdraw the "prisoner release order" the subject of the State's appeal.

*for* DANIEL E. MAESO
Assistant Attorney General

## CERTIFICATE OF SERVICE

I DANIEL E. MAESO, Assistant Attorney General of Texas, do hereby certify that on this

the 16th day of February, 2000, a true and correct copy of the foregoing **Defendants State of Texas,**

**et al.'s Response in Opposition to Raul Castillo, et al.,'s Request for an Evidentiary Hearing**

**to Determine Whether this Court Should Approve the Proposed Settlement Between the**

**Plaintiff Class and Defendant Cameron County** has been mailed certified mail, return receipt

requested to opposing counsel:

Mr. Michael R. Cowen          **CMRRR NO. Z 149 037 063**
COWEN & LIVESAY
1325 Palm Blvd.
Brownsville, Texas 78520
**Attorneys for Plaintiff Class**

Mr. Richard O. Burst          **CMRRR NO. Z 149 037 064**
Commissioners Court
Civil Legal Department
974 E. Harrison St.
Brownsville, Texas 78520
**Attorney for Cameron County**

DANIEL E. MAESO

4