```
                                              United States District Court
                                              Southern District of Texas
                                                      FILED

                                                   JUL 1 3 2000

                                              Michael N. Milby
                                                Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| | § | CIV. ACT. NO. B-93-260 |
| V. | § | |
| | § | CLASS ACTION |
| CAMERON COUNTY, TEXAS | § | |

**PLAINTIFFS' REQUEST FOR HEARING BEFORE THREE JUDGE PANEL**

TO THE HONORABLE JUDGES BENAVIDES, TAGLE AND BLACK:

The Plaintiff Class requests that this Court hold a hearing in front of the three judge panel to determine whether to approve the proposed settlement between Cameron County and the Plaintiff Class. The Court should not wait until the resolution of the interlocutory appeal, because the interlocutory appeal only concerns the appropriateness of the continuation of the preliminary injunction; it does not and cannot address the propriety of the proposed settlement. In fact, a ruling by this Court on the proposed settlement would most likely moot the entire appeal. Therefore, the Plaintiff Class requests that the Court hold a hearing on the proposed settlement at its earliest convenience.

Respectfully submitted,

_____
Michael R. Cowen, P.C.
Federal ID No. 19967
Texas Bar No. 00795306
Zavaletta & Cowen
603 E. St. Charles Street
Brownsville, Texas 78520
Telephone (956) 546-5567
Facsimile (956) 541-2205

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served on the following counsel of record:

Daniel E. Maeso
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Richard O. Burst
Cameron County Commissioners' Court
Civil Legal Department
974 E. Harrison Street
Brownsville, Texas 78520

by placing same in the United States mail, properly addressed and postage prepaid, this 12 day of July, 2000.

_____
Michael R. Cowen

## CERTIFICATE OF CONFERENCE

I, Michael R. Cowen, certify that I did not confer with Mr. Maeso because he has already indicated that he is opposed to having an evidentiary hearing, and has already filed an opposition to doing so.

_____
Michael R. Cowen