130

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE RAUL CASTILLO, ET AL., | ) |
| Plaintiffs, | ) |
| versus | ) Civil Action No. B-93-260 |
| CAMERON COUNTY, TEXAS, | ) |
| Defendant and Third-Party Plaintiff, | ) |
| THE STATE OF TEXAS, ET AL., | ) |
| Defendants and Third-Party Defendants. | ) |

## ORDER

On this __8__ day of __AUGUST__, 2000, came on to be considered Defendants State of Texas' Motion to Intervene and for a Stay of the proceedings before the Three-Judge Court empaneled by the Honorable Carolyn Dineen King, Chief Judge, United States Court of Appeals for (DOCKET NOS. 127-1, 127-2) the Fifth Circuit on February 1, 2000. This Court, after considering the premises of the State's Motion and the record in this cause finds the Motion to have merit. It is therefore **ORDERED** that the State of Texas Motion to Intervene in the Proceedings Before the Three-Judge Court and for a Stay of any proceedings before said Three-Judge Court pending resolution by the Fifth Circuit of the appeal by the State of Texas from the continuation of the preliminary injunction heretofore issued in this cause is hereby **GRANTED**.

**SIGNED** on this the __8__ day of __AUGUST__, 2000.

_____
JUDGE PRESIDING