/31

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## UNITED STATES COURTHOUSE
## 600 E. HARRISON STREET, #204
## BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
FILED

JAN 1 1 2001

Michael N. Milby
Clerk of Court

**CHAMBERS OF**
**JOHN WM. BLACK**
**MAGISTRATE JUDGE**

PHONE (956) 548-2570

January 10, 2001

Mr. Michael Cowen
765 E. 7th Street
Suite A
Brownsville, TX 78520

Mr. Roberto Mendoza
P. O. Box 5566
Brownsville, TX 78523

Mr. Richard Burst
Ms. Dylbia Jefferies Vega
964 E. Harrison Street
Brownsville, TX 78520

Mr. Daniel Maeso
Mr. Philip A. Lionberger
P. O. Box 12548
Austin, TX 78711-2548

      Re:    C. A. No. B-93-260
              Jose Raul Castillo, et al. vs.
              Cameron County, TX, et al.

Counselors:

      In its January 5, 2001, opinion, the Fifth Circuit has directed this court to hold a hearing on the issue as to whether or not the injunction in this case should be terminated.

      I believe that this hearing can be held without the necessity of convening the three judge panel named by Judge King pursuant to 18 U.S.C. § 3626(a)(3)(B).

      It seems to me from reading the Fifth Circuit opinion that the threshold issue in this case is

whether or not it is moot. As the panel pointed out in footnote one, there may be no one left to seek injunctive relief.

I would ask counsel for plaintiffs to arrange a telephonic conference within the next ten days so that all of us can discuss the future course of this action.

Very truly yours,

John Wm. Black
United States Magistrate Judge