132

THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

JAN 2 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-93-260 | DATE & TIME: 01-24-01 AT 2:00 P.M. |
| JOSE RAUL CASTILLO, ET AL. | PLAINTIFF(S) MICHAEL COWEN |
| | COUNSEL ROBERT MENDOZA |
| VS. | |
| CAMERON COUNTY, TEXAS, | DEFENDANT(S) RICHARD BURST |
| STATE OF TEXAS | COUNSEL PHILIP LIONBERGER |
| | DANIEL MAESO |

---

Telephonic conference held. Attorneys Michael Cowen, Richard Burst, Daniel Maeso and Sharon Felfe appeared telephonically.

Status conference to be reset.

Sharon Felfe is to be substituted for Philip Lionberger as co-counsel for the Attorney General's office. Clerk will make docket entry to correct the substitution.

Terminate Robert Mendoza as attorney for Eloy Sanchez.