*/33*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

### ORDER

**JAN 2 5 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-93-260 |
| | § | |
| CAMERON COUNTY, TEXAS, ET AL. | § | |

TYPE OF CASE:          __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**TELEPHONIC STATUS CONFERENCE**

PLACE:                                      ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**      **SECOND FLOOR COURTROOM**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                    DATE AND TIME:

**FEBRUARY 23, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JANUARY 24, 2001

TO:    MR. MICHAEL COWEN
       MR. RICHARD BURST
       MS. SHARON FELFE/MR. DANIEL MAESO