# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

U.S. COURT OF APPE.
**FILED**
JAN 0 5 2001
CHARLES R. FULBRUGE
CLF

No. 99-41217

D.C. Docket No. B-93-CV-260
B-94-CV-328

JOSE RAUL CASTILLO; FRANCISCO LOPEZ; E ELOY SANCHEZ; JON ALAN ASHCRAFT; GUSTAVO ALMAGUER

United States District
Southern District of T
FILED
FEB 0 1 200
Michael N. Mil..
Clerk of Court

       Plaintiffs - Appellees

v.

CAMERON COUNTY, TEXAS

       Defendant - Third Party Plaintiff - Appellee

v.

STATE OF TEXAS; GEORGE W BUSH, Governor of Texas; ALLAN B POLUNSKY, Member of the Board Texas Department of Criminal Justice; CAROLE S YOUNG, Member of the Board Texas Department of Criminal Justice; JOHN DAVID FRANZ, Member of the Board Texas Department of Criminal Justice; PATRICIA A DAY, Member of the Board Texas Department of Criminal Justice; WILLIAM "HANK" MOODY, Member of the Board Texas Department of Criminal Justice; ALFRED C MORAN, Member of the Board Texas Department of Criminal Justice; NANCY PATTON, Member of the Board Texas Department of Criminal Justice; A M "MAC" STRINGFELLOW, Member of the Board Texas Department of Criminal Justice; CAROL S VANCE, Member of the Board Texas Department of Criminal Justice

       Defendants - Third Party Defendants - Appellants

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before KING, Chief Judge, PARKER, Circuit Judge, and FURGESON, District Judge.*

## JUDGMENT

       This cause was considered on the record on appeal and was argued by counsel.

       It is ordered and adjudged that the order of the District Court is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

ISSUED AS MANDATE: JAN 2 9 2001

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By [signature] Kerlee McDonough
       Deputy
New Orleans, Louisiana    JAN 2 9 2001

ClibPDF - www.fastio.com