136

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| Plaintiffs, | § | |
| V. | § | Civil Action No. B-93-260 |
| CAMERON COUNTY, TEXAS | § | |
| Defendant and Third-Party Plaintiff, | § | Rule 23 (b) (2) Class Action |
| THE STATE OF TEXAS, ET AL. | § | |
| Defendants and Third-Party Defendants | § | |

**PLAINTIFFS' MOTION TO AMEND CLASS DEFINITION**

TO THE HONORABLE JUDGE BLACK:

COME NOW **RAUL CASTILLO**, et al., and file this their Motion to Amend Class Definition. In support of this Motion, Plaintiffs would show unto the Honorable Court as Follows:

In 1994, this Court granted Plaintiffs' motion for class certificaton, certifying a class consisting of "All prisoners of the Cameron County Jail as of 1/3/94." Unfortunately, this case has been litigated for over seven years, and it now appears possible that none of the persons incarcerated on January 3, 1994 are still being held in the Cameron County Jail.

The Fifth Circuit noted this potential problem in footnote 1 of its recent opinion in this case. Plaintiffs submit that this Court should not dismiss this case on mootness grounds. This Court's injunctions are the only thing that has prevented years of unconstitutionally overcrowded prison conditions. Given that the parties are ready for

a final trial on the merits, the Court should not force the prisoners to file a new lawsuit and start from square one.

Plaintiffs therefore move that this Court enter an order amending the class definition, so that the class will now consist of, "All prisoners of the Cameron County Jail as of January 3, 1994, and all persons who become incarcerated in the Cameron County Jail from January 3, 1994 until the date that a final judgment is issued in this case."

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
956/541-4981
956/504-3674 (FAX)

By: _____
Michael R. Cowen
State Bar No. 00795306
Federal ID No. 19967

**Attorney for Plaintiffs**


## CERTIFICATE OF CONFERENCE

I, Michael R. Cowen, have conferred with opposing counsel. Counsel for Cameron County is not opposed to this motion. Counsel for the State of Texas is opposed to this motion.

_____
Michael R. Cowen

## CERTIFICATE OF SERVICE

I hereby certify that on this the __2nd__ day of February, 2001, a true and correct copy of the foregoing Request has been mailed to opposing counsel:

Mr. Daniel E. Maeso
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Richard O. Burst
Commissioners Court
Civil Legal Department
974 E. Harrison St.
Brownsville, Texas 78520

_____
Michael R. Cowen