137

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § | NO. B-93-260 |
| CAMERON COUNTY, TEXAS<br>     Defendant and Third-Party<br>     Plaintiff, | § § § § | |
| v. | § § | |
| THE STATE OF TEXAS<br>     Defendant, | § § § | |
| and<br>GEORGE W. BUSH, *et al.*,<br>     Third-Party Defendants and<br>     Defendants | § § § § | |

**DEFENDANT THE STATE OF TEXAS' AND
DEFENDANTS AND THIRD-PARTY DEFENDANTS
ANN RICHARDS, ET AL.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION
<u>TO AMEND CLASS DEFINITION</u>**

TO THE HONORABLE JUDGE BLACK:

NOW COME the above State of Texas and its Defendants in the above styled and numbered cause and file this their Response In Opposition to Plaintiff's Motion to Amend Class Definition and in support thereof would show this Court as follows:

1. There is no showing that the amended group of inmates of the Cameron County Jail is similarly situated and a new class certification hearing would be needed.

2. There is no evidence that the substitute class members are suffering any of the constitutional violations that the Court found existed in 1944.

For the above stated reasons, Defendants State of Texas, et al, vigorously oppose Plaintiff's Motion to Amend Class Definition, and would ask the Court to **deny** said motion.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant
Attorney General

MICHAEL McCAUL
Deputy Attorney General
for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

DANIEL E. MAESO
Assistant Attorney General
State Bar No. 12808500

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

ATTORNEYS FOR DEFENDANTS

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I, DANIEL E. MAESO, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of this **Defendant the State of Texas' and Defendants and Third-party Defendants Ann Richards, et al.'s Response in Opposition to Plaintiff's Motion to Amend Class Definition** was served by placing it in the United States Mail on February 6, 2001, pursuant to the Federal Rules of Civil Procedure to the following addresses:

Michael R. Cowen, P.C
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Richard O. Burst
Commissioner's Court
Civil Legal Department
974 E. Harrison Street
Brownsville, Texas 78520

DANIEL E. MAESO
Assistant Attorney General