138

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL., | § | |
| Plaintiffs, | § | |
| v. | § | NO. B-93-260 |
| CAMERON COUNTY, TEXAS<br>Defendant and Third-Party<br>Plaintiff, | § | |
| v. | § | |
| THE STATE OF TEXAS<br>Defendant, | § | |
| and<br>GEORGE W. BUSH, *et al.*,<br>Third-Party Defendants and<br>Defendants | § | |

ORDER

On this the 14th day of FEBRUARY, 2001, came before this Court for consideration Plaintiff's Motion for Leave to Amend Class Definition and State Defendant's Response in Opposition to said motion. After considering the motion, the response and the record in this case, the Court is of the opinion that Plaintiff's Motion to Amend Class Definition should be in all things **DENIED**.

It is therefore **ORDERED** that Plaintiff's Motion to Amend Class Definition is hereby **DENIED**.

SIGNED in Brownsville on this, the 14th day of FEBRUARY 2001.

JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE