139

United States District Court
Southern District of Texas
FILED

FEB 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE RAUL CASTILLO, ) <br> FRANCISCO LOPEZ, ) <br> ELOY SANCHEZ, and ) <br> all those similarly situated, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CAMERON COUNTY, TEXAS, ) <br>     Defendant and ) <br>     Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE STATE OF TEXAS and GEORGE ) <br> BUSH; JAMES RILEY; CAROL ) <br> S. VANCE; JERRY H. HODGE; ) <br> JOSHUA W. ALLEN, SR.; THOMAS ) <br> DUNNING;  ALLAN B. POLUNSKI: ) <br> R. H. DUNCAN, SR.; ELLEN J. ) <br> HALBERT AND JOHN R. WARD ) <br> (each in his or her official ) <br> capacity only), ) <br>     Defendants and ) <br>     Third-Party Defendants. ) | CIVIL ACTION NO. B-93-260 <br><br><br> Rule 23(b)(2) Class Action |

### UNOPPOSED MOTION TO STRIKE
### LANGUAGE FROM TEMPORARY ORDER

    Defendant, Cameron County moves the Court to strike Paragraphs I and J from the

"Population Reduction Provisions" contained in the Amended Temporary Order issued by this Court

in the above numbered case on October 2, 1997.

The purpose is to remove from the temporary order the language referencing State "Blue Warrants".

WHEREFORE, Cameron County prays this Court strike from the October 2, 1997 Amended Temporary Order Paragraphs I and J, which appear on Page 5 of the amended order, and leave in place the balance of the October 2, 1997, Amended Temporary Order until further order of this Court.

Respectfully submitted,

For Defendant/Third Party Plaintiff

Commissioners Court
Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78578
(956) 550 1448
(956) 550 1348 (Facsimile)

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786515
S.D. No. 17065

### CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Motion has been mailed to the following on this __16th__ day of February, 2000, by certified mail return receipt requested:

Daniel E. Maeso
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Tx 78711-2548

Michael R. Cowen
1325 Palm Blvd.
Brownsville, Texas 78520

*Richard O. Burst*

## CERTIFICATE OF CONFERENCE

I certify that I have discussed this Motion to Strike and its intended purpose with both the attorney in charge for Plaintiffs and the attorney in charge for Defendants/Third Party Defendants, and both have stated they are not opposed and are in agreement with this Motion.

*Richard O. Burst*