THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

FEB 2 3 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-93-260      DATE & TIME: 02-23-01 AT 1:30 P.M.

JOSE RAUL CASTILLO, ET AL.          PLAINTIFF(S)   MICHAEL COWEN
                                    COUNSEL        ROBERT MENDOZA
VS.

CAMERON COUNTY, TEXAS,              DEFENDANT(S)   RICHARD BURST
STATE OF TEXAS                      COUNSEL        PHILIP LIONBERGER
                                                   DANIEL MAESO

-----------------------------------------------------------------------

    Attorneys Michael Cowen and Richard Burst appeared in chambers, Daniel Maeso appeared telephonically.

    Hearing on attorney's fees will be held in June, 2001.