/41

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-93-260 |
| | § | |
| CAMERON COUNTY, TEXAS, ET AL. | § | |

TYPE OF CASE:      __X__ CIVIL                                  ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON ATTORNEY'S FEES**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM**

DATE AND TIME:

**JUNE 6, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 23, 2001

TO:     MR. MICHAEL COWEN
        MR. RICHARD BURST
        MS. SHARON FELFE/MR. DANIEL MAESO