*142*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**FEB 2 6 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, FRANCISCO LOPEZ, ELOY SANCHEZ, and all those similarly situated,     Plaintiffs, | ) ) ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. B-93-260 |
| CAMERON COUNTY, TEXAS,     Defendant and     Third-Party Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | Rule 23(b)(2) Class Action |
| THE STATE OF TEXAS and GEORGE BUSH; JAMES RILEY; CAROL S. VANCE; JERRY H. HODGE; JOSHUA W. ALLEN, SR.; THOMAS DUNNING;  ALLAN B. POLUNSKI: R. H. DUNCAN, SR.; ELLEN J. HALBERT AND JOHN R. WARD (each in his or her official capacity only),     Defendants and     Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | |

### ORDER GRANTING THE
### UNOPPOSED MOTION TO STRIKE
### LANGUAGE FROM TEMPORARY ORDER

On this date the Court considered Defendant Cameron County's Unopposed Motion To Strike

Language From Temporary Order and finds that it should be GRANTED.

Paragraphs I and J of the Amended Temporary Order signed by this Court on October 2, 1997

are stricken.  Paragraphs I and J of the October 2nd, 1997, Amended Temporary Order are of no force or effect after the signing of this Order.  The remaining provisions of the October 2nd, 1997, Amended Temporary Order remain in effect until further order of this Court.

IT IS SO ORDERED.

Signed in Brownsville, Texas on this _23 rd_ day of _FEBRUARY_, 2001.

_____
Presiding Judge