143

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. B-93-260 |
| CAMERON COUNTY, TEXAS | § | |
| Defendant and Third-Party Plaintiff, | § | Rule 23 (b) (2) Class Action |
| THE STATE OF TEXAS, ET AL. | § | |
| Defendants and Third-Party Defendants | § | |

## NOTICE OF VACATION

Michael R. Cowen will be either on vacation, attending a seminar, or teaching at a seminar on the following dates:

May 5, 2001 – May 23, 2001
June 9, 2001 – June 17, 2001

Please do not schedule any hearings, depositions, trials, or other proceedings on those dates.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
956/541-4981
956/504-3674 (FAX)

By: _____
Michael R. Cowen
State Bar No. 00795306
Federal ID No. 19967

Attorney for Plaintiffs

## OF SERVICE

I hereby certify that on this the \_\_\_4th\_\_\_ day of May, 2001, a true and correct copy of the foregoing document has been mailed to opposing counsel:

Mr. Daniel E. Maeso
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Richard O. Burst
Commissioners Court
Civil Legal Department
974 E. Harrison St.
Brownsville, Texas 78520

_____
Michael R. Cowen