*144*

United States District Court
Southern District of Texas
FILED

JUN 20 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON ATTORNEY'S FEES

CIVIL ACTION NO. B-93-260

DATE & TIME: 06-20-01 AT 2:00 P.M.

JOSE RAUL CASTILLO, ET AL.

VS.

CAMERON COUNTY, TEXAS, ET AL.

PLAINTIFF(S) MICHAEL COWEN
COUNSEL

DEFENDANT(S) RICHARD OTTO BURST
COUNSEL       DYLBIA JEFFERIES
              DANIEL E. MAESO
              SHARON FELFE

---

ERO: Gabriel Mendieta
CSO: Ruben Salinas

    Attorneys Michael Cowen, Richard Burst, Daniel Maeso and Susan Werner appeared.

    Plaintiffs' hourly rate discussed with the State.

    Cameron County seeking attorneys fees from State.

    No objection to Affidavits filed by Plaintiffs.