IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, FRANCISCO LOPEZ, ELOY SANCHEZ, and all those similarly situated, Plaintiffs, | ) ) ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. B-93-260 |
| CAMERON COUNTY, TEXAS, Defendant and Third-Party Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | Rule 23(b)(2) Class Action |
| THE STATE OF TEXAS and GEORGE BUSH; JAMES RILEY; CAROL S. VANCE; JERRY H. HODGE; JOSHUA W. ALLEN, SR.; THOMAS DUNNING; ALLAN B. POLUNSKI: R. H. DUNCAN, SR.; ELLEN J. HALBERT AND JOHN R. WARD (each in his or her official capacity only), Defendants and Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) | |

United States District Court
Southern District of Texas
FILED

JUN 2 0 2001

Michael N. Milby
Clerk of Court

### ADDENDUM TO CAMERON COUNTY'S MOTION FOR ATTORNEY FEES

Cameron County adds the attached declaration to its First Amended Response to Plaintiff's Motion For Attorney Fees and County's Motion for Attorney Fees filed July 26, 1999:

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS      )
COUNTY OF CAMERON  )

    My name in Richard O. Burst. I am an attorney licensed to practice in the States of Texas and Oklahoma, the Southern, Western, Eastern, and Northern United States District Courts of Texas, the U.S. Supreme Court, and other courts.

    I am employed as a litigation attorney by the Cameron County Commissioners Court and represent Cameron County in this case.

    The nature of this case required that I spend 84.22 hours in this case.

    The attached is a reconstruction of hours based on the docket sheet, the submission of Ed Stapleton and the filed documents. The reconstruction, I believe, is consistent with Local Rule 47.8.1 in that it reflects the minimum amount necessary for the undersigned to produce the work seen in court by the Court.

    I have been an attorney for 28 years, and for all but about two years of that I have represented governmental entities in some capacity, either on retainer or full time. I have been lead counsel in cases of most areas of law, from municipal courts to the U.S. Supreme Court, including numerous civil rights and employment law cases.

    "I declare under penalty of perjury that the foregoing is true and correct."

    Executed on June 20, 2001.

                                        Richard O. Burst
                                        Attorney in Charge
                                        For Cameron County

28 USC Section 1746

## Work Done by Richard O. Burst on behalf of Cameron County

| Date | Description | Hours |
|---|---|---|
| 12/15/93 | Review Complaint | .7 |
| 12/29/24 | Prepare Answer | 2.5 |
| 1/5/94 | Conference on class action | .5 |
| 1/10/94 | Prepare Third Party Complaint | 8.0 |
| 2/3/94 | Review Third Party Defendants Motion to dismiss | .7 |
| 2/15/94 | Review Magistrate's Initial Pretrial Notice | .1 |
| 2/25/94 | Review Magistrate's Notice resetting pretrial | .1 |
| 3/3/94 | Prepare Reply to Third Party Defendants' Motion to Dismiss | 5.0 |
| 3/17/94 | Review Third Party Defendants' Reply – Motion to Dismiss | .3 |
| 3/24/94 | Attend initial pretrial conference | .7 |
| 3/28/94 | Prepare amended Orig Answer | 1.5 |
| 5/8/94 | Review Application for Temp. Inj. and prepare response | 1.0 |
| 6/9/94 | Prepare for and attend injunction hearing | 8.0 |
| 6/10/94 | Prepare for and attend injunction hearing | 8.0 |
| 6/14/94 | Prepare for and attend injunction hearing | 8.0 |
| 6/15/94 | Prepare for and attend injunction hearing | 8.0 |
| 6/16/94 | Prepare for and attend injunction hearing and visit jail with Judge | 7.5 |
| 6/27/94 | Prepare trial memorandum | .5 |
| 7/19/94 | Review Plaintiff's Post Hrg. Brief | .5 |
| 8/9/94 | Prepare suggested Temporary Order for County only. | 6.0 |
| 8/17/94 | Review State's Response to Plaintiff's Post Hrg. Brief | .5 |
| 9/1494 | Review Magistrate's Decision and Order | 1.0 |
| 9/26/94 | Review State's Advisory to Court | .5 |
| 10/12/94 | Prepare County's Two Year Jail Plan | 6.0 |
| 9/25/97 | Prepare Amended Temporary Order | 6.0 |
| 3/21/99 | Status conference | .5 |
| 5/3/99 | Review State's Motion to Terminate T.O. | .5 |
| 5/18/99 | Review Response to State's Motion Terminate | .5 |
| 5/21/99 | Status Conference | .5 |
| 6/28/99 | Review State's Advisory to Court | .3 |
| 7.27/99 | Status conference | .5 |
| 1/24/00 | Status conference | .5 |

84.22

Respectfully submitted,

For Defendant/Third Party Plaintiff

Commissioners Court
Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78578
(956) 550 1345
(956) 550 1348 (Facsimile)

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786515
S.D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Addendum was hand delivered to the following on this 20th day of June, 2001:

Daniel E. Maeso
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Tx 78711-2548

Michael R. Cowen
1325 Palm Blvd.
Brownsville, Texas 78520

_____
Richard O. Burst