146

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED

JUN 2 0 2001

MICHAEL N. MILBY, CLERK

United States District Court
Southern District of Texas
Filed

JUN 2 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE RAUL CASTILLO, ET AL. § | |
| Plaintiffs, § | |
| V. § | Civil Action No. B-93-260 |
| CAMERON COUNTY, TEXAS § | |
| Defendant and § | |
| Third-Party Plaintiff, § | Rule 23 (b) (2) Class Action |
| THE STATE OF TEXAS, ET AL. § | |
| Defendants and Third-Party Defendants § | |

## PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES

TO THE HONORABLE JUDGE BLACK:

COME NOW **RAUL CASTILLO**, et al., and file this their Motion for Award of Attorneys' Fees. In support of this Motion, Plaintiffs would show unto the Honorable Court as Follows:

Pursuant to 42 U.S.C. § 1988(b), Plaintiffs request an award of attorney's fees and expenses for the work they have done in combating overcrowding in the Cameron County Jail. This request is somewhat complicated by the Prison Litigation Reform Act. Under Section 803 of the PLRA (42 U.S.C. § 1997e(d)(3)), which caps attorney fee awards at 150 percent of the hourly rate established by 18 U.S.C. § 3006A for court appointed attorneys. This cap only applies to work performed after April 26, 1996, the PLRA's effective date.

Plaintiffs' counsel worked numerous hours prior to April 26, 1996. Edward A. Stapleton, III worked 171.7 hours, and Juan Jose Martinez worked 42.5 hours. Mr. Stapleton's hourly rate is $250 per hour, and Mr. Martinez's is $200 per hour. Therefore,

the Court should award $42,925 for the work performed by Mr. Stapleton prior to April 26, 1996 and $8,500.00 for the work performed by Mr. Martinez prior to April 26, 1996.

Plaintiffs' counsel continued to work hard on this case after Congress reduced their fees. Mr. Stapleton worked 9.7 hours, Michael R. Cowen worked 93.7 hours, Keith Livesay worked at least 40 hours, and Mr. Martinez worked at least 5.5 hours. The hourly rate for court-appointed attorneys in the Brownsville Division is $55.00 per hour for out-of-court work. 150% of that rate is $82.50 per hour. Given that all of Plaintiffs' counsel have regular hourly rates in excess of $82.50 per hour, Plaintiffs request that the court award them fees for post-PLRA work at that rate. Therefore, Plaintiffs request that the court award Juan Jose Martinez $453.75 for the work he performed after April 26, 1996, and award Messrs. Stapleton, Livesay & Cowen $11,830.50 for the work they performed after the enactment of the PLRA.

Plaintiffs have also incurred $597.55 in expenses, and ask the Court to award those, along with the taxable court costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court award Juan Jose Martinez $8,953.75 in attorneys' fees, and award the law firm of Michael R. Cowen, P.C. $55,353.05 in attorneys' fees and expenses, together with taxable costs of court. The law firm of Michael R. Cowen, P.C. will then disburse the attorney's fees amongst Messrs. Stapleton, Livesay and Cowen pursuant to fee-sharing arrangements they previously made.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
956/541-4981
956/504-3674 (FAX)

By: _____
Michael R. Cowen
State Bar No. 00795306
Federal ID No. 19967

**Attorney for Plaintiffs**


## CERTIFICATE OF SERVICE

I hereby certify that on this the _____ day of June, 2001, a true and correct copy of the foregoing Request has been hand-delivered to opposing counsel:

Mr. Daniel E. Maeso
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Richard O. Burst
Commissioners Court
Civil Legal Department
974 E. Harrison St.
Brownsville, Texas 78520

_____
Michael R. Cowen

# EXHIBIT A

ClibPDF - www.fastio.com

# AFFIDAVIT OF EDWARD A. STAPLETON, III

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned authority, personally appeared **EDWARD A. STAPLETON, III**, whose name is subscribed to the foregoing and upon his oath, and acknowledge to me that this affidavit is true and correct.

