147

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE RAUL CASTILLO, ET AL. § | |
| Plaintiffs, § | |
| V. § | Civil Action No. B-93-260 |
| CAMERON COUNTY, TEXAS § | |
| Defendant and Third-Party Plaintiff, § | Rule 23 (b) (2) Class Action |
| THE STATE OF TEXAS, ET AL. § | |
| Defendants and Third-Party Defendants § | |

## ORDER GRANTING PLAINTIFFS' AND CAMERON COUNTY'S REQUESTS FOR ATTORNEYS' FEES

On June 20, 2001, the Court held a hearing on the attorneys' fees issues in this case. The Court, having considered the affidavits and papers on file, as well as the arguments of counsel, makes the following findings and orders.

The Court finds that Plaintiffs are "prevailing parties" and are therefore entitled to an award of attorneys' fees and expenses pursuant to 42 U.S.C. § 1988(b). The Court awards Juan Jose Martinez $8,953.75 in attorneys' fees, and awards the law firm of Michael R. Cowen, P.C. $55,353.05 in attorneys' fees and expenses. The law firm of Michael R. Cowen, P.C. is ordered to distribute the $55,353.05 amongst Ed Stapleton, Keith Livesay and Michael R. Cowen according to the prior agreements they have made amongst themselves. The Court finds that both Cameron County, Texas and the State of Texas were culpable causing the overcrowding. Therefore, both Cameron County, Texas and the State of Texas are jointly and severally liable for the payment of the attorney's fees. For contribution purposes, the Court finds that each Defendant has 50% of the comparative fault.

The Court also finds that Third-Party Plaintiff Cameron County, Texas is also a "prevailing party" in its third-party action against the State of Texas.  The Court notes that Cameron County's attorney presented evidence that he worked 9.3 hours after April 26, 1996, the date of the enactment of the Prison Litigation Reform Act, and 75.6 hours prior to the enactment of the Prision Litigation Reform Act.  The Court finds that an appropriate hourly rate for Mr. Burst is the same as that for Mr. Stapleton: $250.00 per hour.  Therefore, the Court awards Cameron County $19,667.25.

SIGNED this 21st day June, 2001.

_____
UNITED STATES MAGISTRATE JUDGE