*149*

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
FILED

JUN 2 8 2001

Michael N. Milby
Clerk of Court

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

June 28, 2001

The Honorable Fortunato P. Benavides
Circuit Judge
United States Court of Appeals, Fifth Circuit
903 San Jacinto Blvd., Room 450
Austin, TX  78701

The Honorable Hilda G. Tagle
United States District Judge
Southern District of Texas
600 E. Harrison Street, Suite 306
Brownsville, TX  78520

      Re: Civil Action No. B-93-260
          Jose Raul Castillo, et al. vs.
          Cameron County, Texas vs.
          State of Texas

Dear Judges Benavides and Tagle:

    On January 26, 2000, Chief Judge Carolyn King appointed us to constitute a three judge court pursuant to 18 U.S.C. § 3626(3)(c).

    I am pleased to inform you that this case has now been closed.

    Following the opinion of the Fifth Circuit on January 5, 2001, I conducted several hearings which culminated in the dismissal of the State of Texas as a party and an agreement that the temporary injunction against Cameron County, Texas be made permanent until the completion of a new jail facility.

The last hearing held June 20, 2001, dealt with attorney's fees. That issue has been concluded.

A final judgment was signed June 27, 2001.

Very truly yours,

John Wm. Black
United States Magistrate Judge

JWB:pt

xc: Judge Carolyn King
    Michael Milby

2

ClibPDF - www.fastio.com