

/151

United States District Court
Southern District of Texas
FILED

AUG 1 6 2001

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | Civil Action No. B-93-260 |
| | § | |
| CAMERON COUNTY, TEXAS | § | |
| | § | |
| Defendant and | § | |
| Third-Party Plaintiff, | § | Rule 23 (b) (2) Class Action |
| | § | |
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| Defendants and Third- | § | |
| Party Defendants | § | |

### AGREED MOTION FOR JUDGMENT NUNC PRO TUNC

The parties ask the Court to sign a judgment nunc pro tunc under the authority of Texas Rule of Civil Procedure 316.

### A. Introduction

1. Plaintiffs, Raul Castillo, et al, sued Defendants, Cameron County, Texas and The State of Texas, et al for overcrowding in the Cameron County Jail. Plaintiffs are suing on behalf of all persons held in the Cameron County Jail."

2. The Court signed a judgment on the **27**[th] day of **June, 2001**.

3. The Judgment signed by the Court contains a clerical error. Specifically, it makes reference to "the State of Texas" when in fact it should read " Janie Cockrell, in her capacity as the director of the Texas Department of Criminal Justice - Institutional Division wherever "the State of Texas" appears throughout the Judgment.

## B. Argument & Authorities

4. The Court can correct a clerical error in the judgment at any time, even after it loses plenary power over the judgment. A clerical error is a discrepancy between entry of a judgment in the official record and judgment as actually rendered. *Universal Underwriters Ins. Co. V. Ferguson*, 471 S.W.2d 28, 29-30 (Tex. 1971).

5. The proposed judgment nunc pro tunc also contains language clarifying that the population reduction provisions do not apply to the "Blue Warrant Process".

## C. Prayer

6. For these reasons, and in the interest of justice and fairness. The Parties ask the Court to grant the Motion and sign a judgment nunc pro tunc.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, TX 78520
956/541-4981
956/504-3674 (FAX)

*/s/ MRC*

Michael R. Cowen
State Bar No. 00795306
Federal ID No. 19967

Attorney General of Texas
P. O. Box 12548, Capitol Station (MC 059)
Austin, Tx. 78711-2548
512/936-1700
512/474-2697 (FAX)

*Daniel E. Maeso, w/permiss. by MRC*

Daniel E. Maeso
Assistant Attorney General
State Bar No. 12808500

CIVIL LEGAL DEPARTMENT
COMMISSIONER'S COURT
964 E. Harrison St.
Brownsville, Texas 78520
956/550-1345
956/550-1348 (FAX)

*Richard O. Burst, w/permission by MRC*

Richard O. Burst
State Bar No. 0078558

## CERTIFICATE OF CONFERENCE

I, Michael R. Cowen, hereby certify that I have conferred with opposing counsel and they are in agreement with this motion.

_____
Michael R. Cowen

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___16th___ day of August, 2001, a true and correct copy of the foregoing document has been mailed to opposing counsel:

Mr. Daniel E. Maeso
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Richard O. Burst
Commissioners Court
Civil Legal Department
974 E. Harrison St.
Brownsville, Texas 78520

_____
Michael R. Cowen