151

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 17 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | Civil Action No. B-93-260 |
| | § | |
| CAMERON COUNTY, TEXAS | § | |
| | § | |
| Defendant and | § | |
| Third-Party Plaintiff, | § | Rule 23 (b) (2) Class Action |
| | § | |
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| Defendants and Third- | § | |
| Party Defendants | § | |

## ORDER GRANTING AGREED MOTION FOR JUDGMENT NUNC PRO TUNC

On the 16th day of AUGUST, 2001, the Court considered the parties' Agreed Motion for Judgment Nunc Pro Tunc. After considering the motion, the response, and the evidence filed in support of the motion and response, if any, the Court

**GRANTS** the motion and the phrase "the State of Texas" which appears throughout the Judgment should be changed to read "Janie Cockrell, in her capacity as the director of the Texas Department of Criminal Justice - Institutional Division" and the language clarifying that the population reduction provisions do not apply to the "Blue Warrant Process" be inserted.

SIGNED on the 16th day of AUGUST, 2001.

_____
JUDGE PRESIDING