IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | NO. B-93-260 |
| | § | |
| CAMERON COUNTY, TEXAS | § | |
|     Defendant and Third-Party | § | |
|     Plaintiff, | § | |
| v. | § | |
| | § | |
| THE STATE OF TEXAS | § | |
|     Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| GEORGE W. BUSH, et al., | § | |
|     Third-Party Defendants and | § | |
|     Defendants | § | |

### COMPLETE RELEASE OF ALL CLAIMS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF **Cameron** | § |

BEFORE ME, the undersigned authority, on this day came Michael R. Cowen and, who duly sworn on his oath, stated and deposed as follows:

My name is Michael R. Cowen, I am a duly licensed attorney in the State of Texas and in the Southern District of the United States District Court. I was one of the attorneys representing the Plaintiffs in the lawsuit styled *Jose Raul Castillo, et Al., v. Cameron County, Texas, et Al.,* Civil Action No. B-93-260, pending in the United States District Court, Southern District, Brownsville Division. I have made a request for attorney's fees in this cause.

In order to amicably settle my claim or request for attorney's fees, the parties have agreed upon a full and final settlement and compromise based on the judgment in this cause of action of this my claim and request for attorney's fees and of all the causes of action, damages, liabilities, expenses, and costs in

connection with my representation of the Plaintiffs in this action. for attorney's fees arising therefrom whether heretofore or hereafter accruing and whether now known or not known to the parties hereto.

Now, therefore, for and in consideration of the sum of TWENTY-SEVEN THOUSAND SIX HUNDRED SEVENTY-SIX DOLLARS AND 53/100S) payable to: "Michael R. Cowen, Attorney at Law, Taxpayer Identification No. 17429308590000 ,"·I, hereby release, acquit, and forever discharge all State Defendants, their heirs, successors and assigns, officers, agents and employees, from all causes of action, damages, liabilities, expenses, costs and attorney's fees arising by reason of the said occurrences set forth in this suit whether heretofore or hereafter accruing and whether now known or not known to the parties hereto.

I warrant that I clearly understand the terms, conditions and legal effect of my execution of this document. No promises, inducement, or anything of value other than the consideration described has been offered to me to induce me to enter into this Release. I understand that the consideration herein provided to be paid is all of the money that will ever be paid to Michael R. Cowen, as attorney's fees by the State Defendants, their heirs, successors and assigns, their officers, agents and employees as a result of the occurrences from which this request or claim for attorney's fees arose.

_____   4/15/02

MICHAEL R. COWEN      Date Signed
Attorney at Law


SUBSCRIBED and SWORN to before me by Michael R. Cowen on this the 15th day of April , 2002.

JOSIE O. LUCIO
Notary Public,
State of Texas
My Comm. Exp. 08-22-2004

My commission expires: 08-22-2004

_____
NOTARY PUBLIC, in and for the
STATE OF TEXAS

Josie C. Lucio
Notary's Printed Name