OCR-155

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 26 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE RAUL CASTILLO, et al., Plaintiffs, | § § § |
| v. | §  NO. B-93-260 |
| CAMERON COUNTY, TEXAS Defendant and Third-Party Plaintiff, | § § § § |
| v. | § § |
| THE STATE OF TEXAS Defendant, | § § § |
| and | § |
| GEORGE W. BUSH, et al., Third-Party Defendants and Defendants | § § § § |

**COMPLETE RELEASE OF ALL CLAIMS**

STATE OF TEXAS §
COUNTY OF _Cameron_ §

BEFORE ME, the undersigned authority, on this day came JOHN JOSE MARTINEZ and, who duly sworn on his oath, stated and deposed as follows:

My name is John Jose Martinez, I am a duly licensed attorney in the State of Texas and in the Southern District of the United States District Court. I was one of the attorneys representing the Plaintiffs in the lawsuit styled *Jose Raul Castillo, et Al., v. Cameron County, Texas, et Al.*, Civil Action No. B-93-260, pending in the United States District Court, Southern District, Brownsville Division. I have made a request for attorney's fees in this cause.

In order to amicably settle my claim or request for attorney's fees, the parties have agreed upon a full and final settlement and compromise based on the judgment in this cause of action of this my claim and request for attorney's fees and of all the causes of action, damages, liabilities, expenses, and costs in

connection with my representation of the Plaintiffs in this action, for attorney's fees arising therefrom whether heretofore or hereafter accruing and whether now known or not known to the parties hereto.

Now, therefore, for and in consideration of the sum of FOUR THOUSAND FOUR HUNDRED SEVENTY-SIX AND 88/100 ($4,476.88) payable to: "John Jose Martinez, Attorney at Law, Taxpayer Identification No. 24496638842000," I, hereby release, acquit, and forever discharge all State Defendants, their heirs, successors and assigns, officers, agents and employees, from all causes of action, damages, liabilities, expenses, costs and attorney's fees arising by reason of the said occurrences set forth in this suit whether heretofore or hereafter accruing and whether now known or not known to the parties hereto.

I warrant that I clearly understand the terms, conditions and legal effect of my execution of this document. No promises, inducement, or anything of value other than the consideration described has been offered to me to induce me to enter into this Release. I understand that the consideration herein provided to be paid is all of the money that will ever be paid to John Jose Martinez, as attorney's fees by the State Defendants, their heirs, successors and assigns, their officers, agents and employees as a result of the occurrences from which this request or claim for attorney's fees arose.

_____  4-18-02
JOHN JOSE MARTINEZ        Date Signed
Attorney at Law

SUBSCRIBED and SWORN to before me by John Jose Martinez on this the 18th day of April, 2002.

_____
NOTARY PUBLIC, in and for the
STATE OF TEXAS

My commission expires: 10/27/04

Irene G. Gonzalez
Notary's Printed Name


Irene G. Gonzalez
Notary Public, State of Texas
My Commission Expires
OCTOBER 27, 2004