IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, et al., <br> Plaintiffs, | § § § | |
| v. | § | NO. B-93-260 |
| | § | |
| CAMERON COUNTY, TEXAS <br> Defendant and Third-Party <br> Plaintiff, | § § § | |
| v. | § | |
| THE STATE OF TEXAS <br> Defendant, | § § § | |
| and | § § | |
| GEORGE W. BUSH, et al., <br> Third-Party Defendants and <br> Defendants | § § § | |

United States District Court
Southern District of Texas
FILED

APR 2 6 2002

Michael N. Milby
Clerk of Court

## COMPLETE RELEASE OF ALL CLAIMS

STATE OF TEXAS §
§
COUNTY OF _Cameron_ §

BEFORE ME, the undersigned authority, on this day came Richard Burst as a representative of CAMERON COUNTY, who duly sworn on his oath, stated and deposed as follows:

My name is Richard Burst. Cameron County is one of the Plaintiffs in the lawsuit styled *Jose Raul Castillo, et Al., v. Cameron County, Texas, et Al.*, Civil Action No. B-93-260, pending in the United States District Court, Southern District, Brownsville Division.

In order to amicably settle my claim, the parties have agreed upon a full and final settlement and compromise based on the judgment in this cause of action of this my claim and fees and of all the causes of action, damages, liabilities, expenses, and costs in connection with my representation of the Plaintiffs in this action, arising therefrom whether heretofore or hereafter accruing and whether now known or not known to the parties hereto.

Now, therefore, for and in consideration of the sum of NINETEEN THOUSAND SIX HUNDRED SIXTY-SEVEN AND 25/100s (19,667.25) payable to: "Cameron County, Taxpayer Identification No. 17460004207000 ," I, hereby release, acquit, and forever discharge all State Defendants, their heirs, successors and assigns, officers, agents and employees, from all causes of action, damages, liabilities, expenses, costs and attorney's fees arising by reason of the said occurrences set forth in this suit whether heretofore or hereafter accruing and whether now known or not known to the parties hereto.

I warrant that I clearly understand the terms, conditions and legal effect of my execution of this document. No promises, inducement, or anything of value other than the consideration described has been offered to me to induce me to enter into this Release. I understand that the consideration herein provided to be paid is all of the money that will ever be paid to CAMERON COUNTY by the State Defendants, their heirs, successors and assigns, their officers, agents and employees as a result of the occurrences from which this request or claim for fees arose.

_____
RICHARD BURST        Date Signed
CAMERON COUNTY

SUBSCRIBED and SWORN to before me by Richard Burst on this the 15th day of April, 2002.

Irene G. Gonzalez
Notary Public, State of Texas
My Commission Expires
OCTOBER 27, 2004

My commission expires: 10/27/04

_____
NOTARY PUBLIC, in and for the
STATE OF TEXAS

Irene G. Gonzalez
Notary's Printed Name