JON ASHCRAFT
014264
7100 OLD ALICE RD
OLMITO, TX 78575

B93CV260

November 14, 2006

United States District Court
Southern District of Texas
FILED
NOV 2 0 2006
Michael N. Milby
Clerk of Court

Honorable Judge John Wm. Black
United States Magistrate Judge

RE: DENIED ACCESS TO COURTS

Dear Hon. Judge Black:

    I am writing you today because I am being denied access to courts at the Cameron County Jail in Olmito Texas. I have been here over 70 days pursuant to a Blue Warrant issued June 6, 2006. I still have not had my parole hearing and it has been over 120 days (see Code Crim Proc 42.18 14(a) Vernons 1993).

    I have attempted to use the law library over (40) forty times but only had (3) Three one hour sessions.. This denial of access to courts has harmed and prejudiced me by causing me to stay incarcerated longer than needed because I can not research my case.

    In 1993 I sued Cameron County Jail for not having a law library which caused me to loose an appeal on a 75yr Sentence. This sentence is why I am here now. (See Civil Action B-93-CV-260 and B-93-CV-260 A)

    COULD YOU PLEASE CALL MIKE LEINART the Jail Administrator and remind him of my Civil Rights to Due Process and ACCESS TO COURTS.

    My wife is very ill with terminal cancer so every day I am incarcerated is PRICELESS.

    I appreciate any and all help and/or relief you can provide.

Respectfully yours

Jon Ashcraft



Jon Ashcraft 0142264
9100 Old Alice Rd
Olmito, TX 78575

CAMERON COUNTY JAIL
INMATE CORRESPONDENCE

Honorable Judge John Wm. Black
United States Magistrate Judge
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison Street
Brownsville, Texas 78520-7114