"My name is Edward A. Stapleton, III. I am an attorney duly licensed to practice in the State of Texas and the United States District Court for the Southern District of Texas, and am competent to give this affidavit.

I worked as least 178.4 hours on the *Castillo* lawsuit. A breakdown of those hours is set forth in Exhibit A, attached hereto. My normal hourly rate on cases where I am paid a retainer up front and on a regular basis after the retainer is used up is $250.00 per hour. On contingent fee cases, I typically earn more than $250.00 per hour because of the contingent nature of my payment, because of the time delay between the time I perform work and the time I receive payment and because of the expense money I advance out of my own pocket on contingent fee cases."

AFFIANT FURTHER SAYETH NAUGHT.

_____
Edward A. Stapleton, III

SWORN AND SUBSCRIBED to before me on this 12th day of February, 1999.

_____
Notary Public, State of Texas

JOSIE O. LUCIO
Notary Public,
State of Texas
My Comm. Exp. 8-22-2000

# EXHIBIT A
## Work Done by Ed Stapleton

| Date | Description | Hours |
|---|---|---|
| 12/9/93 | Client conference with Jose Raul Castillo | .5 |
| 12/9/93 | Client conference with Eloy Sanchez | .5 |
| 12/9/93 | Client conference with Francisco Lopez. Draft Complaint | 3.5 |
| 12/9/93 | Research and preprpare Motion to Certify Class, Summons | 4.5 |
| 12/10/93 | Prepare and file Complaint, Civil Cover sheet, Summons | 2.5 |
| 1/5/94 | Order and conferences on class service | 1.5 |
| 1/7/94 | Review answer of County | .5 |
| 1/19/94 | Publication of complaint and motion for conditional class certification Port Isabel Press | 2.0 |
| 1/19/94 | Publication of complaint and motion for conditional class certification San Benito News | .5 |
| 1/19/94 | Publication of complaint and motion for conditional class certification Valley Morning Star | 2.5 |
| 1/19/94 | Publication of complaint and motion for conditional class certification Brownsville Herald. | .5 |
| 1/12/94 | Review 3rd party complaint by county. | 1.0 |
| 1/20/94 | Draft and review First Amended Complaint | 4.0 |
| 1/21/94 | First Amended Complaint | 2.0 |
| 2/10/94 | Review state's motion to dismiss for lack of subject matter jurisdiction | .3 |
| 2/11/94 | Review docket control letter. Phone conference, Paula, re: resetting date of conference | .4 |
| 2/22/94 | Conference and Review County's motion for enlargement of time | 1.2 |
| 2/23/94 | Resetting of pretrial conference | .5 |
| 2/28/94 | Conf. Robert Mendoza, re withdrawal as counsel | .5 |
| 3/5/94 | Client interview and correspondence | 2.0 |
| 3/7/94 | State's Motion to dismiss on subject matter jurisdiction. | .2 |
| 3/18/94 | Review State's reply to County Motion to Dismiss. Conf. Burst and forward 636 motion to Burst. Review county's reply. Def. and 3rd party defendants' Reply to county's response. | 3.5 |
| 3/22/94 | Sec. 636 consent and order on scheduling conference | .5 |
| 3/24/94 | Prepare and attend initial pretrial conference. | 1.5 |
| 3/29/94 | Original answer of County, review. | .2 |
| 4/15/94 | Scheduling order review. | .2 |
| 5/17/94 | Review articles, videos and interviews on jail riot | 4.5 |
| 5/18/94 | Research, In re Clements | 2.0 |
| 5/20/94 | Review motion and brief in support of preliminary injunction | 1.5 |
| 6/1/94 | Prepare exhibits, interview witnesses, prepare exams, visit jail with clerical witness, take photographs of facilities, interview jail witnesses, Dr. Stern, deputies, jail nurse, conferences county's attorneys, prepare floor plan exhibits with plastic fronts, review jail population documents produced, review jail budgeting | |

|          |                                                                                                                                                                              |      |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|          | documents produced.                                                                                                                                                          | 7.0  |
| 6/2/94   | Prepare exhibits, interview witnesses, prepare exams, conferences county's attorneys, prepare floor plan exhibits with plastic fronts, review jail population documents produced, review jail budgeting documents produced | 6.5  |
| 6/3/94   | Prepare exhibits, interview witnesses, prepare exams, review jail population documents produced, review jail budgeting documents produced | 6.0  |
| 6/4/94   | Prepare exhibits, interview witnesses, prepare exams, review jail population documents produced, review jail budgeting documents produced | 7.5  |
| 6/5/98   | Review jail documents, prepare Gary W. DeLand, review qualifications and prepare cross                                                                                       | 8.5  |
| 6/6/98   | Review jail documents produced                                                                                                                                               | 5.0  |
| 6/7/94   | Conference wityesess and prepare summons, Micheal Martin, engineering, Chief Carlos Tapia, Dep. MikeLeinart, Sgt. George Garcia, Dep. Joe Elizarde, Andy Cueto                | 8.5  |
| 6/8/98   | Draft witness list, review documents produced                                                                                                                                | 9.5  |
| 6/9/94   | Prepare and present witnesses in preliminary injunction hearing                                                                                                              | 10.5 |
| 6/10/94  | Prepare and present witnesses in preliminary injunction hearing                                                                                                              | 9.5  |
| 6/13/94  | Review State's discovery responses. Prepare for witness preparation.                                                                                                         | 5.5  |
| 6/14/94  | Prepare and present witnesses in preliminary injunction hearing                                                                                                              | 9.0  |
| 6/15/94  | Prepare and present witnesses in preliminary injunction hearing                                                                                                              | 10.0 |
| 6/16/94  | Prepare and present witnesses in preliminary injunction hearing Visit jail with judge.                                                                                       | 7.5  |
| 6/29/94  | Review letter from Escobar                                                                                                                                                   | .2   |
| 7/15/94  | Draft and review Settlement Agreement and Consent Decree                                                                                                                     | 2.5  |
| 7/17/94  | Review and discuss post hearing brief                                                                                                                                        | 4.0  |
| 7/29/94  | Joint Motion to Extend time                                                                                                                                                  | .4   |
| 8/16/94  | Review Temporary Interlocutory Order of court                                                                                                                                | .5   |
| 9/15/94  | Review and discuss Memorandum Decision and Order                                                                                                                             | 2.5  |
| 9/29/94  | Research jail case                                                                                                                                                           | 1.5  |
| 10/18/94 | Conf. County and Review two year jail management plan.                                                                                                                       | 2.5  |
| 1/25/95  | Conference Spangenberg, Wesevich, Hall Current jail list request, Burst Meeting Judge Hinojosa Meeting Juan Jose Martinez, re; indigent contracts                            | 4.5  |
| 6/27/95  | Review witness disclosure of AG office                                                                                                                                       | .5   |
| 7/12/95  | Communicable disease, tuberculosis review by state.                                                                                                                          | .2   |
| 10/12/95 | Letter regarding access to prisoners by Rachel Peterson                                                                                                                      | .2   |
| 2/26/96  | Conference on motion to reset status conference, review order                                                                                                                | .3   |

| Date | Description | Hours |
|---|---|---|
| 2/5/96 | Review notice of setting on status conference | .2 |
| 3/19/96 | Client correspondence and order on Status Conference | .5 |
| 3/25/96 | Client correspondence | .2 |
| 5/1/96 | Conference and correspondence Southern Poverty Law Center, re; research and expert witnesses | 1.5 |
| 5/24/95 | Conferences County and County officials, re; stipulation and consent decree | 3.5 |
| 5/29/96 | Conference with client's mother and letter to client | 2.0 |
| 10/10/96 | Order of severance | .5 |
| 10/16/96 | Client correspondence | .2 |
| 10/2/97 | Conf. County and Review proposed amended temporary interlocutory order | 1.5 |
| 7/14/98 | Conference on update of orders | .5 |

Total Hours: <u>185.9</u>

# EXHIBIT B

ClibPDF - www.fastio.com

# AFFIDAVIT OF MICHAEL R. COWEN

STATE OF TEXAS            }
                          }
COUNTY OF CAMERON         }

On this day appeared before me Michael R. Cowen, a person known to me, who deposed upon his oath as follows:

"My name is Michael R. Cowen. I am over the age of twenty-one, am an attorney licensed by the State of Texas and admitted to practice in the Southern District of Texas, and am competent to give this affidavit. All of the facts set forth herein are within my personal knowledge and are true and correct.

I am one of the attorney's for the Plaintiffs' Class in the *Castillo* jail overcrowding litigation. I have worked at least 93.7 hours, as set out in Exhibit A, on the *Castillo* matter. I currently receive between $150.00 and $200.00 per hour on non-contingent fee matters. However, I understand that under the Prison Litigation Reform Act, I can only receive 1.5 times the rate for Court appointed attorneys for the work I have done in this matter.

Additionally, under my supervision attorney Keith Livesay has performed at least 40 hours of legal work on the following tasks: (1) Conducted legal research regarding our motion to dismiss the State's appeal; (2) drafted our motion to dismiss the State's appeal; (3) reviewed the State's response to our motion to dismiss their appeal; (4) drafted our reply to the State's motion to dismiss their appeal; (5) reviewed the State's appellate brief; (6) conducted research and drafted our appellate brief (7) reviewed the State's reply brief; and (8) drafted two letters to me regarding the statuts of the appeal. All of this work was conducted in the year 2000.

My firm has also incurred $597.55 in expenses, which are set out in Exhibit B."

_____
Michael R. Cowen

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on the 20th day of June, 2001.

JOSIE O. LUCIO
Notary Public,
State of Texas
My Comm. Exp. 08-22-2004

_____
Notary Public, State of Texas

# EXHIBIT A

## WORK PERFORMED BY MICHAEL R. COWEN

| Date | Description | Hours |
|---|---|---|
| 1999 | Multiple teleconferences with Richard Burst | 1.0 hr |
| 1999 | Conferences with Ed Stapleton re: background and status of case | 1.5 hrs |
| 1999 | Status hearing | 0.3 hr |
| 1999 | Meeting with Richard Burst re: possibility of settlement | 0.5 hr |
| 1999 | Revised proposed settlement documents | 3.5 hrs |
| 1999 | Research to become familiarized with legal theories of case | 5.5 hrs |
| 4/28/99 | tcw R.Burst re: atty fees | .1 hr |
| 5/5/99 | rsch re: PLRA (.5); tcw R. Burst (.1); 2d tcw R. Burst (.1); review State's motion for substituion of parties and motion to terminate preliminary injunction (.6); research re: motion to terminate and PLRA (3.2). | 4.5 hrs |
| 5/6/99 | continued rsch re: PLRA (1); tcw R. Burst (.2) | 1.2 hrs |
| 5/10/99 | review PLRA rsch (.8); draft response to State's motion to terminate prelim. inj. and draft proposed order (1.3); began rsch re: whether PLRA limits atty fees (1.5) | 3.6 hrs |
| 5/11/99 | tcw R. Burst (.3) | .3 hr |
| 5/17/99 | reveiw County's proposed final order | .5 hr |
| 5/20/99 | continued PLRA rsch | 1.2 hrs |
| 5/21/99 | conducted rsch re: atty fees and PLRA; attended hearing | 2.7 hrs |
| 5/25/99 | attended conference w/Court and opposing counsel. cw and tcw R. Burst re: proposed consent decree; tcw Y. de Leon re: proposed consent decree | 1.8 hrs |
| 5/27/99 | prepared for meeting with Y. de Leon; waited at courthouse for 1.7 hrs to meet with Y. de Leon; cw Y. de Leon | 3.7 hrs |
| 6/2/99 | conducted additional rsch re: atty fees; drafted atty fee brief | 2.7 hrs |
| 6/3/99 | tcl D.Maeso. Conducted legal research. | 0.6 hr |
| 6/21/99 | tcw R.Burst | 0.3 hr |
| 6/22/99 | Read letter from Court re: *Martin v. Hadix*; conducted research | 0.5 hr |
| 7/12/99 | tcw R.Burst | 0.3 hr |
| 7/20/99 | multiple telephone calls re: setting status conference | 0.3 hr |
| 7/21/99 | multiple telephone calls re: resetting status conference | 0.3 hr |
| 7/27/99 | drafted order dismissing state; drafted attorney fee order; prepared for hearing; attended hearing; conference with R.Burst | 4.0 hrs |
| 9/1/99 | tcw P.Lionberger | 0.1 hr |
| 11/15/99 | multiple tcw P.Lionberger; tcw R.Burst; conducted research; drafted request for three judge panel | 1.0 hr |
| 11/17/99 | reviwed letter from P.Lionberger to Fifth Circuit | 0.3 hr |
| 1/17/00 | reviewed order granting request for three-judge panel | 0.1 hr |
| 1/18/00 | reviewed State's appellate brief | 3.0 hrs |
| 1/19/00 | reviewed State's appellate brief; conducted research | 4.0 hrs |
| 1/22/00 | reviewed State's appellate brief; conducted research | 2.5 hrs |
| 1/24/00 | Reviwed first motion to dismiss appeal | 0.2 hr |
| 1/27/00 | reviewed the court's 1/24/00 order | 0.2 hr |

| Date | Description | Hours |
|---|---|---|
| 2/4/00 | reviewed order constituting three-judge court | 0.2 hr |
| 2/8/00 | drafted request for hearing on settlement agreement; tcw R.Burst | 0.5 hr |
| 2/14.00 | multiple telephone calls re: State's motion for stay; reviewed State's response to motion to dismiss | 0.8 hr |
| 2/18/00 | reviewed State's reply to request for settlement hearing | 0.3 hr |
| 3/1/00 | Revived and filed reply to response to motion to dismiss | 1.0 hr |
| 3/12/00 | reviewed and revised appellate brief; reviewed research | 4.0 hrs |
| 3/14/00 | tcw P.Lionberger | 0.3 hr |
| 3/15/00 | Reviewed and revised appellate brief | 3.0 hrs |
| 3/16/00 | Reviewed and assembled appellate brief; sent brief for filing | 1.5 hrs |
| 3/23/00 | revived ltr from R.Burst to Fifth Circuit | 0.1 hr |
| 4/10/00 | reviewed State's reply brief; conducted research | 3.0 hrs |
| 4/11/00 | reviewed State's reply brief; reviewed research | 4.0 hrs |
| 4/24/00 | revived ltr from K.Livesay | 0.3 hr |
| 7/31/00 | reviewed ltr from K.Livesay | 0.1 hr |
| 8/9/00 | reviewed the Court's 8/9/00 order | 0.2 hr |
| 9/6/00 | tcw R.Burst; prepared for oral argument before the Fifth Circuit; traveled to New Orleans for oral argument | 10.0 hr |
| 9/7/00 | prepared for oral argument; cw R.Burst; argued before the Fifth Circuit; traveled back to Brownsville | 8.0 hrs |
| 1/23/01 | tcw R.Burst | 0.3 hr |
| 1/25/01 | conference call with Court; prepared for conference call; tcw R.Burst | 1.0 hr |
| 1/30/01 | reviewed Fifth Circuit opinion; began drafting motion to amend class defininition | 0.7 hr |
| 1/31/01 | tcw R.Burst; reviewed and revised motion to amend class definition | 0.5 hr |
| 2/1/01 | tcw R.Burst | 0.2 hr |
| 5/8/01 | drafted vacation notice | 0.2 hr |
| 6/1/01 | cw J.J.Martinez | 1.0 hr |
| 6/18/01 | tcw R.Burst | 0.1 hr |
| 6/19/01 | tcw R.Burst | 0.1 hr |

**Total Hours:  93.7**

# EXHIBIT B

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 5/31/99 | LEXIS/NEXIS (research not included in flat fee plan) | $22.59 |
| 1/28/00 | Office Depot | $10.75 |
| 3/21/00 | Professional Printing | $5.30 |
| 5/5/00 | Federal Express (filing appellate briefs) | $47.12 |
| 9/2/00 | Southwest Airlines | $375.00 |
| 9/7/00 | Queen & Crescent Hotel (New Orleans) | $68.58 |
| | Copies | $1.75 |
| | Postage | $35.46 |
| | Faxes | $31.00 |

# EXHIBIT C

ClibPDF - www.fastio.com

# AFFIDAVIT OF JUAN JOSE MARTINEZ

STATE OF TEXAS                    *

COUNTY OF CAMERON   *

    **BEFORE ME**, the undersigned authority, personally appeared **JUAN JOSE MARTINEZ**, whose name is subscribed to the foregoing, and upon his oath, acknowledged to me that this affidavit is true and correct.

    "My name is Juan Jose Martinez. At the time the *Castillo* case was being processed and investigated, I was an attorney duly licensed to practice in the State of Texas and the United States District Court for the Southern District of Texas, and am competent to give this affidavit.

    I worked at least 48 hours on the *Castillo* lawsuit. A breakdown of those hours is set forth in Exhibit A, attached hereto. My normal hourly rate on cases where I am paid a retainer up front and on a regular basis after the retainer is used up is $200.00 per hour. On contingent fee cases, I typically earn more than $200.00 per hour because of the contingent nature of my payment, because of the time delay between the time I perform work and the time I receive payment and because of the expense money I advance out of my own pocket on contingent fee cases."

    AFFIANT FURTHER SAYETH NAUGHT."

_____
Juan Jose Martinez

    SWORN AND SUBSCRIBED to before me on this the 20th day of June, 2001.

[Notary Seal: JOSIE O. LUCIO, Notary Public, State of Texas, My Comm. Exp. 08-22-2004]

_____
Notary Public, State of Texas

# EXHIBIT "A"
# Work Done by Juan Jose Martinez

| Date | Description | Hours |
|---|---|---|
| 11/25/93 | Client conferences with Jose Raul Castillo, Eloy Sanchez, and Francisco Lopez | 4.0 |
| 12/9/93 | Conference with clients and did research | 3.5 |
| 12/11/93 | Reviewed Complaint | 1.0 |
| 1/10/94 | Reviewed Answer of County | .5 |
| 2/25/94 | Reviewed Clients' File (Newly filed documents) | 3.5 |
| 2/26/94 | Conference with Roberto Mendoza | 1.5 |
| 3/4/94 | Conference with clients | 1.5 |
| 3/20/94 | Reviewed Clients' File before Pretrial conference | 2.0 |
| 3/24/94 | Attended Pretrial Conference | 1.5 |
| 4/21/94 | Reviewed Clients' File (County's Answer and Scheduling Order) and did research | 2.0 |
| 6/1/94 | Visited Jail and interviewed witnesses | 5.5 |
| 6/2/94 | Visited Jail to continue Witness interviews | 3.5 |
| 6/4/94 | Reviewed jail documents and budget | 2.5 |
| 6/9/94 | Reviewed witness list | .5 |
| 7/5/94 | Reviewed letter from Escobar | .5 |
| 7/17/94 | Reviewed Settlement Agreement and post hearing brief | 1.5 |
| 9/18/94 | Reviewed Clients' updated file | 1.5 |
| 10/10/94 | Did more research on jail case and reviewed 2 year jail management plan | 2.5 |
| 1/25/95 | Conference with Edward Stapleton re: contracts | 1.5 |
| 6/25/95 | Conference with clients' family | 2.0 |
| 5/15/96 | Reviewed Clients' updated file | 1.5 |
| 5/25/96 | Conference with County officials | 1.5 |
| 10/21/97 | Reviewed Clients' file status | 1.5 |
| 7/27/98 | Reviewed updated orders | 1.0 |
| | | 48.0 |